# CITY OF SAN ANTONIO
# ORDINANCE NO. 17-4900

08/31/2017
Item #5

AN ORDINANCE 2017-08-31-0598

AUTHORIZING THE REMOVAL AND STORAGE OF THE CONFEDERATE SOLDIER MONUMENT AND TWO CANNONS LOCATED IN TRAVIS PARK; AUTHORIZING THE NEGOTIATION AND EXECUTION OF CONTRACTS FOR THE REMOVAL, TRANSPORTATION AND STORAGE OF THE MONUMENT AND CANNONS IN AN AMOUNT NOT TO EXCEED $150,000.00; AUTHORIZING A DONATION AGREEMENT WITH A NONPROFIT INVOLVED IN HISTORIC OR EDUCATION FOR THE ACCEPTANCE OF THE MONUMENT AND CANNONS; AND WAIVING THE PROVISIONS OF SECTIONS 35-640 AND 35-803 OF THE UNIFIED DEVELOPMENT CODE.

\* \* \* \* \*

WHEREAS, Travis Park is one of San Antonio's oldest parks and sits on land that originally belonged to Samuel Maverick who donated the property to the City for use as a park upon his death in 1870; and

WHEREAS, the City has made improvements to Travis Park since it was donated to the City; and

WHEREAS, in 1892, two cannons reportedly used during the Civil War battle at Val Verde, New Mexico, were given to the City by Major Teel and installed in Travis Park; and

WHEREAS, centrally located in Travis Park is a 40 foot tall Confederate monument; and

WHEREAS, the City provides regular programming in Travis Park and it serves as a community gathering space and is regularly enjoyed by family and friends through specialty programming; and

WHEREAS, over the past several years there has been a national debate over public memorials depicting Confederate figures and the recent and devastating incident in Charlottesville, Virginia, has elevated the debate; and

WHEREAS, cities and universities across the United States have removed and relocated their Confederate memorials to museums and other places; and

WHEREAS, the City of San Antonio wants to keep Travis Park a community gathering area where all can feel safe and welcomed; and

WHEREAS, the Confederate monument and cannons in Travis Park should be removed and ultimately placed in a location where the historical significance can be communicated in an instructive and not divisive way; **NOW THEREFORE:**

08/31/2017
Item #5

## BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF SAN ANTONIO:

**SECTION 1.** In accordance with the authority granted to it as a Home Rule Municipality and under Texas Common Law, City Council hereby waives the process outlined in Sections 35-640 and 35-803 of the Unified Development Code that provides the Historic and Design Review Commission review authority of changes to City Parks as it relates to this action.

**SECTION 2.** The amount of $150,000 is hereby appropriated for the following purposes:
   a. removal of the monument and cannons;
   b. transportation of the monument and cannons to a storage facility; and
   c. logistical support necessary for the removal and relocation of the monument and cannons.

**SECTION 3.** The City Manager or her designee is authorized to execute professional services contract with a contractor for the purpose of removing and relocating the monument and cannons.

**SECTION 4.** The City Manager or her designee is authorized to negotiate and execute a donation agreement with a nonprofit involved in historic preservation or education for the acceptance of the Confederate Soldier monument and two cannons.

**SECTION 5.** The financial allocations in this Ordinance are subject to approval by the Director of Finance, City of San Antonio. The Director of Finance, may, subject to concurrence by the City Manager or the City Manager's designee, correct allocations to specific SAP Fund Numbers, SAP Project Definitions, SAP WBS Elements, SAP Internal Orders, SAP Fund Centers, SAP Cost Centers, SAP Functional Areas, SAP Funds Reservation Document Numbers, and SAP GL Accounts as necessary to carry out the purpose of this Ordinance.

**SECTION 6.** This ordinance is effective immediately upon the receipt of eight affirmative votes; otherwise, it is effective ten days after passage.

**PASSED AND APPROVED** this 31st day of August, 2017

M A Y O R
Ron Nirenberg

ATTEST:

_____
Leticia M. Vacek, City Clerk

APPROVED AS TO FORM:

_____
Andrew Segovia, City Attorney

2

| Agenda Item: | 5 |
|---|---|
| Date: | 08/31/2017 |
| Time: | 02:03:49 PM |
| Vote Type: | Motion to Cont/Post |
| Description: | An Ordinance authorizing: A) the removal and storage of the Confederate Soldier monument and two cannons located in Travis Park; B) the City to enter into contracts for the removal, transportation, and storage of the Confederate Soldier monument and two cannons in an amount not to exceed $150,000.00; C) the City to enter into a donation agreement with a nonprofit involved in historic preservation or education for the acceptance of the Confederate Soldier Monument and two cannons; and D) a modification to Chapter 35-640 and 35-803 of the Unified Development Code to allow for the above. [Lori Houston, Assistant City Manager; John Jacks, Director, Center City Development & Operations] |
| Result: | Failed |

| Voter | Group | Not Present | Yea | Nay | Abstain | Motion | Second |
|---|---|---|---|---|---|---|---|
| Ron Nirenberg | Mayor | | | x | | | |
| Roberto C. Treviño | District 1 | | | x | | | |
| William Cruz Shaw | District 2 | | | x | | | |
| Rebecca Viagran | District 3 | | | x | | | |
| Rey Saldaña | District 4 | | | x | | | |
| Shirley Gonzales | District 5 | | | x | | | |
| Greg Brockhouse | District 6 | | x | | | | x |
| Ana E. Sandoval | District 7 | | | x | | | |
| Manny Pelaez | District 8 | | | x | | | |
| John Courage | District 9 | | | x | | | |
| Clayton H. Perry | District 10 | | x | | | x | |

| Agenda Item: | 5 |
|---|---|
| Date: | 08/31/2017 |
| Time: | 02:04:04 PM |
| Vote Type: | Motion to Approve |
| Description: | An Ordinance authorizing: A) the removal and storage of the Confederate Soldier monument and two cannons located in Travis Park; B) the City to enter into contracts for the removal, transportation, and storage of the Confederate Soldier monument and two cannons in an amount not to exceed $150,000.00; C) the City to enter into a donation agreement with a nonprofit involved in historic preservation or education for the acceptance of the Confederate Soldier Monument and two cannons; and D) a modification to Chapter 35-640 and 35-803 of the Unified Development Code to allow for the above. [Lori Houston, Assistant City Manager; John Jacks, Director, Center City Development & Operations] |
| Result: | Passed |

| Voter | Group | Not Present | Yea | Nay | Abstain | Motion | Second |
|---|---|---|---|---|---|---|---|
| Ron Nirenberg | Mayor | | x | | | | |
| Roberto C. Treviño | District 1 | | x | | | x | |
| William Cruz Shaw | District 2 | | x | | | | x |
| Rebecca Viagran | District 3 | | x | | | | |
| Rey Saldaña | District 4 | | x | | | | |
| Shirley Gonzales | District 5 | | x | | | | |
| Greg Brockhouse | District 6 | | x | | | | |
| Ana E. Sandoval | District 7 | | x | | | | |
| Manny Pelaez | District 8 | | x | | | | |
| John Courage | District 9 | | x | | | | |
| Clayton H. Perry | District 10 | | | x | | | |

# Travis Park Confederate Monument
## Item #5

City Council "A" Session

August 31, 2017

1





2



Travis Park

# Actions

- Remove and relocate Confederate monument and cannons.

- A modification to the process outlined in Chapter 35-640 and 35-803 of the Unified Development Code.

- Approves $150,000 for the removal, transportation and logistical support to include the execution of a professional services contract with a contractor for the removal and relocation of the monument and cannons.

- Authorizes City staff to negotiate and execute a donation agreement with a non-profit involved in historic preservation or education for the acceptance of the monument and two cannons.

4

# Travis Park Confederate Monument

## Item #5

City Council "A" Session

August 31, 2017

5