# EXHIBIT D
# AFFIDAVIT OF RITA SCHIMPFF

it by the Grand Lodge representatives, who reported to the grand master that the craftsmen had done their job well. "

San Antonio *Daily Express*, June 4, 1899, p. 15, col. 3.

The Daily Express also mentioned:

"among the most interesting articles deposited in the cornerstone was the testament given by James E. Thomas. Mr. Thomas was a member of the famous third Texas from Ross Cavalry and was captured by the Federals on the Big Black in Mississippi in 1863 and sent to the military prison at Alton Illinois where he was kept 22 months. During his long imprisonment he was presented with the testament by a fellow prisoner and when he was released brought it home with him. It is a time-stained and well worn, but has been highly treasured by its possessor. Mr. Thomas is father of Seymour Thomas who has won fame as an artist and his wife is a daughter of the late S.W. Blount of Nacogdoches, the last of the signers of the Texas declaration of Independence to pass away."

San Antonio *Daily Express*, June 4, 1899, p. 15, col. 6.

The San Antonio Daily Light mentioned these articles were place in the corner stone:

"several Confederate bills and coins, a Confederate flag bearing the name of Jefferson Davis with a wreath of violets, pressed flowers from Winnie Davis' coffin, the daily newspapers and an Old Testament given by J. E. Thomas who was a prisoner in Alton, Illinois for 22 months inscribed "this testament placed in the corner stone by me as a present from a fellow prisoner in 1863 in Alton Illinois." (Signed) J. E. Thomas

San Antonio *Daily Light*, June 4, 1899, p. 1, col 6. This article mentions flowers from Winnie Davis' coffin.

"The night the monument was taken down, a councilman posted on FaceBook that it was going to happen immediately. My husband and I went down to Travis Park and watched for a time. It was about 10:30 p.m. I was very concerned that they were taking it down so soon. The City Council had just that same day authorized the removal. I asked the police officers present who was watching over this? Who from the Daughters was watching while they take it down as the Daughters owned the monument and time

2

## AFFIDAVIT

"My name is Rita Schimpff; I am over the age of eighteen, and am capable of providing this statement and affidavit.

"I am providing this statement and affidavit of my own personal knowledge, freely and willingly, as part of a lawsuit filed by the Albert Sidney Johnston chapter, No. 2060 against the City of San Antonio.

"I am a member of the Albert Sidney Johnston chapter No. 2060 since 1995. I have been a board member in the past.

"I have researched the Travis Park monument at the Municipal archives and elsewhere. As part of my research, I located the attached article from the June 4, 1899 San Antonio *Daily Express*, June 4, 1899. An accurate copy of that article is attached to this statement. That article describes a box that went inside the corner stone. The article states that

> "Before the metal box was placed into the stone, the following articles were placed in it: the Roster, Constitution and By-laws of the Barnard E. Bee chapter; a prayer book carried by the son of one of the Barnard E. Bee chapter members during the civil war; a small Confederate flag bearing the name of Jefferson Davis in gold letters and a wreath of violets; coins from the Albert Sidney Johnston camp of Confederate Veterans; copy of the Texas Freemason, of the Daily Express, copy of the Evening Light; $100 Confederate treasury note; two Confederate badges; names of members of the Grand Lodge conducting the ceremonies; several Confederate buttons; members of Grand Lodge conducting the ceremonies; copy of the brilliant and beautiful tribute to Jefferson Davis delivered by Master Harry Hertzberg of San Antonio at the closing exercises of the Seely Institute; a photo of the designer of the monument, Miss Virginia Montgomery of New Orleans who, with the lofty patriotism of the Southern woman, has steadfastly declined the generous compensation offered her for her artistic services by the Daughters of the Confederacy; photograph of Mrs. A.W. Houston, president, Barnard E. Bee chapter, Daughters of the Confederacy, with brief biographical sketch; small testament by Janes E. Thomas, to whom it was presented by a Confederate comrade in the Federal prison at Alton, Ill. 38 years ago; several newspaper clippings; etc."

San Antonio *Daily Express*, June 4, 1899, p. 15, col. 3. The article then added:
> "When the box had been closed and the stone lowered into its place the corn of plenty, the oil of peace and wine of joy were poured upon

"I declare under penalty of perjury that the above statement is true and correct. I have been given an opportunity to review this statement and to make any necessary changes."

Signed on _____Dec 20_____, 2017.

_____Rita Schimpff_____
Rita Schimpff

3

capsule? They just told me to talk to City Hall and I was told I could not stand on the sidewalk and take a photo through the chain link fence. I was concerned because I knew there was a time capsule inside the foundation with many historical, valuable and irreplaceable items, as described in the Daily Express article above and other sources. As members of the ASJ chapter over the years, I had come to know there were many items placed in the time capsule. It was oral tradition in the ASJ chapter that there was a time capsule placed in the foundation of the monument and that we had inherited the monument and time capsule and were to care for them."

"I spoke to the City Council about the statue before it was taken down. Like everybody else, I only had 2 or 3 minutes to talk. I let the Council members know both verbally and in writing that I did not think they owned a deed to the park or the monument. I felt like the Council members kind of tuned me out when I said that. They seemed to look away after I said that. I felt very uneasy during the whole evening as my German surname was flashed on the screen as an upcoming speaker and over and over speakers against the monument called the people who supported the monument Nazi's and white supremacists. The anti-monument speakers and audience chants made me scared to walk to my car that late at night. The people opposed to the monument would often chant things whenever they heard something they liked or didn't like.

"The pressed flowers from the funeral coffin of Winnie Davis are a big deal. Winnie Davis was the daughter of Jefferson Davis, born during the Civil War. She became the human face of the South's efforts to reunify the country and emerge from poverty caused by the war. She died a year before our corner stone was laid. The UDC President General met her funeral train and placed flowers on her coffin as it traveled across the South to its final resting place. The flowers in the Travis Park corner stone were very likely from this funeral train. They would have substantial value to any collector of Civil War memorabilia. They are irreplaceable.

"The news articles mention Confederate buttons being place in the time capsule. These could be from the cockades (arm bands/mourning badges) the UDC President General asked us to wear when Winnie died. Those would also have significant value to any collector of Civil War memorabilia."

3

# HONOR HEROIC DEAD

## MONUMENT ERECTED BY DAUGHTERS OF THE CONFEDERACY.

Corner Stone Is Laid On the Anniversary Of the Birthday Of President Jefferson Davis.

ADDRESS DELIVERED BY HON. JOHN H. REAGAN.

Visiting Masons Participate In the Impressive Ceremonies Conducted At Travis Park.

OFFICERS AND MEMBERS OF THE G. A. R. IN ATTENDANCE.

History Of the Noble Work Done By Devoted Women To Perpetuate the Memory Of Their Gallant Soldier Dead.

"And we here today unite with the Barnard E. Bee Chapter of the Daughters of the Confederacy in laying the corner stone of a monument to be erected in honor of the Confederate dead, thus testifying our love and our grateful recollection of their many, patriotic and heroic ventures. And while thus testifying to our pride in the inheritance of the glories they won, we are transmitting to those who are to come after us, in marble and bronze, an invitation to them to emulate their noble example of wisdom, valor, courage and constancy, if any great emergency shall call for the display of those virtues."—John H. Reagan.

With imposing ceremonies, with the Stars and Stripes floating above the scene and in the presence of several thousand, including many veterans of both the Gray and the Blue, the corner stone of the monument to the Confederate dead was laid in Travis park yesterday afternoon. The monument is the result of the patriotic and earnest efforts of the members of Barnard E. Bee Chapter United Daughters of the Confederacy and of the first historic shaft erected in San Antonio, outside of a cemetery enclosure. The ceremonies were conducted by the Masonic fraternity and were witnessed by the Daughters of the Confederacy, Albert Sydney Johnston Camp U. C. V., E. O. C. Ord Post G. A. R., members of the Womens Relief Corps and many visitors from neighboring towns. Consuelo Commandery, Knights Templar, of Del Rio, under Commander J. R. Murphy, attended in a body and with their attractive uniforms and knightly bearing added much to the attractive appearance of the Masonic parade. The Masonic lodge from Irvine and members of the fraternity from Del...

Albert Sydney Johnston Camp, U. C. V., met at its headquarters on Soledad street at 1 p.m. and proceeded in a body to the residence of Mrs. A. W. Houston to act as an escort to the Daughters and to the venerable speaker of the day, Gen. J. B. Polley, commanding the Texas Division, U. C. V., called on Mr. Reagan; the C. T. Camp was commanded by Gen. W. P. Hardeman of Barnard E. Bee Chapter, Daughters of the Confederacy, assembled at the Menger hotel at 4:15 and greeted Mr. Reagan, whom they later escorted to the speaker's stand in Travis park. Hundreds of people called during the afternoon to pay their respects to the venerable statesman.

Before leaving their headquarters the Confederate Veterans held a brief session, which was opened with prayer by Chaplain Simon. A feeling and eloquent talk was made by Commander Krueger, who alluded to the changes time had wrought, the restoration of good feeling and the era of prosperity now—which the South has entered. He touched upon the memories of the past, and the glorious record made by the army of the South. The veterans formed in the parade the magnificent new silk flag presented to their camp last Tuesday.

The Masons began assembling at the Masonic Temple at 2:30. The Knights Templar arrived in full uniform, were soon joined by the members of Gonzales Commandery, who marched from the Menger Hotel. Members of the Grand Lodge and of the Blue Lodge assembled in the lodge room and after interesting opening exercises formed in line and under the escort of the Knights Templar, headed by Carl Beck's military band, marched to the park along the route announced yesterday. There were fully 150 Masons in the procession. The members of the Grand Lodge conducting the ceremonies were as follows: W. S. Fly, grand master; T. P. Walsh, deputy grand master; J. E. Webb, senior grand warden; C. A. Keller, junior grand warden; Walter Nagan, grand treasurer; F. G. Huntress, grand secretary; D. L. Snodgrass, grand chaplain; W. P. Lobdell, grand orator; R. C. Buck, grand marshal; B. D. Henry, grand senior deacon; Arthur Sievens, grand junior deacon; George E. Finger, grand steward; John T. Hamilton, grand pursuivant; C. F. Bilger, grand tiler; G. A. Hull, grand sword bearer; R. Cook, grand architect; J. A. Ferris, grand bearer of the holy writ.

As the procession entered the park from Jefferson street, the band was playing "Dixie" and as the stirring strains reached the ears of the assembled veterans, a mighty shout went up. The band took a position beside the monument and rendered "The Star Spangled Banner," while the members of the Masonic Grand Lodge took their position.

Rev. W. R. Richardson, dean of St. Mark's Episcopal Church, opened the exercises with an appropriate prayer as follows:

"Direct us, O Lord, in all our doings with thy most gracious favor and further us with thy continual help; that in all our works begun, continued and ended in thee we may glorify thy holy name and finally, by thy mercy, obtain everlasting life through Jesus Christ our Lord.

"Oh, thou almighty and eternal God, the Lord of hosts, the God of battles, thou art God from everlasting, and holdest the nations in the hollow of thy hand. It is thou that settest down one and settest up another; it is thou that maketh even the breath of man to reside in thy praise; and it is thou, O Lord, our God, who though thou alterest not the circle of the heavens, yet hast promised to look down upon thy people, thy prayerful people, from heaven, thy dwelling place, and behold thy people that prayeth.

"Look, O Lord, we beseech thee with loving favor on these, thy daughters, and their attendant throng, who are gathered here this day to dedicate with love and tears a monument to the memory of husbands, fathers, and brothers who fell martyrs to a cause that was lost, and gave their lives for it, lives that failed. O Lord, we come to thee not recalling we accept thy help and may we thank thee that thou hast given us grace in the lapse of years to see thy widows and the orphans; and in remembrance that it was a father's hand that chastened us, and that the Judge of all the earth shall do right.

"As the blood of the martyrs, O Lord,"



JUDGE W. S. FLY.

of plenty, oil of peace and wine of joy were poured upon it by the Grand Lodge representatives, who reported to the grand master that the craftsmen had done their work well. At the close of this interesting ceremony "Dixie" was struck up again and the enthusiasm of the veterans and of the younger generation, for that matter, broke forth in shouts. The band next played "Red, White and Blue."

Hon. A. W. Houston then rose to introduce the orator of the day. He alluded to the long and useful life of Mr. Reagan, devoted to the service of Texas, and recalled that he was the only survivor of the Confederate cabinet and it was peculiarly appropriate that he, on this, the anniversary of the natal day of the departed leader of the Confederacy, should be selected to make an address at the laying of the corner stone of a monument to the memory of the Confederate dead.

As Mr. Reagan rose he was greeted with cheers and music, and when quiet had been restored, he spoke as follows:

"Ladies and Gentlemen:—We are debted to Barnard E. Bee Chapter, Daughters of the Confederacy, and to their display of patriotic activity and energetic preserverance for the fact that the anniversary of the natal day of Jefferson Davis, late President of the Southern Confederacy, has been selected for the laying of the corner stone of a monument in memory of the Confederate dead.

"Every nation in the history of the world, which has become great and powerful, cherishes the traditions and lives its history, its poetry, its songs and its movements, perpetuating the memory of great achievements and the names and characters of its great men and women.

"While the late government of the Confederate States has had a brief history, it rose and bloomed across the world's history and came after such a display of creative genius in its organization and management, as has perhaps never been equaled; and after the exhibitions by its men and women of a courage, endurance and self-denial, which I venture to assert, has not been surpassed in all the ages. While the cause which commanded such devotion went down in the serious and slain of defeat, no people ever had greater reason to be proud of the conduct of those who managed the government and of the brave men and women who defended and sustained it, than ours, and none were ever more worthy than they to have the memory of their wise leaders and of their heroic defenders, perpetuated in song and story and by appropriate monuments.

"Our people entered on the late civil war without a government, without an army or navy and without a treasury. Three essentials of government and means of war and finance had to be created under the pressure of pending war, with a powerful and well-organized government, having an army and navy and treasury in full operation. There were in 1860 33 white population in the Southern States of 5,624,256. At the same time the white population in the Northern States amounted to 18,912,735. But the Southern States of Maryland, Virginia (including West Virginia), Kentucky and Missouri, contained a population of 2,117,230, fully one-half of them, 1,174,200, to this number in the Northern States. It shows that they entered the conflict with a white population of 3,356,541, while if we subtract this number from the Southern States, their white population amounted to 4,353,363. And to right contest the South had to rely on her own white population for soldiers and supplies, while the North, having more than these there is so many whites as we had from which to draw soldiers and supplies, enlisted about 200,000 negroes from the South to her service and also employed tens of thousands of mercenaries enlisted from other countries.

"In further illustration of the disparities of numbers in the two sections, the soldiers who enlisted in the service of the Southern States, first and last, amounted to about 600,000, while those enlisted in the service of the Northern States amounted to nearly 2,500,000. At that time most of the manufacturing establishments and machinery and a great preponderance of the skilled labor of the country were in the Northern States, and but little of them in the Southern States and the disproportion of arms-bearing people in the two sections was greater than that of population because of the enlistment of foreigners and Southern negroes. The government which was established in the Southern States, under circumstances like these, and which maintained its position as a belligerent for more than four years, created for itself an undying historical monument, and there should be commemorated in song and story and in marble and bronze the heroic deeds of the brave men who fought its battles and the splendid constancy and devotion of the noble women who took care of their families, nursed their sick and wounded, and sent to the men food and raiment when they could, while in humble prayer appealing to the God of battles for the success of their arms.

"That war was, as viewed by the Southern people, a contest for the constitutional right of local self-government. On the part of the North, after it was claimed to be a war for the preservation of the Union of the States, its real purpose were, by a revolutionary movement to change the Constitution and abolish African slavery, and for the establishment of the rights of the Federal government to coerce refractory States and thus to do away with one of the fundamental political principles the compact by which the States, in the formation of the Constitution, reserved, each to itself, the power to regulate and control its domestic institutions in its own way. It was a great question, in a great government, and it became greatly probable the greatest war, measured by the loss of lives and sacrifice of property, known to history.

"While our people lost the cause for

which they contended, the wisdom of their leaders in civil and in military life, and the interest and heroic valor displayed by our men on land and sea and the constancy and devotion to our self-sacrificing women, gives us the right to be proud of the history we made by our services in that great war. And the heroes of Southern men and women kept quickly and the blood stream through their veins more rapidly when they recount the glories won by our people in that war. This feeling has caused the rearing of many beautiful monuments to commemorate the achievements of our soldiers and the struggle we and many of us still follow.

"And we here today unite with the Barnard E. Bee chapter of the Daughters of the Confederacy, in laying the corner stone of a monument to be erected in...

[column continues...]

emergency shall call for the display of those virtues.

"It may not be inappropriate on this occasion to take a brief panoramic view of that great struggle and they followed it. The men who rode entered into it with an alacrity and enthusiasm rarely if ever equaled; those of the one side contending for the constitutional right of local self-government, those of the other side contending for the preservation of the Union. That of you old enough to have seen the beginning of that war remember the ardor with which our people entered on it. They hardly paused to consider the disadvantages they labored under or the inferiority in numbers and materials of war, or the absence of an organized government, with no army or navy, no treasury, but went boldly forward because they believed their cause to be just, risking their lives, their property and everything they held dear on the

disclosing; then the wearisome marches to the field of blood, of carnage and of death. After a while the good fighters men had when they left their homes became worn out, soiled and tagged, and as the war wore on the supply of clothing and horses became less abundant, and further on the men suffered from stinted rations and for want of clothing, and always for the want of tents and the horses of the officers of the cavalry, and of the artillery suffered or want of forage, not until the sick and wounded suffered from want of medicines, for the uneven of present dressing their wounds and for such deficiences as were needed for the sick and wounded. Under such conditions the great battles of the war were fought, such as First Manassas, Seven Pines, the seven days' fighting near Richmond, Cedar Mountain, Second Manassas, Fredericksburg, the Wilderness, Spotsylvania, Sharpsburg, First and Second Cold Harbor, around Petersburg, at Chickamauga, at Shiloh, at Chattanooga, at Franklin, at Gettysburg and many others, in each of which thousands of men were killed or wounded. These soldiers and their men were never more abused under banners than these who fought for the cause of the Confederacy.

"The end was the loss of the cause for which they fought, a revolutionary change of the Constitution so as to authorize the abolition of African slavery, the enlargement of the powers of the Federal government, and an attempt to subordinate the white people of the South to the domination of negroes, carpet-baggers and scalawags.

"This war was followed by the dark night of five years of the processes of reconstruction, during which the civil law and courts were silent and merciless, and martial law was substituted for them, persons arrested without affidavit or warrant, or other charge of guilt, tried by drum-head courts and cast in condemnation without the benefits of the great safeguards of liberty erected to the people by the Constitution and laws; the right of the writ of habeas corpus was suspended, and all the safeguards of personal and property rights were set at naught.

"I mention these things not for the purpose of re-awakening the remembrance of the wrongs and sorrows we endured, for they are passed now and should only be remembered as a warning for the future, but for the higher and nobler purposes of calling attention to what has been accomplished by our people under these adverse conditions. At the end of reconstruction, the States, the people and the corporations of the South were impoverished to the point of bereavement, as poor, as they could, to the condition of China. Many of the older people of the South sank and died under the weight of poverty and despair, from such conditions; by what followed from the action and conduct of our people, under their strong test, which was crystallized in the principles of social order and self-government. In any other country and with other people, under such conditions, their people would have accepted any despotism as a relief, and likely would have been lost. But with all these hindrances our people re-organized society and reduced social order; they re-established good government, putting on the aid of honest people coached with good laws as their condition called for, and had them faithfully enforced by the courts. And in five short years they have outlived their misfortunes and losses, restored their industries, re-established prosperity, given the protection of law, and brought about the happy condition of things which we now enjoy. Impartial history will presently record this as the greatest moral and political victory under the present law, ever achieved in the history of our race. It is the greatest possible vindication of our American theory that our people are capable of self government.

"In a sense it may not be pleasant to recur, as I have done, to the struggles and suffering of our people during the war, and the era of reconstruction, but we cannot tightly realize the stories which have been won by our people without considering the dangers and trials through which they were achieved. And now that peace, good order and prosperity are being re-ordered it is calculated to strengthen our patriotism and gratitude to remember what our people suffered and what they have achieved. And now that the sisters of the Union are in harmonious co-operation again, with the people of the North and those of the South living under the same government and Constitution and laws, and under the same flag, the first nation of the earth, renowned by the products of the fields, the forests, the mines and manufactories, may we not with reason conclude that we are indeed have a country that a happy. At all events, we are all now American citizens, looking forward to the great destiny which we believe awaits our common country; with a proud remembrance of the institutions, wisdom, valor and glories of the past, in the manifestation by tributes such as we now propose to pay to the memory of our heroes.

"It was most fitting that the ladies of Barnard E. Bee Chapter of the Daughters of the Confederacy should inaugurate the construction of the proposed monument in honor of the Confederate dead. It is in harmony with the patriotic conduct of their mothers during the war. While they could see go forth to the battles, in the exchange of their homes, they took care of the children and aged and besides supplying their homes as well as they could, they made clothes with their hands and sent them by the men in the armies. They provided such food and delicacies as they could for the wounded, the sick and the men in the ranks and they prepared lint and bandages for the wounded, and whenever they could housed and comforted the sick and wounded in the hospitals; and in all this they added their own energies and fervid prayers for the safety of their friends and for the success of their cause. Many of those who had never known want and had been reared in comfort, cultivated their fields and gardens with their own hands, the hand wielded by them by the gentle hand of the kindest breeding, their clothes were reared, with pride the accounts of noble women of other times and countries, but I think history will be furnished in asking for a parallel of the courage, constancy, and self-sacrificing conduct of the women of the Confederacy. God bless and inspire the women of the Confederacy with their daughters, with these noble qualities.

"I have said on another occasion, and repeat it now, that while raising monuments in honor of our dead heroes, where even the battle Abbey shall be established, a monument should be erected in honor of the women of the Confederacy, in regard to its proportions and its beautiful lines in the character and bravery of the heroes of the Confederacy. And I think this shall not be done I hope the people of our country throughout the Confederacy may have this shall be done in Richmond, Virginia, and that it shall be one of the grandest monuments that have ever been erected by the erection of such a monument of some suitable place in Texas."

The orator was frequently interrupted by the applause and cheers of his audience during the delivery of his address and at its close Grand Chaplain Snodgrass delivered an eloquent invocation, closing the Masonic ceremonies, and the program of the day.

Among the most interesting articles deposited in the corner stone was the testament given by James E. Thomas. Mr. Thomas was a member of the Fourth Third Texas, Ross' Cavalry, and was captured by the Federals on the 25th March in Mississippi in 1863 and sent to the military prison at Alton, Ill., where he was kept fourteen months. During his long imprisonment he was presented with the testament by a fellow prisoner. He was released, brought to his comrades in 1864 and reached them. He has since been highly respected by the comrade. Mr. Thomas, who has seen eighty-two years, is a native Mississippian and was born in Jefferson county, and at an early age of 16 went to Mississippi where he married and in 1861 moved to Texas. For the sake of those present yesterday, enabled them to take the testament with them, but he would prefer that the testament should be given to some Texan hand of history which it had been connected and preserved. Among the other articles deposited in the corner stone yesterday were a...

[next column]

Loss of Harwood, Dr. W. M. McGregor of Laredo and others.

After the ceremonies at the park the visiting Knights returned to the asylum of the commandery in the Alamo Insurance Building on Navarro street, where they were tendered a spread by San Antonio Commandery No. 7. Refreshments of a substantial and liquid character were served and were heartily enjoyed by the assembly.

Alderman Mahncke thoughtfully provided a large barrel of ice water and a supply of glasses for the refreshment of the veterans and their ladies and that his thoughtful action was appreciated is also shown by the following resolution, adopted by Albert Sydney Johnson Camp in a rising vote, upon its return to headquarters:

"Resolved, That we acknowledge with grateful hearts the many acts of kindness shown us by the Hon. Ludwig Mahncke and appreciate his efforts in rendering the ceremonies in Travis Park pleasant to us and our friends, and we specially commend him for the beautiful supply of ice water and for the steps for the occupancy of the Daughters and Hon. John H. Reagan.

J. A. BEES,
L. E. FITZGERALD.

An honored visitor and guest of the Daughters was Mrs. Julia B. Montgomery, who came down from Dallas for the occasion and is a guest at the home of Mr. F. Nelson on Soledad street. She is the mother of Miss Virginia Montgomery who designed the monument and who gave a loving greeting to the Barnard E. Bee chapter with a memento of the day.

Hon. John H. Reagan will return to Austin today.

The monument is to be of Texas gray granite, it is to be fifty feet high and will be surmounted by a statue eight feet high, a Confederate soldier pointing upward. On one side of the monument will be the simple inscription, "C. S. A." and on another side the title of Kipling's poem as a motto, "Lest We Forget." On the corner stone which was laid yesterday is the inscription, "Erected by Barnard Bee Chapter, 26, U. D. C., June 4, 1899."

This monument is to stand on a terrace and its pedestal will have five steps. It will be completed within a year from the date of the laying of the corner stone. It is to cost $3000.

Barnard E. Bee chapter of the Daughters of the Confederacy is a comparatively youthful organization, having been in existence but two years and a half, but its growth has been steady and continuous, since the day of its organization. Its membership at present is 211.

"A delightful and somewhat remarkable feature of our chapter," said a prominent member, "is the unity and harmony which have always characterized it. Never since its inception has there been the faintest friction, but everything has proceeded with a rare degree of kindliness and cordiality. All connected with it have worked together congenially and with admirable singleness of purpose. This seems to be a forecast to regain our success in securing the funds for the monument."

These ladies did not organize nor urge their maintaining their association for personal purposes, nor even to preserve only the memories of the heroes of the Lost Cause. Their aim is practical and a philanthropic role on their work, for they have accomplished much in the way of nursing. The orphans and widows of Confederate soldiers have received abundant assistance from them, in whose behalf they have frequently effected the necessities of veterans who needed these aid.

They have made strenuous contributions to the Confederate Home at Austin, besides contributing a large library through Turnbull. Through their efforts in Confederate burying ground has been secured for this city and a monument is erected to the memory of the soldier dead who have been laid to rest therein.

The design of the monument to be erected is the work of Miss Virginia Montgomery of New Orleans, La., and exhibits an artistic genius and ingenuity most creditable to its originator. It is a contribution from Miss Montgomery to the San Antonio ladies, and it, if were possible, would add favor with those on the account.

The officers of the chapter are as follows: President, Mrs. A. W. Houston, first vice president, Mrs. R. B. Jones; second vice president, Mrs. C. H. Wrest; third vice president, Miss Fannie Wassell; secretary, Miss Hattie Wadhuff; treasurer, Miss Annie Scheefer; historian, Mrs. Lillian Dunn; corresponding secretary, Mrs. W. O. McMillin.

Mrs. A. W. Houston, president of Barnard E. Bee chapter, was Miss Sallie Moore and was born in Cleves county, Alabama. Her father was Leonard James Moore of South Carolina birth and the fourth son of Col. James Moore, having been Governor of the colony of South Carolina in 1700. Her mother was Miss Mary Emily Tobin of Georgia and...



MRS. A. W. HOUSTON.

President Barnard E. Bee Chapter, Daughters of the Confederacy.

Alabama parentage, being of the best Southern stock of Irish descent. From few persons are inheritance the more noble qualities and virtues that make an amiable, womanly wife and mother and an ornament and ornament of society.

Mrs. Houston is the mother of three young children, Elliott Moore Houston, Nannie Morgan Houston and A. W. Houston Jr., and is the wife of A. W. Houston, one of the foremost lawyers of San Antonio. To be able to combine the successes of a wife and mother with the assiduous work of a chapter president, as does Mrs. Houston, requires peculiar qualities, gifts which she possesses in quick abundance, and the union of rare tact, spirit with firm will and inspiration from her generous hand and will. The newly constituted and the leader in spirit in every feasible and warranted undertaking for the chapter.

Mrs. Houston has been president of the Barnard E. Bee chapter of the Daughters of the Confederacy for the past year...

[text continues, final article paragraphs]