# EXHIBIT A
# AFFIDAVIT OF ROBIN TERRAZAS

# AFFIDAVIT

"My name is Robin Terrazas; I am over the age of eighteen, and am capable of providing this statement and affidavit.

"I am providing this statement and affidavit of my own personal knowledge, freely and willingly, as part of a lawsuit filed by the Albert Sidney Johnston chapter, No. 2060 against the City of San Antonio.

"I am the President of the Albert Sidney Johnston chapter No. 2060. I have held that position since 2016. As President, I am responsible for the meetings and the various committees, as well as spokesman for the chapter. The ASJ chapter No. 2060 succeeded to the Barnard E. Bee chapter in 1972. When Barnard Bee dissolved in 1972, the last president of that chapter, Mrs. Oldham (Oldom), and another member visited our chapter and presented a certified copy of the city ordinance giving us the right to use the land in the center of Travis Park. The BEB chapter gave us that Ordinance in case any problem might come up in the future. Our chapter understood this discussion to mean a verbal agreement that we assume their interests in the Travis Park monument.

"Attached is a true and correct copy of our board minutes from January 13, 1972 which reflect that Mrs. Oldham (Oldom) would attend our meeting and the January 20, 1972 chapter meeting minutes which record her visit. This was the meeting where she indicated she wanted us to take care of and maintain the Travis Park monument. Our chapter agreed to do so. It was a verbal agreement from her chapter to ours. Under the rules of the UDC as I understand them, this would qualify as a transfer of ownership from one chapter to another chapter.

"Also attached to my statement is a true and correct copy of the City of San Antonio Ordinance dated March 27, 1899. The Ordinance reflects that the City gave the use of the land beneath the monument to the 'Daughters of the Confederacy.' I interpret that to mean the City gave the use of the land to the Daughters of the Confederacy. The ASJ chapter is part of the United Daughters of the Confederacy, as was the BEB chapter. This copy of the Ordinance has remained part of our chapter records. I received this from long time member Theresa Gold, who was president in 1999 and planned the rededication of the statue in Travis Park.

# AFFIDAVIT

[illegible] name is Robin Terrazas. I am over the age of eighteen, and am capable of providing this statement and affidavit.

I am providing this statement and affidavit of my own personal knowledge freely and willingly as part of a lawsuit filed by the Albert Sidney Johnston chapter No. 2060 against the City of San Antonio.

I am the President of the Albert Sidney Johnston chapter No. 2060. I have held [illegible] As President, I am responsible for the [illegible]

[illegible] to the Barnard E. Bee chapter in 1972. When Barnard Bee dissolved in 1972, the last president of that chapter, Mrs. Oldham (Oldom), and another member visited our chapter and presented a certified copy of the city ordinance giving us the right to use the land in the center of Travis Park. The BEB chapter gave us that Ordinance in case any problem might come up in the future. Our chapter understood this discussion to mean a verbal agreement that we assume their interests in the Travis Park monument.

Attached is a true and correct copy of our board minutes from January 13, 1972 which reflect that Mrs. Oldham (Oldom) would attend our meeting and the January 20, 1972 chapter meeting minutes which record her visit. This was the meeting where she indicated she wanted us to take care of and maintain the Travis Park monument. Our chapter agreed to do so. It was a verbal agreement from her chapter to ours. Under the rules of the UDC as I understand them, this would qualify as a transfer of ownership from [illegible]

Also attached to my statement is a true and correct copy of the City of San Antonio Ordinance dated March 27, 1899. The Ordinance reflects that the City gave the use of the land beneath the monument to the Daughters of the Confederacy. I interpret that to mean the City gave the use of the land to the Daughters of the Confederacy. The ASJ chapter is part of the United Daughters of the Confederacy, as was the BEB chapter. The copy of the Ordinance has remained part of our chapter records. I received this item from member Theresa Gold, who was president in 1999 and planned the rededication of the statue in Travis Park.

"The Barnard E. Bee chapter could have given that Ordinance to any chapter in the area. But, they gave it to our chapter. They expected us to take care of the monument the same way they would have. We agreed to take care of it as best we could. I hope we have done so. The copy of the ordinance is certified. The copy cut off the certification which is at the bottom of the page. The certification states that it was certified on Dec. 10, 1953 by an Assistant City Clerk. The name of the clerk appears to be Elenor W. Starbeck.

"Later, the Barnard E. Bee chapter also transferred its cemetery deed to us. A copy of that deed is also attached to my statement. This is the Confederate cemetery on the east side of San Antonio. Other people are buried there, too. But, it started as a cemetery for Confederate veterans and their families, back when many families of Confederate veterans did not have money for burial. Mrs. Oldom and another member joined our chapter that same year.

"On Aug. 4, I sent Jacquelyn Salvador a copy of the 1899 Ordinance, in which the City gave us use of the land beneath the monument. She works in Municipal Archives. She had asked me about ownership of the monument. I sent her information about the Barnard Bee chapter and that we succeeded to the Barnard Bee chapter.

"Also attached is a copy of the minutes from the 1972 UDC Convention. The second page indicates that Mrs. Fred Oldom turned in the charter for the Barnard E. Bee chapter. This is a true and correct copy of those minutes which are kept at the Texas Division office.

"The UDC Handbook for Texas states that when a chapter disbands, it must send its charter to the state headquarters, which we refer to as 'Texas Division.' But, the chapter can then limit what goes to state. The BEB chapter limited by giving to the ASJ chapter their interest in the Travis Park monument and the cemetery.

"I declare under penalty of perjury that the above statement is true and correct. I have been given an opportunity to review this statement and to make any necessary changes."

Signed on ____1-26____, 2018.

_Robin Terrazas_
Robin Terrazas
President
Albert Sidney Johnston Chapter No. 2060
Daughters of the Confederate Veterans

"I declare under penalty of perjury that the above statement is true and correct. I have been given an opportunity to review this statement and to make any necessary changes."

Signed on ____1-31-____, 2018.

_____
Robin Terrazas
President
Albert Sidney Johnston Chapter No. 2060
Daughters of the Confederate Veterans

JANUARY 13, 1972    95

Thursday, January 13, 1972 at 10:00 A. M., the Executive Board of Albert Sidney Johnston Chapter # 2060, United Daughters of the Confederacy, met in the home of the President, Mrs. Edward W. Penshorn.

Minutes of the previous Board meeting were read by the Secretary and approved as read.

Mrs. Jackie Cone, Treasurer, reported $ 566.92 in the General Fund; $ 922.15 in the Scholarship Fund and $ 77.26 in the Cemetery Fund. Total amount in the Bank - $ 1,541.19. She has dues on hand, not turned in as of this date, $ 15.00.

The President read the highlights of a newsletter from the Division President, Mrs. Mitcheltree. The Division won the following awards: 1. For sending in the largest amount for # 13 Pin. 2. for registering most real daughters.(?) 3. The Lucy C. Renfroe award for registering most great, great, grand-daughters. 4. for purchasing most ancestoral [sic] pictures. 5. to the Chapter having largest number subscribers to the U.D.C. Magazine - Jefferson Davis Chapter # 1637, Houston, Texas. 6. Second for donations to the Randolph Relief Fund.

Mrs. Albert Schraer, General Chairman for the Book Review, reported the committee chairmen held a meeting before Christmas to make final plans. She has interviewed Mrs. Cochran and there will be a picture and article in all city papers. Articles will also be sent to the Northside Reporter and Northside Recorder. She reported selling eight tickets and gave one complimentary ticket.

Mrs. Estella Hamilton, ticket chairman, thanked Mrs. Gerlich and Mrs. Florentin for addressing envelopes. She reported the cost of the postage was $ 5.00 for 350 tickets. She has turned over $ 92.00 to the Treasurer and has received an additional $ 6.00 today. Mrs. Hamilton and Miss Cone will sell additional tickets at the door. Mrs. Skaggs and Mrs. Gerlich will collect tickets at the door.

Mrs. Penshorn will send invitations to the Presidents of the Braxton Bragg and Bernard E. Bee Chapters, also the Daughters of the Republic of Texas and other organizations and will include a complimentary ticket for the Presidents.

Mrs. L. J. Gittinger reported Mrs. Oldham, President of Barnard E. Bee Chapter and two Chapter members would like to attend our January meeting and give a report on the monument in Travis Park. This Chapter is disbanding and she feels our Chapter should have this information. A motion was made that we invite Mrs. Oldham and two guests to our January meeting. The motion was seconded and carried.

Mrs. Gittinger announced that Mrs. Mitchell is at home and doing nicely. Due to Mrs. Mitchell's illness, she is acting as Vice-Chairman of the Education Committee. She reported that Richard Flowers was awarded our $ 100 gift scholarship. $ 50.00 was paid the first semester and $ 50.00 is due the second semester. She asked the pleasure of the Board in increasing this amount.

A motion was made by Mrs. L. J. Gittinger that the scholarship be increased by $ 50.00 the second semester. The motion was seconded and carried.

The January meeting will be held in Miss Constance Allen's home. Mrs. Harry Baker, a new member, will be the speaker. The notification committee will inform the members of the meeting and the Book Review.

The District VI meeting will be held in San Antonio on April 15th. A Chapter report is to be given covering the period between Sept. 1, 1971 and April 15, 1972. Each Chapter attending will pay $ 2.00 to the Hostess chapter to help defray expenses of the meeting.

Mrs. J. W. Gerlich, Registrar, reported Mrs. Virginia Allred Stacey, a teacher, desires membership in our chapter - she is unable to attend the meetings but will be invited to the Book Review. Mrs. Leif Gunson

96  BOARD MEETING (cont.)

January 13,

has membership papers but has not returned them as yet. A short informal discussion was held relative to activities chapter next year - especially regarding setting up hostesses meetings and following the Historian General's programs. No action taken at this time.

There being no further business, the meeting adjourned. Eleven members wer present. They were: Mesdames Gittinger, Penshorn, Gerlich, Hamilton, Florentin, Schraer and Cross. Misses Newman and Allen.

Mrs. William M. Cross

Mrs. William M. Cross
Recording Secretary

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

REGULAR MEETING                                    JANUARY 20,

BOARD MEETING (cont.)

...membership papers, but was not returned this [...]
A short informal discussion was held [...]
Chapter next year - especially regarding [...]
assisted and following the Historian General's [...]
term at this time.

There being no further business, the meeting [...]
Eleven members were present. They were: [...]
Penhorn, Gerlich, Hamilton, Florentin, [...]
Sowell and Allen.

Mrs. William H. [...]
Recording Secretary

* * * * * * * * * * * * * * * * * * * * * * * * *

REGULAR MEETING

The Albert Sidney Johnston Chapter # 2060, United [Daughters of the]
Confederacy, met on Thursday, January 20, 1972 at 2:30 [P.M. at the]
home of Miss Constance Allen with the President, Mrs. [...]
presiding.

The meeting was opened with the Ritual and Prayers [followed by the]
Pledge of Allegiance and Salutes to the Texas and Confederate [flags]
respectively.

Minutes of the previous meeting were read and approved [...]
Miss Marie Cone, Treasurer, reported $ 732.92 in the [...]
$ 897.01 in the Scholarship Fund and $ 77.26 in the Cemetery [Fund]
amount on hand $ 1,707.19.

Highlights of the newsletter from the Division President, [Mrs.]
Mitcheltree, were read. The Division won the following [awards:]
sending in the largest amount for # 13 Pin. 2. Registering the [most]
real daughters. 3. The Lucy C. Renfroe award for registering the [most]
great, great, grand-daughters. 4. For purchasing most [...]
5. To the Chapter having largest number subscribers to the [UDC]
magazine - Jefferson Davis Chapter # 1637, Houston, Texas, [...]
donations to the Randolph Relief Fund.

The President thanked Miss Allen for her hospitality and [...]
Chairman, introduced the co-hostesses Miss Willie Newman, [Mrs.]
Barnes and Mrs. Ruth Watkins.

Mrs. J. W. Gerlich, Registrar, introduced the following [new]
members: Mrs. Robert D. Locke, Mrs. Edwin Brown and Mrs. [...]
She announced that Mrs. Harrell, Utopia, Texas, desires membership [in]
the Chapter.

The recommendation of the Board, to increase the $ 100 gift [of the Scholar-]
ship awarded to Richard Flowers by an additional $ 50.00 the [second]
semester, was passed.

Mrs. Albert Schraer, General Chairman for the Book Review, [gave a]
report on the status of the Review at this time.

Mrs. Estella Hamilton, ticket chairman, reported receiving [...]
Mrs. Milton Baugh Jr. reported the passing of Dr. [...]
member.

Mrs. Haber Henderson, Program Chairman, introduced the speaker,
Mrs. Baker. Mrs. Baker publicly thanked the Daughters of the [Confederacy]
for the scholarship she received which enabled her to attend [...]
University from 1966 - 70.

JANUARY 13, 1972 (cont.)

then as yet.

awarded the outstanding teacher award and received Georgia last Fall. Members enjoyed the commentary on the slides and the commentary on the Battles of Atlanta and Mountains. Her program was most entertaining and informative. Mrs. Henderson and the President thanked Mrs. Baker for this fine program.

Mrs. Oldham, president of the Bernard E. Bee Chapter, was invited to speak relative to the monument in Travis Park. An ordinance dated May 17, 1899 by the City Council of San Antonio granted permission to the Daughters of the Confederacy to erect a monument in the center of Travis Park. Several years ago, Zachry Co. planned to build an underground parking lot at this site. The Daughters protested. Mrs. Oldham presented a certified copy of this ordinance to the Chapter for safe keeping if something should arise in the future. There being no further business, the meeting adjourned and a social hour was enjoyed.

*Mrs. William M. Cross*

Mrs. William M. Cross
Recording Secretary

* * * * * * * * * * * * * * * * * * * * * * * * *

JANUARY 20, 1972

Daughters of the
2:30 P.M. in the
Mrs. Edward W. Penshorn

's followed by the ... Board Meeting
nfederate Flags,

roved as read.
he General Fund
emetery Fund,

February 17, 1972

A Special Executive Board meeting was held, prior to the Regular

REGULAR MEETING OF THE CITY
COUNCIL OF THE CITY OF SAN
ANTONIO, MONDAY, MARCH 27, 1899

PRESENT: Mayor Marshall Hicks
Aldermen Alexander, Barker, Davis, Lamm, Mahncke, Mumme, O'Connor, Piper, Rheiner, Richter, Surkey and Thiele

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Petition of the Daughters of the Confederacy for permission to erect a monument in Travis Park. In this connection Ald. Rheiner introduced the following ordinance.

Be it ordained by the City Council of the City of San Antonio that permission be and is hereby granted to the Daughters of the Confederacy to use the amount of land petitioned for in the Center of said Travis Park and that the City Engineer be hereby ordered to survey and define said plat of land at once.

The ordinance was adopted unanimously.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On motion the Council adjourned.

APPROVED:

/s/ Marshall Hicks
Mayor

ATTEST:
/s/ W. W. Johnson
City Clerk

STATE OF TEXAS      )
COUNTY OF BEXAR    ) SS.          CERTIFIED COPY
CITY OF SAN ANTONIO )

The undersigned, the City Clerk of the City of San Antonio, in the State and County aforesaid

350

THE STATE OF TEXAS  }

COUNTY OF BEXAR     }   KNOW ALL MEN BY THESE PRESENTS:—

652260

MAY-4-75  64747  VOL 7811 PAGE 414

350

THAT BARNARD E. BEE CHAPTER NO. 86, also known as B.E.B. CHAPTER NO. 86, United Daughters of the Confederacy, an unincorporated association, acting herein by and through MRS. MARY (FRED) OLDOM, of Bexar County, Texas, the last duly elected and acting President of said Barnard E. Bee Chapter before said Chapter became disbanded, for and in consideration of the sum of Ten ($10.00) Dollars, and other good and valuable consideration, the receipt whereof is hereby acknowledged and confessed, have BARGAINED, SOLD AND FOREVER QUITCLAIMED, and by these presents do hereby BARGAIN, SELL AND FOREVER QUITCLAIM unto ALBERT SIDNEY JOHNSON Chapter No. 2060, United Daughters of the Confederacy, of San Antonio, Bexar County, Texas, all the right, title and interest had by the said Barnard E. Bee Chapter No. 86, also known as B. E. B. Chapter, United Daughters of the Confederacy, of San Antonio, Texas, in and to the following described cemetery lots, in San Antonio, Texas, towit:

> All of Lots 85 and 96, in Section 4, of City Cemetery
> No. 4, more particularly described as follows:
> Beginning at the N.W. corner of said Lot No. 85; Thence
> South 54 feet; Thence East 30 feet; Thence North 54
> feet; Thence West 30 feet to the place of beginning,
> and being the same property conveyed to B.E.B. Chapter, United
> Daughters of the Confederacy, by Marshall Hicks, Mayor
> of the City of San Antonio, Texas, on June 28th, 1909,
> recorded in Vol. 430, Page 96, Deed Records of Bexar
> County, Texas, to which deed and the record thereof
> reference is here made.

TO HAVE AND TO HOLD all the right, title and interest which the said Barnard E. Bee Chapter, also known as B. E. B. Chapter NO. 86, United Daughters of the Confederacy had in the above described property to Albert Sidney Johnson Chapter No. 2060, of San Antonio, Texas, United Daughters of the Confederacy, its successors and assigns forever, so that neither the successors or assigns of the said Barnard E. Bee Chapter No. 86, also known as B.E.B. Chapter No. 86, United Daughters of the Confederacy, shall have, claim or demand any right or title to said property or premises or any part thereof.

WITNESS at San Antonio, Texas, this 25th day of March, A.D. 1975.

BARNARD E. BEE CHAPTER NO. 86
B. E. B. CHAPTER NO. 86
DAUGHTERS OF THE CONFEDERACY

By *Mrs. Mary (Fred) Oldom*
Mrs. Mary (Fred) Oldom.

SEVENTY-SIXTH ANNUAL CONVENTION



THE TEXAS DIVISION

# UNITED DAUGHTERS
## OF THE
# CONFEDERACY
(INCORPORATED)

Austin, Texas October 3-4-5, 1972



Mrs. Dawson Schnitker　　Mrs. H. W. Mitcheltree
Recording Secretary　　　　President

### BARNARD E. BEE CHAPTER, No. 86
### SAN ANTONIO, TEXAS
#### Chartered: October 6, 1896

Schnittker
Secretary, Texas Division, U.D.C.

Texas

Schnittker:

these forms—Barnard E. Bee Chapter No. 86, San Antonio, disbanded.

H. W. Micheltree, President of The Texas Division, was notified Ramsey, Treasurer of The Texas Division.

Charter was surrendered as of March 1, 1972, so no further be made.

Mrs. Fred Oldom, *President*

### BRAXTON BRAGG CHAPTER, No. 2211
### SAN ANTONIO, TEXAS
#### Chartered: July 20, 1954
#### Number of Members: 16

of regular Chapter meeting Third Sunday Afternnon, September

Parker, 126 Kennedy, San Antonio, 78209, President; Mrs. 126 Kennedy, San Antonio, 78209, Vice President; Mrs. 131 Chichester, San Antonio, 78209, 2nd Vice President; Flood, 1019 Burnett, San Antonio, 78202, 3rd Vice President; Alberthal, 2115 Leal, San Antonio, 78207, Recording Secretary Copeland, Route 3, Box 165-D, San Antonio, 78218, Treasurer D. Jane Alberthal, 2115 Leal, San Antonio, 78207, Registrar; Smith, 144 Cloverleaf, San Antonio, 78209, Historian; Mrs. 705 Topeka, San Antonio, 78210, Corresponding Secretary; Louise Owens, 1007 Wright, Llano, 78643, Recorder of Crosses. and assessments paid on 17 members by March 1, 1972. being processed on three prospective members.
donated to Randolph Relief Fund.
donated to Barthold Scholarship Fund.
Chapter and $5.00 Personal donation made to "Roaring Reb" preservation of Confederate emblems.
donated to the Mental Health Association of Bexar County.
members subscribe to the "Roaring Reb" Magazine.
of the members subscribe to U.D.C. magazine with four renewals.
spent making Cancer Bandages, bed pillows and bed coats.
of newspaper print—proof to be brought to Convention.
and Flowers sent to shut-ins and hospitalized members.
maintains a scrapbook and each member has a yearbook.
3rd Vice President attends the Children of the Confederacy
1st Vice President sponsored Underprivileged Children to the Symphony of "Hansel and Gretel."
programs follow the Historian General's Outline.