Chance Hilbrandt spoke in favor of removing the Travis Park Confederate Statue and asked that it be relocated as a sign of community unity.

Donavan Springs spoke in support of the removal of the Confederate Statue in Travis Park because it symbolized hate.

Florence Harris stated that allowing the Confederate Statue to remain did not create a welcoming space for African-Americans in the San Antonio Community.

Sean Rivera identified himself as a Fellow with Move San Antonio and spoke in support of removing the Confederate Statue in Travis Park.

Victor Johnson shared quotes from This Is Texas Freedom Force regarding the removal of Confederate Statues and the African-American Community.

Susan Green spoke in opposition to the removal of the Confederate Statue in Travis Park.

Christina Williams spoke in support of the removal of the Confederate Statue in Travis Park noting that the statue represented bigotry.

Uniting America Through Wisdom showed a video of excerpts from This Is Texas Freedom Force's Facebook page displaying photos of racial discrimination and violence.

Sandy Coleman spoke in support of removing the Confederate Statue in Travis Park which she felt memorialized violent actions against her ancestors.

Cole Harvey spoke in favor of removing the Confederate Statue in Travis Park.

Michelle Hilbrandt read Bible verses regarding idol worship.

Raul Martinez spoke of his time in the military serving in Germany and expressed concern with racial tension in America being exacerbated by the presence of Confederate Monuments.

Thomas Crane spoke of the history of the Daughters of the Confederacy and in opposition to removing the Confederate Statue in Travis Park.

Rebecca Perez spoke in opposition to the removal of the Confederate Statue in Travis Park due to its history in San Antonio.

Robert Gonzales spoke in favor of removing the statue in Travis Park which would show solidarity with the minority community.

Anthony Cruz spoke in support of removing the Confederate Statue because it was no longer representative of Texas.

Terri Gorler stated that the Confederate Statue represented atrocities in American History and spoke in favor of its removal.

Garrett Mormando read a letter he had composed to the Northeast Independent School District regarding changing the name of Robert E. Lee High School and noted his opposition to racist monuments.

Carol Fisher spoke in favor of removing the Confederate Statue.

Liz Solis spoke in support of the removal of the Confederate and Columbus Statues in the city.

Jonathan David Jones spoke in support of removing the statue in Travis Park which he felt represented racism, bigotry, and violence.

Yvonne Perez spoke in opposition of removing the Travis Park statue noting concerns that tax dollars would be used for its removal. She asked that City Council allow a public vote regarding the issue.

Amy Contreras asked City Council to remove the Confederate Statue and replace it with public art.

Samuel Durandard spoke in support of removing the Confederate Statue because of its representation of slavery.

Louis Murphy stated that those that do not learn from history are doomed to repeat their mistakes.

Lupe Rivera spoke of the history of slavery around the world and noted that it was not unique to the United States. He noted that he was opposed to removal of the Confederate Statue from Travis Park.

Sandra Ojeda Medina spoke in support of the Confederate Statue remaining in Travis Park to honor war veterans.

Emily New asked the City Council to vote in favor of removing the Confederate Statue and cannons in Travis Park.

Leslie Wilson spoke in support of the people who opposed the removal of the monument.

Gabrien Gregory representing Bexar County Young Democrats asked the City Council to take action in favor of compassion and removing the Confederate Statue. Samire Adam spoke of her experience as a refugee and asked the City Council to relocate the statue to a museum. Mark Vargas spoke in support of the relocation of the statue due to its representation of slavery.

Stephen Lucke spoke of racial inequality, health epidemics, and environmental issues in San Antonio and asked City Council to remove the Confederate Statue.

Stephen Stipnieks spoke in support of allowing the statue in Travis Park to remain as a symbol of the Confederacy's loss.

John Showecker spoke of German and American History with regard to slavery and noted that he was in favor of the Confederate Statue from Travis Park.

Herb Gonzales asked the City Council to remove the Confederate Statue from Travis Park to reflect a new perspective on history.

Chris Verme spoke in support of relocating the Confederate Statue for an accurate reflection of history.

Marissa Bennett spoke of the history of the Confederacy and the Civil War and asked the City Council to act based on facts of history. She noted that she was in favor of removing the Confederate Statue in Travis Park.

Vanessa Sanchez spoke in favor of removing the Confederate Statue in Travis Park because it represented slavery and injustice.

Sofia Sepulveda spoke in support of the removal of the statue in Travis Park which she felt was a symbol of racism and oppression against minorities.

Rick Treviño spoke of misrepresentations of American History and asked the City Council to vote in favor of the removal of the Confederate Statue.

Russell Lane spoke in opposition to the removal of the Confederate Statue because it honored war veterans.

Robin Terrazas, President of the San Antonio United Daughters of the Confederacy, asked the City Council to allow the Confederate Statue to remain in Travis Park.

Hayden Smith spoke against the removal of the Confederate Statue from Travis Park.

Eric Moore, President of the local Alpha Alpha Fraternity, spoke in support of removing the monument in Travis Park due to its representation of treason and slavery.

Robert Feria spoke in support of the removal of the Confederate Statue from Travis Park.

Rusty Mahan stated that removing the Confederate Statue would lead to further division in San Antonio and asked the City Council to change their process for its removal.

Gylon Jackson expressed his support for removing the Confederate Statue as a sign of respect.

Antonio Diaz spoke in favor of the relocation of the Confederate Statue from Travis Park. He also asked the City Council to remove the statue of Christopher Columbus and rename the park after an indigenous figure.

Christian Lee spoke in support of removing the connotation of white supremacy from historical symbols to allow them to be displayed in historical context rather than as negative symbols.

Diana Uriegas spoke in support of removing the Christopher Columbus Statue and noted the violence that occurred in indigenous history.

Richard Brewer spoke in opposition to the removal of the Confederate Statue because it served to honor war veterans.

Ricardo Martinez spoke of the death of Heather Heyer in Charlottesville and asked the City Council to vote in support of removing the Confederate Statue.

Paco Garcia asked the City Council to remove the Confederate Statue in Travis Park.

Alyssa Pope, Field Organizer for Move San Antonio, read a letter from Move SA President H. Drew Galloway in support of the removal and relocation of the Confederate Statue in Travis Park due to its representation of racism and oppression.

Michael Black, Field Coordinator for Move San Antonio, spoke in favor of the removal of the statue from Travis Park.

Rita Schimpff stated that the Confederate Statue stood as a war memorial and spoke in favor of it remaining in Travis Park.

Audrey Fisher spoke of racist and nationalist movements globally and asked that the Confederate Statue in Travis Park be removed.

Rodolfo Dodier spoke in support of allowing the Confederate Statue to remain in Travis Park.

Lauren Lee spoke in opposition to Confederate Statues because of their representation of racism and bigotry and asked that the statue in Travis Park be removed.

Rachel Jennings spoke in favor of removing the Confederate Statue from Travis Park.

Malinda Gaul spoke in support of removing the Confederate Statue because of its representation of hate.

Jóse Luis González showed a poster protesting SB4.

Montgomery Jones spoke in opposition to the removal of the Confederate Statue.

Jordan Maney asked the City Council to remove the Confederate Statue due to its representation of racism and slavery.

Lyndsy Gholson spoke in support of removing the Confederate Statue and relocating it to a museum for proper historical context.

Gianna Rendon noted her affiliation with the Esperanza Peace and Justice Center and expressed their support for the removal of the Confederate statue.

Raynna Rivera spoke in favor of the relocation of the statue in Travis Park noting that it represented oppression.

Kamala Platt shared a quote from Gloria Anzaldúa regarding compassion in San Antonio and the need to remove the Confederate Statue.

Mario Bravo spoke in favor of removing the Confederate Statue and asked the City Council to consider how they could improve the state of civil rights for the San Antonio community.

Susana Segura spoke in support of removing the Confederate Statue from Travis Park.

William B. Johnson spoke in favor of relocating the Confederate Statue and replacing it with a statue that better represents San Antonio.

John Carleton discussed Confederate History and his family's reasons for participating in the Civil War.

Jorge Castilla spoke in opposition to the removal of the Confederate Statue because of its representation of a portion of American History.

Manuel De La O spoke of racial history in the United States and stated that the Confederate Statue should be removed from Travis Park.

Greg Harman stated his support for the removal of the Confederate Statue from Travis Park.

Rhett Smith spoke in favor of removing the Confederate Statue because of the history of the Confederacy.

Briauna Barrera spoke in support of removing the Confederate Statue as part of addressing racial inequalities in San Antonio.

Benito Acovio III stated that removing the Confederate Statue would not solve racial inequalities and asked the City Council to allow it to remain in Travis Park.

Rebecca Behan spoke in favor of removing the Confederate Statue as a sign of respect for all people.

Chance Walker spoke in favor of the removal of the Confederate Statue because of its symbolism representing slavery and white supremacy.

James Meadours spoke in favor of removing the Confederate Statue in support of racial equality.

John McCammon, President of the Confederate Cemetery in San Antonio, presented an injunction opposing the removal of the Confederate Statue in Travis Park.

Darrah McCammon discussed the history of the Daughters of the Confederacy and expressed opposition to removing the Confederate Statue.

Rene Herrera spoke of greed and corruption in government systems.

**ADJOURNMENT**
There being no further discussion, Mayor Nirenberg adjourned the meeting at 9:53 pm.

APPROVED

*[signature]*
RON NIRENBERG
MAYOR

ATTEST: *[signature]*
LETICIA M. VACEK, TRMC/CMC/MMC
CITY CLERK

# Exhibit A

## Attachment 4

Exhibit A, Attachment 4

# State of Texas
# County of Bexar
# City of San Antonio



# FINAL
## Meeting Minutes
## City Council A Session

City Hall Complex
105 Main Plaza
San Antonio, Texas 78205

| | | |
|---|---|---|
| **Thursday, August 31, 2017** | **9:00 AM** | **Municipal Plaza Building** |

The City Council convened in a Regular Meeting. City Clerk Leticia Vacek took the Roll Call noting the following Councilmembers present:

**PRESENT:** 11 - Mayor Nirenberg, Treviño, Shaw, Viagran, Saldaña, Gonzales, Brockhouse, Sandoval, Pelaez, Courage and Perry

1. The Invocation was delivered by Pastor David Brockhouse, Mt. Olive Lutheran Church, guest of Councilmember Greg Brockhouse, District 6.

2. Mayor Nirenberg led the Pledge of Allegiance to the Flag of the United States of America.

3. Approval of Minutes for the Special City Council Meetings of June 21 - 22, 2017, Special City Council Meeting of June 28, 2017 and the Regular City Council Meeting of June 29, 2017.

Councilmember Treviño moved to approve the Minutes for the Special City Council Meetings of June 21-22, 2017, Special City Council Meeting of June 28, 2017 and the

Regular City Council Meeting of June 29, 2017. Councilmember Viagran seconded the motion. The motion prevailed by the following vote:

**AYE:** 11 - Mayor Nirenberg, Treviño, Shaw, Viagran, Saldaña, Gonzales, Brockhouse, Sandoval, Pelaez, Courage and Perry

4. Councilmember Manny Peláez will be sworn-in as Mayor Pro-Tem, serving the term August 31, 2017-November 9, 2017.

City Clerk Vacek administered the Oath of Office to Councilmember Manny Pelaez who will be serving as Mayor Pro-Tem from August 31, 2017-November 9, 2017.

## CONSENT AGENDA ITEMS

Items 6, 9, 14, 22, 23, 29, P1, Z-1, and 31 were pulled for Individual Consideration. Councilmember Treviño moved to approve the remaining Consent Agenda Items. Councilmember Courage seconded the motion.

Mayor Nirenberg called upon Mr. Jack M. Finger to speak on Consent Agenda Items.

Jack M. Finger spoke against the contracts for low income San Antonio Residents and Immigrants (Item 22). He expressed concern with the funding that would be provided to the Alameda Theater (Items 28A and B).

The motion to approve the remaining Consent Agenda Items prevailed by the following vote:

**AYE:** 11 - Mayor Nirenberg, Treviño, Shaw, Viagran, Saldaña, Gonzales, Brockhouse, Sandoval, Pelaez, Courage and Perry

**2017-08-31-0600**

7. An Ordinance accepting the offers from Four J Traffic Controls, LLC, Flasher Equipment Company and Short-Line Corporation dba American Signal Equipment Company for the rental, delivery and pickup of traffic barricade equipment for the Police, Transportation and Capital Improvements, Center City Development and Operations, and Convention and Sports Facilities Departments for an estimated annual cost of $547,000.00, funded from the FY 2017 and FY 2018 Operating Budgets. [Ben Gorzell, Chief Financial Officer; Troy Elliott, Deputy Chief Financial Officer, Finance]

**2017-08-31-0601**

8. An Ordinance authorizing contracts with The Akana Group, Inc., C&M Golf & Grounds Equipment, Holt Texas, LTD, Sageline, Inc., and Tuttle Motor Company to provide City departments with tractors and landscaping equipment for an estimated total cost of $1,594,054.18 over a two year period, funded by the Equipment Renewal and Replacement Fund and the Storm Water Fund. [Ben Gorzell, Chief Financial Officer; Troy Elliott, Deputy Chief Financial Officer, Finance]

**2017-08-31-0603**

10. An Ordinance for the Lamar Street Reconstruction (Austin St to N. New Braunfels) Project, a 2017-2022 Bond and Community Development Block Grant funded project, accepting the lowest responsive bid and awarding a construction contract, including three additive alternates, to San Antonio Constructors, Ltd. in the amount of $5,457,166.50, of which $1,823,897.70 will be reimbursed by San Antonio Water System (SAWS) and $475,692.00 will be reimbursed by CPS Energy, located in Council District 2. [Peter Zanoni, Deputy City Manager; Mike Frisbie, Director, Transportation & Capital Improvements]

**2017-08-31-0604**

11. An Ordinance authorizing the execution of the Second Amendment and Extension to the Lease Agreement for 11,622 square feet of office space located at 215 S. San Saba Street for the San Antonio Fire Department Health and Wellness Program located in Council District 1. [Lori Houston, Assistant City Manager; John Jacks, Director, Center City Development & Operations]

**2017-08-31-0605**

12. An Ordinance authorizing a five-year extension of parking lease with the General Services Administration for the continued use of the parking lot at 727 East Cesar Chavez, beginning September 1, at an initial rate of $50,103.36 annually. [Lori Houston, Assistant Manager; John Jacks, Director, Center City Development & Operations]

**2017-08-31-0606**

13. An Ordinance authorizing the closure, vacation and abandonment of an improved 0.6562 acre segment of Britney Circle Public Right of Way located at O'Connor Road in Council District 10 as requested by Rockport Family Partnership, Ltd., for a fee of $21,500.00. [Peter Zanoni, Deputy City Manager; Mike Frisbie, Director, Transportation & Capital Improvements]

### 2017-08-31-0607

15. An Ordinance authorizing the acceptance of an additional $1,025.00 from the Office of National Drug Control Policy for the High Intensity Drug Trafficking Area grant to increase original fund award to the San Antonio HIDTA Initiative for the grant period January 1, 2017, through December 31, 2018. [Erik J. Walsh, Deputy City Manager; William P. McManus, Chief of Police]

### 2017-08-31-0608

16. An Ordinance authorizing the submission of a grant application in an amount up to $272,594.00 to the U.S. Department of Justice to support the Child Welfare Strategic Alliance Program, and authorizing an interlocal agreement with Bexar County regarding the distribution of grant funds and the designation of Bexar County as the grant fiscal agent. [Erik Walsh, Deputy City Manager; William P. McManus, Chief of Police]

### 2017-08-31-0609

17. An Ordinance authorizing amendments to Chapters 29 and 37 of the City's Municipal Code to provide an initial framework for the deployment of small cell network nodes and node support poles in the public right-of-way, authorized by SB 1004, which added Chapter 284 to the Texas Local Government Code; approving a design manual for network nodes and node support poles in accordance with SB 1004; and amending Chapter 29 to include San Antonio Water System's (SAWS) utility locate contact information. [Peter Zanoni, Deputy City Manager; Mike Frisbie, Director, Transportation & Capital Improvements]

### 2017-08-31-0610

18. An Ordinance ratifying a Memorandum of Understanding between the Department of Homeland Security, acting through the Federal Emergency Management Agency, and the San Antonio Fire Department to establish terms and understanding for participation in the FEMA Personal Identity Verification-Interoperable Smart Card Beta Test. [Erik Walsh, Deputy City Manager; Charles Hood, Fire Chief]

### 2017-08-31-0611

19. An Ordinance authorizing Interlocal Agreements with the University of Texas Health Science Center at San Antonio to provide the San Antonio Fire Department with contracts for a period beginning October 1, 2017 and ending September 30, 2020, with two extensions of one year each for Emergency Medical Technician Training and Emergency Medical Services System oversight for an estimated cost for the first year of $1,840.730, and EMS Medical Direction Services for an estimated cost for the first year of $1,298,509, and amending the prior Interlocal Agreements between

the parties to provide for certain payments out of residual funds. [Erik Walsh, Deputy City Manager; Charles Hood, Fire Chief]

### 2017-08-31-0612

20. An Ordinance authorizing an agreement with Jennifer Meyer Bankler, D.D.S. for an amount up to $120,000.00 for a term beginning October 1, 2017 and ending September 30, 2018 with options to renew for two, one-year terms for the San Antonio Metropolitan Health District's Oral Health Program. [Erik Walsh, Deputy City Manager; Colleen M. Bridger, MPH, PhD, Director of Health]

### 2017-08-31-0613

21. An Ordinance authorizing the execution of a Health Care Services Agreement with University of the Incarnate Word for the provision of health screening services for the City of San Antonio Head Start Program through July 31, 2018 with five one-year renewal options, for a total value not to exceed $540,000.00. [María Villagómez, Assistant City Manager; Melody Woosley, Director, Human Services]

### 2017-08-31-0616

24. An Ordinance authorizing the purchase of Commercial Insurance Policies for City operations for a one year policy period, effective October 1, 2017, in the estimate amount of $1,082,796.60 with two one-year renewal options for a total estimated cost of $3,257,313.67. [Ben Gorzell, Chief Financial Officer; Debra Ojo, Director, Risk Management]

### 2017-08-31-0617

25. An Ordinance authorizing the one year renewal of the contract with Tetra Tech, Inc. for On-Call Debris Management Monitoring services, in amount not to exceed $100,000.00, dependent on a Federal Emergency Management Administration (FEMA) declared disaster emergency. [Roderick J. Sanchez, Assistant City Manager; David W. McCary, Director, Solid Waste Management Department]

### 2017-08-31-0618

26. An Ordinance authorizing the one year renewal of the contract with DRC Emergency Services, LLC, for On-Call Debris Management services in amount not to exceed $500,000.00, dependent on a Federal Emergency Management Administration (FEMA) declared disaster emergency. [Roderick J. Sanchez, Assistant City Manager; David W. McCary, Director, Solid Waste Management]

### 2017-08-31-0619

27. An Ordinance authorizing the execution of five On-Call Professional Landscape Architectural Consulting Services Agreements, with Bender, Inc., Dunaway Associates, L.P., MP Studio Landscape Architecture, LLC, Open Air Studios, LLC

and Terra Design Group, Inc., each in the amount not to exceed $400,000.00 per year per firm, for a term of one year with the option to extend for one additional year, under the same terms and conditions, to provide as-needed professional landscape architectural consulting services for City-owned facilities and improvements, construction projects and planning projects located City-wide. [Peter Zanoni, Deputy City Manager; Mike Frisbie, Director, Transportation & Capital Improvements]

28. Consideration of the following two items for the Alameda Theater Complex Restoration Project: [Lori Houston, Assistant City Manager; John Jacks, Director, Center City Development]

### 2017-08-31-0620

28A. An Ordinance authorizing a funding and development agreement among the City of San Antonio, Bexar County, Alameda Theater Conservancy and Texas Public Radio in an amount of $9,200,000 which includes $700,000 in tax increment and $8,500,000 in certificate of obligation funding for the renovation of the Alameda Theater Complex; amending the Houston Street Tax Increment Reinvestment Zone (TIRZ) Project Plan and Finance Plan to include the Alameda Theater Restoration Project; and providing for a reimbursement from the Houston Street TIRZ of $8,500,000 in principal amount and associated interest for the certificates of obligation.

### 2017-08-31-0621

28B. An Ordinance authorizing a Master Lease Agreement with the Alameda Theater Conservancy for city-owned property located at 318 W. Houston in City Council District 1 and known as the Alameda Theater and Annex Property.

**CONSENT ITEMS CONCLUDED**

**POINT OF PERSONAL PRIVILEGE**

Councilmember Treviño highlighted Items 28A and 28B regarding the renovation of the Alameda Theater Complex and recognized La Familia Cortez for their promotion of the West Side. Jorge Cortez addressed the City Council and stated that this was one of the best things that happened in his life. He added that this was a win-win situation and highlighted the impact and contributions of Latinos in performing arts. Councilmembers Sandoval, Gonzales, and Viagran expressed their support and thanked La Familia Cortez for their work.

Mayor Nirenberg announced that the pulled items would be addressed first.

**ITEMS PULLED FOR INDIVIDUAL CONSIDERATION**

City Clerk Vacek read the caption for Item 6:

**2017-08-31-0599**

6. An Ordinance authorizing a contract with Midwest Tape, LLC to provide media, cataloging, and digital processing services for the San Antonio Public Library for an estimated annual cost of $2,500,000.00, funded from the General Fund. [Ben Gorzell, Chief Financial Officer; Troy Elliott, Deputy Chief Financial Officer, Finance]

Councilmember Courage asked how the funds would be utilized. Dale McNeill replied that the funds would be used to purchase items such as DVD's, Blue Rays, and audio books.

Councilmember Courage moved to adopt the Ordinance for Item 6. Councilmember Viagran seconded the motion. The motion prevailed by the following vote:

**AYE:** 11 - Mayor Nirenberg, Treviño, Shaw, Viagran, Saldaña, Gonzales, Brockhouse, Sandoval, Pelaez, Courage and Perry

City Clerk Vacek read the caption for Item 9:

**2017-08-31-0602**

9. An Ordinance authorizing an amendment to the existing contract with Turner Construction increasing the contract amount by $1,977,990.00 for a revised total contract value not to exceed $142,592,316.00 and appropriating $907,008.00 for additional specialized third party inspection services, unanticipated costs of IT network upgrades and system integrations, utility impact fees and other project support services for the CONRAC project. [Carlos Contreras, Assistant City Manager; Mike Frisbie, Director, Transportation & Capital Improvements]

Councilmember Courage asked of the cost increase to the CONRAC Project. Mike Frisbie replied that the cost had increased as the plan to use the old short-term parking garage had been revised. He stated that the structure would be demolished and a new facility would be built. He added that the amendment was necessary due to an error in design and that they were working to recoup the costs.

Councilmember Courage moved to adopt the Ordinance for Item 9. Councilmember Treviño seconded the motion. The motion prevailed by the following vote:

AYE:       11 - Mayor Nirenberg, Treviño, Shaw, Viagran, Saldaña, Gonzales, Brockhouse, Sandoval, Pelaez, Courage and Perry

City Clerk Vacek read the caption for Item 14:

### 2017-08-31-0035R

14. A Resolution of Support for the United Way of San Antonio application of the Westside Promise Neighborhood Grant and approval of a preliminary Memorandum of Understanding between the City of San Antonio, United Way of San Antonio, San Antonio Independent School District, San Antonio Housing Authority and Bethel Prevention Coalition for the Westside Promise Neighborhood Advisory Board; and commitment to provide In-Kind contributions, and prior funded municipal infrastructure enhancements should the grant be awarded. [Peter Zanoni, Deputy City Manager; Verónica R. Soto, Director, Neighborhood and Housing Services]

Councilmember Gonzales requested a brief presentation. Veronica Soto presented an overview of the United Way Application of the Westside Promise Neighborhood Grant and stated that the city would partner with the United Way, SAISD, San Antonio Housing Authority, and the Bethel Prevention Coalition. She noted that the application would provide for a Cradle to Career Continuum for over 3,000 students on the Westside. She added that if approved; the city would commit to enhance walkability, public transportation, and neighborhood sweeps. She stated that staff recommended approval.

Councilmember Gonzales expressed her support and stated that the project would be transformational for the neighborhood. She recognized Henrietta Munoz of the United Way. Ms. Munoz stated that this was a wonderful opportunity and spoke of the schools that would benefit from the grant. Councilmembers Treviño and Shaw expressed their support. Mayor Nirenberg stated that he looked forward to the development and a successful application.

Councilmember Gonzales moved to adopt the Ordinance for Item 14. Councilmember Treviño seconded the motion. The motion prevailed by the following vote:

AYE:       11 - Mayor Nirenberg, Treviño, Shaw, Viagran, Saldaña, Gonzales, Brockhouse, Sandoval, Pelaez, Courage and Perry

City Clerk Vacek read the caption for Item 22:

### 2017-08-31-0614

22. An Ordinance authorizing the execution of three legal services contracts for low income San Antonio residents as follows: 1) American Gateways in partnership with

Texas RioGrande Legal Aid in the amount of $100,000.00; 2) Catholic Charities in the amount of $75,000.00; and 3) Refugee & Immigrant Center for Education and Legal Services (RAICES) in the amount of $75,000.00 for a period of one year, with 2 one-year renewal options if funding is made available; the yearly total amount for all contracts is $250,000.00 funded by the City's General Fund in the amount of $150,000.00 and a grant from the Vera Institute of Justice in the amount of $100,000.00. [María Villagómez, Assistant City Manager; Melody Woosley, Director, Human Services]

Councilmember Brockhouse asked if this was a mid-year budget amendment. Maria Villagomez replied that it was. Councilmember Brockhouse asked if funds would be provided to undocumented individuals. Mrs. Villagomez replied yes, if the person was a parent of a U.S. Citizen who needed assistance to stay with their child in the United States. She presented a short power point outlining the three legal services contracts that were being recommended for award. Councilmember Brockhouse asked if this was as a result of SB 4. Mrs. Villagomez replied that it was requested by Councilmember Saldaña. Councilmember Brockhouse expressed concern with spending tax dollars on undocumented persons.

Councilmember Saldaña stated that it was important to do the right thing with regard to this issue and that this was not about politics. He spoke in support of the three agencies providing services and noted that he wanted to help people in the community.

Councilmember Saldaña moved to adopt the Ordinance for Item 22. Councilmember Viagran seconded the motion.

Councilmember Viagran thanked everyone for their work and stated that she was it was important to protect residents. Councilmember Gonzales expressed her support and highlighted examples that make San Antonio a compassionate city. Councilmember Treviño stated that this was about helping people and protecting basic human rights.

Councilmember Pelaez referenced a case from 1985 and stated that giving people information was not wrong. Councilmember Perry stated that he concurred with Councilmember Brockhouse regarding helping individuals but concerned with using tax dollars for undocumented individuals. Mayor Nirenberg stated that the City Council had made the decision to challenge a law viewed as unconstitutional which a court of law agreed with. He commended Mrs. Villagomez for her great work and compassion in helping others.

The motion to approve Item 22 prevailed by the following vote:

**AYE:** 11 - Mayor Nirenberg, Treviño, Shaw, Viagran, Saldaña, Gonzales, Brockhouse, Sandoval, Pelaez, Courage and Perry