# EXHIBIT D
# RITA SCHIMPFF AFFIDAVIT

## AFFIDAVIT

"My name is Rita Schimpff; I am over the age of eighteen, and am capable of providing this statement and affidavit.

"I am providing this statement and affidavit of my own personal knowledge, freely and willingly, as part of a lawsuit filed by the Albert Sidney Johnston chapter, No. 2060 against the City of San Antonio.

"I am a member of the Albert Sidney Johnston chapter No. 2060 since 1995. I have been a board member in the past.

"I have researched the Travis Park monument at the Municipal archives and elsewhere. As part of my research, I located the attached article from the June 4, 1899 San Antonio *Daily Express*, June 4, 1899. An accurate copy of that article is attached to this statement. That article describes a metal box that went inside the corner stone. The article says the following objects were placed in the time capsule:

- the Roster, Constitution and By-laws of the Barnard E. Bee chapter;
- a prayer book carried by the son of one of the Barnard E. Bee chapter members during the civil war;
- a small Confederate flag bearing the name of Jefferson Davis in gold letters and a wreath of violets;
- coins from the Albert Sidney Johnston camp of Confederate Veterans;
- copy of the Texas Freemason, of the Daily Express, copy of the Evening Light;
- $100 Confederate treasury note;
- two Confederate badges;
- names of members of the Grand Lodge conducting the ceremonies;
- several Confederate buttons;
- members of Grand Lodge conducting the ceremonies;
- copy of the brilliant and beautiful tribute to Jefferson Davis delivered by Master Harry Hertzberg of San Antonio at the closing exercises of the Seely Institute;
- a photo of the designer of the monument, Miss Virginia Montgomery of New Orleans;

- a photograph of Mrs. A.W. Houston, president, Barnard E. Bee chapter, Daughters of the Confederacy, with brief biographical sketch;
- a small testament by James E. Thomas, to whom it was presented by a Confederate comrade in the Federal prison at Alton, Ill. 38 years ago;
- several newspaper clippings; etc."

San Antonio *Daily Express*, June 4, 1899, p. 15, col. 3.

    The Daily Express also mentioned:

"among the most interesting articles deposited in the cornerstone was the testament given by James E. Thomas. Mr. Thomas was a member of the famous third Texas from Ross Cavalry and was captured by the Federals on the Big Black in Mississippi in 1863 and sent to the military prison at Alton Illinois where he was kept 22 months. During his long imprisonment he was presented with the testament by a fellow prisoner and when he was released brought it home with him. It is a time-stained and well worn, but has been highly treasured by its possessor. Mr. Thomas is father of Seymour Thomas who has won fame as an artist and his wife is a daughter of the late S.W. Blount of Nacogdoches, the last of the signers of the Texas declaration of Independence to pass away."

San Antonio *Daily Express*, June 4, 1899, p. 15, col. 6.

    The San Antonio Daily Light mentioned these articles were place in the corner stone:

- "several Confederate bills and coins;
- a Confederate flag bearing the name of Jefferson Davis with a wreath of violets, pressed flowers from Winnie Davis' coffin, the daily newspapers;
- and an Old Testament given by J. E. Thomas who was a prisoner in Alton, Illinois for 22 months inscribed "this testament placed in the corner stone by me as a present from a fellow prisoner in 1863 in Alton Illinois." (Signed) J. E. Thomas

San Antonio *Daily Light*, June 4, 1899, p. 1, col 6.

    "From my research at the Scottish Rite, I know that the Masons also added an 1862 Confederate $2 bill as well as various coins.

"On June 6, 2018, I was allowed to visit the monument in its current storage facility. I was very distressed to see the conditions in which it is being kept. Attached is a picture of the corner stone in which the time capsule is found. The second picture is more of a close-up of the hole and the time capsule. The first picture was provided by the City. The second picture, the close-up is a picture I took. Both pictures are accurate copies of the pictures we received in this lawsuit or that I took myself.

"Beneath that hole in the granite corner stone is the time capsule. You can look through that hole and see on the very top a framed picture. The glass is broken in several pieces. You can see other papers beneath and around the picture. You can see the inside walls of the metal box. The box appears to have been sealed in concrete, and now the lid is punctured and torn open.

"The items are in a closed metal building with little to no ventilation and no visible insulation. Most of the items were covered with black plastic and then surrounded by wooden sides with a wooden top screwed on. Some were on wooden pallets some were not. The floor appears to be concrete. The granite block containing the time capsule was not covered by anything. These artifacts are now open to sunlight, fluorescent light, and possibly pests and water. It was apparent that water had sat on several of the granite blocks. In prior pictures of the granite blocks, it did appear there was standing water on the granite.

"The metal box within the time capsule appears to have been originally encased in concrete and the metal top is now exposed and torn open. The time capsule items as well as the other items of marble and granite are exposed to air, light, pests, extreme temperature fluctuations, humidity, rust and pollutants. I am not able to disclose the location, but I can say there are pollutants and toxic materials nearby. No pests were noted, but there are many areas in the building with small openings.

"While we were there we noted the inside temperature at 93 degrees with the large doors open at 11:30 am. The high this day reached 101 and the low was 76, and the humidity the day before was gauged at 91%. I am not an expert, but have been involved with historical research for many years. I know these conditions are far from ideal for objects which are fragile and 150 years old.

3

"I declare under penalty of perjury that the above statement is true and correct. I have been given an opportunity to review this statement and to make any necessary changes."

Signed on _____June 18_____, 2018.


_____
Rita Schimpff

4

# HONOR HEROIC DEAD

## MONUMENT ERECTED BY DAUGHTERS OF THE CONFEDERACY.

Corner Stone Is Laid On the Anniversary Of the Birthday Of President Jefferson Davis.

ADDRESS DELIVERED BY HON. JOHN H. REAGAN.

Visiting Masons Participate In the Impressive Ceremonies Conducted At Travis Park.

OFFICERS AND MEMBERS OF THE G. A. R. IN ATTENDANCE.

History Of the Noble Work Done By Devoted Women To Perpetuate the Memory Of Their Gallant Soldier Dead.

"And we here today unite with the Barnard E. Bee Chapter of the Daughters of the Confederacy in laying the corner stone of a monument to be erected in honor of the Confederate dead, thus testifying our love and our grateful recollection of their manly, patriotic and heroic ventures. And while thus testifying to our pride as the inheritors of the glories they won, we are transmitting to those who are to come after us, in marble and bronze, an invitation to them to emulate their noble examples of wisdom, valor, courage and constancy, if any great emergency shall call for the display of those virtues."—John H. Reagan.

HON. JOHN H. REAGAN.

JUDGE W. S. FLY.

SAN ANTONIO'S FIRST PUBLIC MONUMENT.

MRS. A. W. HOUSTON.

President Barnard E. Bee Chapter, Daughters of the Confederacy.

Case 5:17-cv-01072-DAE Document 49-3 Filed 06/26/18 Page 6 of 8



