# EXHIBIT E
# RACHEL MAULDIN AFFIDAVIT

## AFFIDAVIT

"My name is Rachel Mauldin; I am over the age of eighteen, and am capable of providing this statement and affidavit.

"I am providing this statement and affidavit of my own personal knowledge, freely and willingly, as part of a lawsuit filed by the Albert Sidney Johnston chapter, No. 2060 against the City of San Antonio.

"I am an independent registrar and principal with Rachel Mauldin Art Services, LLC. I have over 25 years of experience working for cultural non-profits, including 11 years as the head registrar for the San Antonio Museum of Art. During my tenure at the San Antonio Museum of Art, the museum's collection consisted of approximately 20,000 objects, dating back thousands of years and include works from America, Europe, Asia, the Middle East and Latin America, encompassing paintings, photographs, textiles, furniture, metal objects, and works on paper, and more. After my tenure at the San Antonio Museum of Art, I began work at the American Research Center in Egypt, as their first Archivist, a position I held for 11 years.

"I understand from Rita Schimpff that there is a time capsule that formerly was within the Travis Park monument. I have reviewed Rita's statement regarding that time capsule and have discussed the time capsule with her lawyer, Thomas Crane. I have also reviewed a statement by Robin Terrazas. Based on what these persons have said, I am concerned about the state of the papers, photographs, and textiles within the time capsule.

"Museums and other institutions whose mission is to preserve art and artifacts adhere to accepted standards in order to care for those items. Art and artifacts are vulnerable to environmental changes, such as fluctuations in temperature and humidity, pests, light, and pollutants. The list of artifacts outlined in Ms. Schimpff's affidavit, in my opinion, are vulnerable to such deterioration, especially given the opening (tear) in the metal box. This opening is changing the environment to the detriment of the stored artifacts. For example, the heat and humidity that San Antonio has experienced since the beginning of May would adversely affect paper, wood, and metal objects, as well as textiles and photographs. High relative humidity and warm temperatures can cause mold to grow, which would damage these items. The high temperatures will cause paper to age

at an increased rate—including brittleness, discoloration, and foxing, and textiles and photographs to fade. The opening in the box may also be allowing pests to enter and damage the artifacts. There are insects that feed on paper, ink, and glues that are used in bookbinding. Museums and other institutions practice preventive care for the art and artifacts they are responsible for. Preventive care includes, but is not limited to, creating stable environments (so that any fluctuation of temperature and relative humidity are kept to a minimum) and instituting a pest management program. If an emergency arises and art and artifacts are potentially at risk, museums immediately implement an emergency response and recovery in order to assess any damage, mitigate it, and prevent any further damage.

"In my professional opinion, these artifacts are at risk of deteriorating and based on Ms. Schimpff's description of the storage facility, likely are deteriorating. Deterioration is certain if nothing is done. This is an unusual situation for me. Normally, the museum profession would never allow artifacts to be stored in an environment like this. No responsible museum or similar non-profit entrusted with the preservation of cultural and historical artifacts would allow these storage conditions to persist."

"I declare under penalty of perjury that the above statement is true and correct. I have been given an opportunity to review this statement and to make any necessary changes."

Signed on ___June   19___, 2018.

_____
Rachel Mauldin
Rachel Mauldin Arts Services, LLC

3

EXHIBIT F
ROBIN TERRAZAS AFFIDAVIT
JUNE 18, 2018

## AFFIDAVIT

"My name is Robin Terrazas; I am over the age of eighteen, and am capable of providing this statement and affidavit.

"I am providing this statement and affidavit of my own personal knowledge, freely and willingly, as part of a lawsuit filed by the Albert Sidney Johnston chapter, No. 2060 against the City of San Antonio.

"I am the President of the Albert Sidney Johnston chapter No. 2060. I have held that position since 2016. As President, I am responsible for the meetings and the various committees, as well as spokesman for the chapter.

"I visited the Travis Park monument on June 6, 2018. I noticed the very poor conditions in which the monument has been maintained. In the corner stone with the hole in the top, you can clearly see the time capsule just beneath the hole. I could see a cracked glass from a framed picture. I could see very old looking paper jumbled in there. I could also see a bit of the walls of the metal box of the time capsule. I saw a second layer of glass which suggests there may be more contents further down.

"I also noticed two large pieces of card board in different places in the room. They were covering two different large granite blocks. You could tell they both had been very wet. The card board was very stiff and was coming apart. The layers of the card board were coming apart. I also noticed the dried, cracked dirt on top of another granite block. That also looked like it had been wet and had been a little muddy for a time. It was apparent to me that there had been water in that warehouse and the water was on the various pieces of the monument.

"I did not see signs of water on the corner stone with the time capsule. But, if the papers and textiles in the time capsule did get wet, they would be permanently damaged. The corner stone with the time capsule was completely uncovered when we arrived. We left it uncovered when we left the warehouse. I understood from Thomas Crane, our lawyer, that the City wanted everything put back the way we found it. I do not understand why the City has made no effort to protect the contents of the time capsule.

"I believe the time capsule needs to be protected. If the contents are removed, we would like to have an opening ceremony, so we can show respect for our veteran ancestors.

2

"I declare under penalty of perjury that the above statement is true and correct. I have been given an opportunity to review this statement and to make any necessary changes."

Signed on _____June 18_____, 2018.


_____
Robin Terrazas
President
Albert Sidney Johnston Chapter No. 2060
~~Daughters of the Confederate Veterans~~
RT  United Daughters of the Confederacy

3

# EXHIBIT G
# BOBBY SCHLITZBERGER AFFIDAVIT

## AFFIDAVIT

"My name is Bobby Schlitzberger; I am over the age of eighteen, and am capable of providing this statement and affidavit.

"I am providing this statement and affidavit of my own personal knowledge, freely and willingly, as part of a lawsuit filed by the Albert Sidney Johnston chapter, No. 2060 against the City of San Antonio.

"I am a Certified Memorialist by the Monument Builders of North America (MBNA). Having that certification means the industry has recognized a person's competence and ethics. I am also, a member of the American Institute of Commemorative Art (AICA). Membership in AICA is limited to those monument dealers who have shown a sincere commitment to excellence while practicing the trade of building monuments.

"My father started as an apprentice in 1922, then a journeyman and finally a master craftsman. He started his business in 1961 and we are now in our fourth generation. We build or repair monuments. We work on headstones and the larger commemorative monuments. We have done many veteran oriented monuments in the past.

"When this monument was built, the typical procedure for installing a time capsule would be to chisel out a hollow area in one of the corner base stones, placing a metal box into that recess and encasing the recess and metal box in concrete. I inspected the Travis Park monument on June 6, 2018 and that is what the builders of the Travis Park had done. The monument as a whole was not sealed well. They used lead strips which do not provide a good seal. There could have been some water seepage inside the monument.

"I could see that the concrete covering the top of the box had been removed and the interior of the box exposed. In my opinion the concrete covering the box was broken during the dismantling of the monument. As of June 6, when I was there, the contents of the metal box were exposed."

"I declare under penalty of perjury that the above statement is true and correct. I have been given an opportunity to review this statement and to make any necessary changes."

Signed on _June 20th_, 2018.

_Bobby Schlitzberger_