IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALBERT SIDNEY JOHNSTON Chapter No. 2060, United Daughters of the Confederacy, ROBIN TERRAZAS, President, JEAN CAROL LANE, First Vice-President | § § § § § § | |
| v. | § § | 5:17-CV-1072-DAE |
| CITY OF SAN ANTONIO | § § | |

**ADVISORY CONCERNING DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES**

TO THE HONORABLE DAVID A. EZRA:

Now comes the Defendant, the City of San Antonio, and advises the Court that, after conference with opposing counsel, the City withdraws its challenge to the timeliness of the designation of Plaintiff's experts Schlitzberger, Mauldin, Rodriguez, and Astwood.[1]

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court take notice of this advisory and the withdrawal of the City's motion to strike the Plaintiffs' designation of Rachel Mauldin, Bobby Schlitzberger, Alfred Rodriguez, and David Astwood as expert witnesses on the basis of timeliness of their designation.

---

[1] The City did not seek to strike the designation of Plaintiffs' attorney on the basis of the timeliness of his designation.

Respectfully submitted,

_____
Shawn Fitzpatrick
SBN 00787474
FITZPATRICK & KOSANOVICH, P.C.
PO Box 831121
San Antonio, Texas 78283-1121
(210) 408-6793
skf@fitzkoslaw.com

**CERTIFICATE OF SERVICE**

I certify service of a true and correct copy of this instrument on the following person on July 13, 2018, through the Court's electronic filing and notification system:

Thomas J. Crane

_____
Shawn Fitzpatrick