IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALBERT SIDNEY JOHNSTON Chapter No. 2060, United Daughters of the Confederacy, ROBIN TERRAZAS, President, JEAN CAROL LANE, First Vice-President<br><br>v.<br><br>RON NIRENBERG, in his Official Capacity as Mayor of the City of San Antonio, and ROBERT TREVINO, WILIAM SHAW, REBECCA VIAGRAN, REY SALDANA, SHIRLEY GONZALES, GREG BROCKHOUSE, ANA SANDOVAL, MANNY PALAEZ, and JOHN COURAGE, in their official capacities as Members of the San Antonio City Council, and the CITY OF SAN ANTONIO | §§§§§§§§§§§§§§§§§§§§§ | 5:17-CV-1072-DAE |

**DEFENDANT'S ADVISORY RGARDING TIME CAPSULE**

TO THE HONORABLE DAVID A. EZRA:

Now comes The City of San Antonio (the City) and makes this Advisory Regarding Time Capsule and would show the following:

1. The box or time capsule at issue in this case is cast in concrete in a void in the granite cornerstone of the monument that was removed from Travis Park in 2017. The City moved the cornerstone to a climate controlled facility dedicated to the storage of archival texts. The move was completed August 14, 2018.

Respectfully submitted,

/s/ Shawn Fitzpatrick
Shawn Fitzpatrick
SBN 00787474
FITZPATRICK & KOSANOVICH, P.C.
PO Box 831121
San Antonio, Texas  78283-1121
(210) 408-6793
skf@fitzkoslaw.com

**CERTIFICATE OF SERVICE**

I certify service of a true and correct copy of this instrument on the following person on August 22, 2018, through the Court's electronic filing and notification system:

Thomas J. Crane
Attorney for Plaintiffs

/s/ Shawn Fitzpatrick
Shawn Fitzpatrick