IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALBERT SIDNEY JOHNSTON CHAPTER, CHAPTER NO. 2060, UNITED DAUGHTERS OF THE CONFEDERACY; ROBIN TERRAZAS, PRESIDENT; AND JEAN CAROL LANE, FIRST VICE PRESIDENT; <br><br> *Plaintiffs,* <br><br> vs. <br><br> RON NIRENBERG, IN HIS OFFICIAL CAPACITY AS MAYOR OF THE CITY OF SAN ANTONIO; CITY OF SAN ANTONIO, ROBERT TREVINO, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE SAN ANTONIO CITY COUNCIL; WILLIAM SHAW, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE SAN ANTONIO CITY COUNCIL; REBECCA VIAGRAN, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE SAN ANTONIO CITY COUNCIL; REY SALDANA, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE SAN ANTONIO CITY COUNCIL; SHIRLEY GONZALES, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE SAN ANTONIO CITY COUNCIL; GREG BROCKHOUSE, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE SAN ANTONIO CITY COUNCIL; ANA SANDOVAL, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE SAN ANTONIO CITY COUNCIL; MANNY PALAEZ, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE SAN ANTONIO CITY COUNCIL; AND JOHN COURAGE, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE SAN ANTONIO CITY COUNCIL; <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL NO. <br> SA-17-CV-1072-DAE |

**ORDER SETTING HEARING**

Before the Court in the above-styled cause of action are Plaintiffs' Motion to Strike Defendant's Designation of Expert Witnesses [#85] and Plaintiffs' Second Motion to Strike Defendant's Designation of Expert Witness [#89].  The motions were referred to the undersigned on September 11, 2018 and September 24, 2018, respectively.  Having reviewed the substance of the motions, the Court is of the opinion they should be set for a hearing.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Strike Defendant's Designation of Expert Witnesses [#85] and Plaintiffs' Second Motion to Strike Defendant's Designation of Expert Witness [#89] are set for a hearing at **10:30 a.m.** on **October 9, 2018**, in Courtroom B on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206.

**IT IS SO ORDERED.**

SIGNED this 2nd day of October, 2018.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE