# EXHIBIT A
# ROBIN TERRAZAS AFFIDAVIT

## AFFIDAVIT

"My name is Robin Terrazas; I am over the age of eighteen, and am capable of providing this statement and affidavit.

"I am providing this statement and affidavit of my own personal knowledge, freely and willingly, as part of a lawsuit filed by the Albert Sidney Johnston chapter, No. 2060 against the City of San Antonio.

"I am the President of the Albert Sidney Johnston chapter No. 2060. I have held that position since 2016. As President, I am responsible for the meetings and the various committees, as well as spokesman for the chapter. The ASJ chapter No. 2060 succeeded to the Barnard E. Bee chapter in 1972. When Barnard Bee dissolved in 1972, the last president of that chapter, Mrs. Oldham (Oldom), and two other members visited our chapter and presented a certified copy of the city ordinance giving us the right to use the land in the center of Travis Park. The BEB chapter gave us that Ordinance in case any problem might come up in the future. Our chapter understood this discussion to mean a verbal agreement that we assume their interests in the Travis Park monument and in the cemetery on the east side of San Antonio.

"Attached is an accurate copy of our minutes from 1972 which reflect that Mrs. Oldham (Oldom) would attend our meeting. These minutes are dated Jan. 13, 1972. Attached to my statement are correct copies of those minutes. Those minutes state:

> "Mrs. L.J. Gittinger reported that Mrs. Oldham, President of Barnard E. Bee Chapter and two members would like to attend our January __ meeting and give a report on the monument in Travis Park. This Chapter is disbanding and she feels our Chapter should have this information. A motion was made that we invite Mrs. Oldham and two guests to our January meeting."

Terrazas Exhibit 1, p. 1. Attached to my statement is a correct copy of those minutes. We keep those minutes in the normal course of our chapter. They would have been accurate at the time they were accepted.

"Then, at the Jan. 20, 1972 meeting. Mrs. Oldham did attend. She spoke at the ASJ meeting. She spoke about the Confederate memorial in the center of Travis Park. She talked about how several years before, H.B. Zachry Co. planned to build an underground parking garage in Travis Park. San Antonio City Council gave permission to the Daughters of the Confederacy to build a memorial in the park. The minutes provide:

> "Several years ago, H.B. Zachry Co. planned to build
> an underground parking lot at this site. The Daughters
> protested. Mrs. Oldham presented a certified copy of this
> ordinance to the Chapter for safe keeping if something
> should arise in the future."

Terrazas Ex. 2, p. 2. Attached to my statement is a correct copy of those minutes. We keep those minutes in the normal course of our chapter. They would have been accurate at the time they were accepted.

"Our chapter, the ASJ chapter, agreed to accept the certified copy of the City ordinance. This acceptance represented a verbal agreement from her chapter to ours.

"Also attached to my statement is a true and correct copy of the City of San Antonio Ordinance dated March 27, 1899. I believe this was the same copy which Mrs. Oldom (her name is spelled two different ways depending on the source) presented to our chapter. I was given this copy by Theresa Gold. She was president of the chapter through the 1990's. She is now in a nursing home. This copy is attached as Terrazas Exhibit 3. This is an accurate copy of the same paper given me by Mrs. Gold. The copy she gave me is legal size, or 8.5 inches by 14 inches. The paper she gave me does not appear to be the original certified copy, but a copy of the certified copy. The certified portion is dated Dec. 10, 1953.

"The March 27, 1899 ordinance provides:

> "Petition of the Daughters of the Confederacy for
> permission to erect a monument in Travis park. In this
> connection Ald. Rheiner introduced the following
> ordinance:
>
> "Be it ordained by the City Council of the City of San
> Antonio that permission be and is hereby granted to the
> Daughters of the Confederacy to use the amount of land
> petitioned for in the center of said Travis Park and that the
> City Engineer be hereby ordered to survey and define said

2

plat of land at once.

The ordinance was adopted unanimously."

Terrazas Exhibit 3.

"The Ordinance reflects that the City gave the use of the land beneath the monument to the 'Daughters of the Confederacy.' I believe this means the City gave the use of the land to the Daughters of the Confederacy. That is what Mrs. Oldom said. The ASJ chapter is part of the Daughters of the Confederacy, as was the BEB chapter.

"The Barnard E. Bee chapter could have given that Ordinance to any chapter in the area. But, they gave it to our chapter. They expected us to take care of the monument the same way they would have. We agreed to take care of it as best we could. I hope we have done so.

"Later, the Barnard E. Bee chapter also transferred its cemetery deed to us. Mrs. Oldom and the other two members joined our chapter later that same year. A copy of that deed is also attached to my statement. This is the Confederate cemetery on the east side of San Antonio. Other people are buried there, too. But, it started as a cemetery for Confederate veterans and their families, back when many families of Confederate veterans did not have money for burial. A copy of this deed is attached as Terrazas Exhibit 4. This is a correct copy of the deed as maintained in our records since the deed was signed by Mrs. Oldom. The deed is dated March 25, 1976.

"On Aug. 4, I sent Jacquelyn Salvador a copy of the 1899 Ordinance, in which the City gave us use of the land beneath the monument. She works in Municipal Archives. She had asked me about ownership of the monument. I sent her information about the Barnard Bee chapter and explained that we succeeded to the Barnard Bee chapter.

"Also attached is a copy of the minutes from the 1972 UDC Convention. The second page indicates that Mrs. Fred Oldom turned in the charter for the Barnard E. Bee chapter. This is a true and correct copy of those minutes which I have in my possession. These minutes are records which belong to the Albert Sidney Johnston chapter. We have maintained these documents since we received them. See TerrazasExhibit 5.

"The UDC Handbook for Texas states that when a chapter disbands, it must send its charter to the state headquarters, which we refer to as 'Texas Division.' But, the

3

chapter can then limit what goes to state. The BEB chapter limited that by giving to the ASJ chapter their interest in the Travis Park monument and the cemetery. See attached at Terrazas Exhibit 6 a letter written by our state head, Eva Long saying the state headquarters agrees that the Bee chapter transferred their interests in the Travis Park memorial to the ASJ chapter. Ms. long states that as far as state headquarters is concerned, the ASJ 2060 chapter owns the Confederate memorial and the time capsule.

"I declare under penalty of perjury that the above statement is true and correct.  I have been given an opportunity to review this statement and to make any necessary changes."

Signed on _____10-15_____, 2018.


Robin Terrazas
President
Albert Sidney Johnston Chapter No. 2060

TERRAZAS EXHIBIT 1
JAN. 13, 1972 JOHNSTON CHAPTER MINUTES

95

... 1972, at 10:00 A. M., the Executive Board
... Chapter # 2640, United Daughter of the
... of the President, Mrs. Edward W. Pembert...
... Board meeting were read by the Secretary.

... urer, reported $ 566.92 in the General Fund:
... ship fund and $ 77.26 in the Cemetery Fund.
... - $ 1,541.19. She has 6606 on hand; not
... le, $ 15.00.

... the highlights of a newsletter from the Division
... the largest amount for # 13 Pin. 2. for registering
... ter... 3. The Lucy C. Renfroe award for registering
... grand-daughters. 4. for purchasing most ancestral
... Chapter having largest number subscribers to the U.D.C.
... erson Davis Chapter # 1637, Houston, Texas. 6. second
... the Randolph Relief Fund.

... schrser, General Chairman for the Book Review
... chairmen held a meeting before Christmas to make final
... interviewed Mrs. Cochran and there will be. reported
... in all city papers. Articles will also be sent a picture
... ter and .orthside Recorder. She reported selling eight
... e one complimentary ticket.

... amilton, ticket chairman, thanked Mrs. Gerlich and
... for addressing envelopes. She reported the cost of the
... .00 for 350 tickets. She has turned over $ 92.00 to the
... has received an additional $ 6.00 today. Mrs. Hamilton
... will sell additional tickets at the door. Mrs. Skaggs
... erlich will collect tickets at the door.
... will send invitations to the Presidents of the Houston
... Barnard E. Bee Chapters, also the Daughters of the Republic
... and other organizations and will include a complimentary
... for the Presidents.

... L. J. Gittinger reported Mrs. Oldham, President of Barnard
... apter and two Chapter members would like to attend our meeting
... and give a report on the monument in Travis Park. Mrs. ...
... anding and she feels our Chapter should have this information.
... otion was made that we invite Mrs. Oldham and two guests to our
... meeting. The motion was seconded and carried.
... Gittinger announced that Mrs. Mitchell is in a nursing ...
... Due to Mrs. Mitchell's illness, she is acting ...
... Education Committee. She reported that Richard ...
... our $ 100 gift scholarship. $ 50.00 was paid ...
... 50.00 is due the second Semester. She asked the ...
... increasing this amount.
... tion was made by Mrs. L. J. Gittinger that the scholarship ...
... ed by $ 50.00 the second semester. The motion was second...

... nuary meeting will be held in ...
... by ... few members will be the question ...
... ification committee will inform ...
... Book Review.

... arch meeting will be held ...
... awards to be given November ...
... il 15, 1972. Each Chapter ...
... er to help defray expenses ...
... rlich, Registrar, report...
... membership in ...
... but will be limited to ...

$35.00

... Dec. 16, 1972.

ASSU000002

...AD MEETING (cont.)

January...

...as membership papers but has not returned them...
A short informal discussion was held relative to...
chapter next year - especially regarding setting up...
meetings and following the Historian General's programs...
taken at this time.

There being no further business, the meeting adjourned...
Eleven members wer present. They were: Mesdames Clem...
Henshorn, Gerlich, Hamilton, Florentin, Schraer and Cross...
Bowman and Allen.

Mrs. William M. Cross

Mrs. William M. Cross
Recording Secretary

* * * * * * * * * * * * *

REGULAR MEETING

Albert Sidney Johnston Chapter...

ASJ00003

TERRAZAS EXHIBIT 2

JAN. 20, 1972 JOHNSTON CHAPTER MINUTES



OR BOARD MEETING (cont.)

There being no further business, the meeting was closed. Eleven members were present.

REGULAR MEETING

The Albert Sidney Johnston Chapter # 1240, United Daughters of the Confederacy, met on Thursday, January 20, 1972 at the home of Miss Constance Allen with the President, Mrs. Carrel Wade Allen presiding.

The meeting was opened with the Ritual and Prayers followed by the Pledge of Allegiance and Salutes to the Texas and Confederate Flags respectively.

Minutes of the previous meeting were read and approved as read.

Miss Marie Done, Treasurer, reported $ 732.92 in the General Fund, $1697.01 in the Scholarship Fund and $ 77.26 in the Memorial Fund. Amount on hand $ 1,707.19.

Highlights of the newsletter from the Division President, Mrs. Stonestreet, were read. The Division won the National Awards for having it the largest amount for # 13 Pin. 2. Registering most real daughters. 3. The Mrs. C. Renfroe award for registering most great, great, grand daughters. 4. For purchasing most memberships. One Chapter having largest number subscribers to the UDC Magazine was Governor Davis Chapter # 1637, Houston, Texas. Contributions to the Chaplain Relief Fund.

The President, Mrs. Carrel Wade Allen for her most gracious manner introduced the Co-Hostesses Miss Marie Done and the Misses Constance and Anne Allen, her daughters.

Mrs. M. Mueller was present and introduced the members. Mrs. Joanna M. Myers was a guest from out of town.

It was announced that Mrs. Warren M. Thomas, Fort Worth, Texas was ill.

On recommendation of the Board to increase the $10.00 Life Membership to $25.00 offered by the President was approved.

The program, General Order No. 109 of the Commander in Chief of the S.C.V., Mr. Dean W. Boggs, on the 111th Anniversary of the founding of the Confederate Government - Inaugural - February 22nd was read and observations were ratified. An intimate view of the circumstances of the period.

The President appointed Miss Constance Allen Program Chairman. The program for the coming meetings being held at the home of the Chairman she reported on the Theme for the year which enabled her to plan.



...ING (cont.)

...warded the outstanding teacher ...
...Georgia last Fall. Members ...
...slides and the comentary on ...
...Mountains. Her program was ...
...Henderson and the President ...

...ham, President of the ...
...relative to the monument in ...
...1899 by the City Council of ...
...Daughters of the Confederacy to ...
...Park. Several years ago, Zachr... ...
...ground parking lot at this site. ...
...presented a certified copy of this ...
...keeping if something should arise in ...
...being no further business, the meeting ...
...hour was enjoyed.

*Mrs. William W. Cross*

Mrs. William W. Cross
Recording Secretary

* * * * * * * * * * * * * * * * * * *

February 17, 1972

...utive Board meeting was held, prior to the Regular

TERRAZAS EXHIBIT 3
COPY OF DEC. 13, 1953 CERTIFIED COPY OF
ORDINANCE

REGULAR MEETING OF THE CITY
COUNCIL OF THE CITY OF SAN
ANTONIO, MONDAY, MARCH 27, 1899

PRESENT: Mayor Marshall Hicks
Aldermen Alexander, Barker, Davis, Lamm, Mahncke,
Mumme, O'Connor, Piper, Rheiner, Richter, Surkey
and Thiele

***************************

Petition of the Daughters of the Confederacy for permission
to erect a monument in Travis Park. In this connection Ald.
Rheiner introduced the following ordinance.

Be it ordained by the City Council of the City of San Antonio
that permission be and is hereby granted to the Daughters of
the Confederacy to use the amount of land petitioned for in the
center of said Travis Park and that the City Engineer be hereby
ordered to survey and define said plat of land at once.

The ordinance was adopted unanimously.

***************************

On motion the Council adjourned.

APPROVED:

/s/ Marshall Hicks
Mayor

ATTEST:
/s/ W. W. Johnson
City Clerk

STATE OF TEXAS
COUNTY OF BEXAR          } SS.          CERTIFIED COPY
CITY OF SAN ANTONIO

The undersigned, the City Clerk of the City of San Antonio, in the State and County afore-
said, does hereby certify that the foregoing instrument consisting of ___ page is a true and
correct copy of the original now on file in ___ office at the City Clerk ___, and that I am
the custodian of such ___ of said ___ and of record of such ___ at ___ ___ and that I am
the custodian of ___.

Given under my hand and the official seal of the City of San Antonio, this ___ 10 ___

day of _____December_____  A. D. 19 53

(SEAL)                                          Elmer W. Starbeck
                                          Ass't City Clerk City of S.A.

EXHIBIT NO. 2
7/25/18
SLM

ASJ000020

TERRAZAS EXHIBIT 4
MARCH 25, 1975 DEED

THE STATE OF TEXAS                 }

COUNTY OF BEXAR                    }          KNOW ALL MEN BY THESE PRESENTS:— I

652260

THAT BARNARD E. BEE CHAPTER NO. 86, also known as B.E.B. CHAPTER NO. 86, United Daughters of the Confederacy, an unincorporated association, acting herein by and through MRS. MARY (FRED) OLDOM, of Bexar County, Texas, the last duly elected and acting President of said Barnard E. Bee Chapter before said Chapter became disbanded, for and in consideration of the sum of Ten ($10.00) Dollars, and other good and valuable consideration, the receipt whereof is hereby acknowledged and confessed, have BARGAINED, SOLD AND FOREVER QUITCLAIMED, and by these presents do hereby BARGAIN, SELL AND FOREVER QUITCLAIM unto ALBERT SIDNEY JOHNSON Chapter No. 2060, United Daughters of the Confederacy, of San Antonio, Bexar County, Texas, all the right, title and interest had by the said Barnard E. Bee Chapter No. 86, also known as B. E. B. Chapter, United Daughters of the Confederacy, of San Antonio, Texas, in and to the following described cemetery lots, in San Antonio, Texas, towit:

All of Lots 85 and 96, in Section 4, of City Cemetery No. 4, more particularly described as follows: Beginning at the N.W. corner of said Lot No. 85; Thence South 54 feet; Thence East 30 feet; Thence North 54 feet; Thence West 30 feet to the place of beginning, and being the same property conveyed to B.E.B. Chapter, United Daughters of the Confederacy, by Marshall Hicks, Mayor of the City of San Antonio, Texas, on June 28th, 1909, recorded in Vol. 430, Page 96, Deed Records of Bexar County, Texas, to which deed and the record thereof reference is here made.

TO HAVE AND TO HOLD all the right, title and interest which the said Barnard E. Bee Chapter, also known as B. E. B. Chapter NO. 86, United Daughters of the Confederacy had in the above described property to Albert Sidney Johnson Chapter No. 2060, of San Antonio, Texas, United Daughters of the Confederacy, its successors and assigns forever, so that neither the successors or assigns of the said Barnard E. Bee Chapter No. 86, also known as B.E.B. Chapter No. 86, United Daughters of the Confederacy, shall have, claim or demand any right or title to said property or premises or any part thereof.

WITNESS at San Antonio, Texas, this 21 day of March, A.D. 1950.

BARNARD E. BEE CHAPTER NO.86
B. E. B. CHAPTER NO. 86
DAUGHTERS OF THE CONFEDERACY

By *Mrs. Mary (Fred) Oldom*
    Mrs. Mary/(Fred) Oldom

TERRAZAS EXHIBIT 5
1972 UDC BOOK RE BEE CHAPTER



*Minutes*

TWENTY-SIXTH ANNUAL CONVENTION

THE TEXAS DIVISION

UNITED DAUGHTERS OF THE

CONFEDERACY

(INCORPORATED)

Austin, Texas October 3-4-5, 1972

Mrs. H. W. Micheiree
President

DAUGHTERS OF THE CONFEDERACY                                     105

## BARNARD E. BEE CHAPTER, No. 86
### SAN ANTONIO, TEXAS
Chartered: October 6, 1896

_____ Schnittker
_____ Secretary, Texas Division, U.D.C.
_____son
_____xas

_____ Schnittker:

_____ing these forms—Barnard E. Bee Chapter No. 86, San Antonio,
_____ disbanded.
_____ H. W. Mitcheltree, President of The Texas Division, was notified
_____el Ramsey, Treasurer of The Texas Division.
_____ter's Charter was surrendered as of March 1, 1972, so no further
_____ill be made.

Mrs. Fred Oldom, *President*

## BRAXTON BRAGG CHAPTER, No. 2211
### SAN ANTONIO, TEXAS
Chartered: July 20, 1954
Number of Members: 16

_____ of regular Chapter meeting Third Sunday Afternoon, September

_____ Parker, 126 Kennedy, San Antonio, 78209, President; Mrs.
_____ker, 126 Kennedy, San Antonio, 78209, Vice President; Mrs.
_____sse, 131 Chichester, San Antonio, 78209, 2nd Vice President;
_____a Flood, 1019 Burnett, San Antonio, 78202, 3rd Vice President;
_____ce Alberthal, 2115 Leal, San Antonio, 78207, Recording Secre-
_____ Bea Copeland, Route 3, Box 165-D, San Antonio, 78218, Treas-
_____.D. Jane Alberthal, 2115 Leal, San Antonio, 78207, Registrar;
_____ie Smith, 144 Cloverleaf, San Antonio, 78209, Historian; Mrs.
_____en, 705 Topeka, San Antonio, 78210, Corresponding Secretary;
_____ Lucile Owens, 1007 Wright, Llano, 78643, Recorder of Crosses.
_____ues and assessments paid on 17 members by March 1, 1972.
_____es being processed on three prospective members.
_____ donated to Randolph Relief Fund.
_____ donated to Barthold Scholarship Fund.
_____ery Chapter and $5.00 Personal donation made to "Roaring Reb"
_____ reservation of Confederate emblems.
_____ donated to the Mental Health Association of Bexar County.
_____ members subscribe to the "Roaring Reb" Magazine.
_____ of the members subscribe to U.D.C. magazine with four renewals.
_____ers spent making Cancer Bandages, bed pillows and bed coats.
_____ es of newspaper print—proof to be brought to Convention.
_____ and Flowers sent to shut-ins and hospitalized members.
_____ter maintains a scrapbook and each member has a yearbook.
_____er 3rd Vice President attends the Children of the Confederacy

_____er 1st Vice President sponsored Underprivileged Children to the
_____ Symphony of "Hansel and Gretel."
_____ ter programs follow the Historian General's Outline.



TERRAZAS EXHIBIT 6
FEB. 13, 2018 EVA LONG LETTER



Eva Breed Long
Texas Division President
United Daughters of the Confederacy
375 Roy Breed Road
Dripping Springs, TX 78620-3506
elong1955@gmail.com, 512-689-7915

February 13, 2018

RE: Confederate Monument in Travis Park

To Whom It May Concern:

The Texas Division, United Daughters of the Confederacy, considers the Albert Sidney Johnston 2060 chapter to be the owner of the monument erected by its predecessor, Barnard E. Bee 86. The Barnard E. Bee 86 chapter raised money to design, build and erect a monument of an unknown soldier to be placed in Travis Park in memory of those husbands, fathers and sons who never returned home to their native Texas. The City of San Antonio declared an Ordinance on March 27, 1899 that gave the Daughters use of the land in Travis Park. The Ordinance, voted unanimously on by Mayor Hicks and the City Council at the time. The Barnard E. Bee 86 chapter disbanded in 1972 and allocated its assets, as desired, to the Albert Sidney Johnston 2060 chapter of San Antonio. On January 20, 1972 the president of the Barnard E. Bee 86 chapter presented the president of the Albert Sidney Johnston 2060 chapter with a certified copy of the Ordinance, which would be considered a transfer of property.

According to the Bylaws of the Texas Division, United Daughters of the Confederacy, Article VIII, Disbanded and Defunct Chapters, Section 1, b. "Notification shall be accompanied by the original Charter, plus all assets (unless otherwise limited), and records of the Chapter. These assets and records become the property of the Division."

We believe the "unless otherwise limited" to include the transfer of assets from the Barnard E. Bee 86 chapter to the Albert Sidney Johnston 2060 chapter and that included, but not limited to, the monument, its base and contents included in either the monument or base, said Time Capsule.

ASJ000016

Should further information need to be provided this court, please let us know and we will do our due diligence in providing that information.

Thank you for your consideration in this matter.

Sincerely,

Eva Breed Long
Texas Division President
2016-2018

ASJ000017