EXHIBIT D
DISCOVERY DOCUMENTS

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALBERT SIDNEY JOHNSTON Chapter No. 2060, United Daughters of the Confederacy, ROBIN TERRAZAS, President, JEAN CAROL LANE, First Vice-President | § § § § | |
| | | CIVIL ACTION NO. SA-17-CV-1072-DAE |
| v. | § | |
| THE CITY OF SAN ANTONIO | § | |

### AFFIDAVIT

"My name is Thomas J. Crane; I am over the age of eighteen, and am capable of providing this statement and affidavit. I am an attorney licensed in the state of Texas. I have been licensed in Texas since 1989. I am admitted to the Western District of Texas and the Fifth Circuit Court of Appeals.

"I represent the Albert Sidney Johnston Chapter No. 2060, Robin Terrazas and Jean Lane in Cause No. SA-17-CV-1072-DAE. I have represented the Plaintiffs in this lawsuit since it was filed. My office received the attached deposition excerpts and deposition exhibits from the appropriate court reporter firms. My office has maintained these discovery documents, deposition excerpts and expert reports since receipt. Correct copies of these discovery documents and deposition excerpts are attached.

"I swear under penalty of perjury that the above statement is true and correct. I have been given an opportunity to review this statement and to make any necessary changes."

Signed on _____ Oa, 81 _____, 2018.

Thomas J. Crane

San Antonio Express-News



# Who paid to have the Confederate statue in Travis Park made and then placed in the park?

By Paula Allen | August 14, 2017

     

4



Photo: Saen File Photo / Express-News File Photo

  

IMAGE 1 OF 2

ASJ00277

Case 5:17-cv-01072-DAE   Document 103-4   Filed 11/07/18   Page 4 of 48

*Who paid to have the Confederate statue in Travis Park made and then placed in the park?*

*P.L.J. McGanity*

The city gave it space, but a women's group willed the statue into being.

According to the San Antonio Light, April 17, 1900, the Confederate statue was "the first public monument ever erected in San Antonio." The monument was "a work that for three years has been filling the hands and hearts of the Daughters of the Confederacy of San Antonio."

As credited in a speech by former U.S.
Rep. Christopher Columbus Upson at the
April 28, 1900, unveiling of the statue, on Oct. 6, 1896, "Some 30 intrepid and leading representative surviving Confederate women of San Antonio organized the Barnard E. Bee chapter No. 8 of the Texas Daughters of the Confederacy to collect and preserve material for a truthful history of the war between the Confederate states and the United States; to honor the memory of those who fell in the service of the Confederate States and to record the part taken by southern women…in their patriotic devotion during the struggle and to fulfill the duties of sacred charity to the survivors of the war." The National Association of the Daughters of the Confederacy was organized in 1894 and changed its name the following year to the United Daughters of the Confederacy. The UDC still exists.

The Confederate monument, as it was called, stands about 40 feet high, including the 8-foot statue on top of a column and pedestal. Unlike many such Confederate memorials, installed all over the South during the 1880s and '90s, ours doesn't commemorate a general or politician. He's a generic private soldier with a rifle, "the image in granite form," said Upson, "of a brave Confederate soldier…proudly pointing heavenward, whither has gone the spirit legions of his departed compatriots in arms." On the column, a Texas star and a wreath are inscribed, and in center are the words "To Our Confederate Dead."

ASJ 00278

1

The figure was designed by Virginia Montgomery of New Orleans; the base and column by San Antonio's "marble man" Frank Teich, a quarry owner and sculptor who also made the statue. The base was composed of "artistically carved granite…put into monument shape" in the park less than two weeks before the unveiling ceremony. Teich may have been chosen for this project because of the columnar shaft and ornamentation of the base; he carved the columns for several local bank buildings around the turn of the last century as well as embellishments for San Antonio's City Hall and Maverick Building and courthouses in La Grange and Victoria.

Although "friends of art" had been invited in the newspaper to watch Teich work on the statue in his studio for weeks before the dedication, the monument was shrouded from view when the event began at 4 p.m., with "several thousand people gathered to witness the pleasant ceremony" with a speakers' platform set up opposite the covered statue.

As was the custom at the time, the occasion was largely given over to speechifying politicians, most notably San Antonio Mayor Marshall Hicks and John H. Reagan who had served in federal and state government before and after the Civil War and was introduced as the last surviving member of the Confederate cabinet, where he was postmaster general.

The main speaker was Upson (1829-1902), a New York native who moved to San Antonio at 26 to practice law, served as an officer in the Confederate Army and in Congress from 1879 to 1883. An "orator of distinction," according to advance publicity, Upson made multiple references to the Daughters of the Confederacy and Mrs. A.W. Houston, president since the chapter's inception, as champions of the statue. "By her zealous work and faithful devotion to

**MILITARY CITY, USA**



**Plays at St. Philip's College confront military, contemporary**



**San Antonio Veterans Day Calendar 2017**



**Filipino WWII veterans awarded Congressional Gold Medal**



**Vietnam vet Gonzalez helped establish link between Agent Orange**

ASJ00279

3

the cause, (Houston) has done much for this beautiful tribute to the noble forces who wore the gray," he said, also crediting "the loyal support of each and every member of the organization."

The Daughters raised funds through bake sales and bazaars; when those efforts fell short, they appealed to local business people for "subscriptions" or pledges to contribute toward the monument. It wasn't an easy time for such appeals. After the Panic of 1893, the country had fallen into an economic depression that lasted nearly until the end of that decade.

After his speech - which touched on the heroism of the park's namesake, Alamo garrison leader William Barret Travis, and those earlier defenders of a "lost cause" - the monument was to be unveiled by Houston's granddaughter "little Laura Winstead...chosen for this position by a unanimous vote of the chapter."

Winstead pulled the rope, says the Light's next-day story. "Unfortunately, by some means, the part around the figure was caught, and only that portion of the veil that covered the column and pedestal came down. The mayor then sent for the hook and ladder company and later on, before the audience retired, Fireman Duncan ascended the ladder, cut the veiling and revealed the figure of the Confederate soldier in all its artistic beauty."

Before the crowd broke up, surviving Confederate soldiers gave the Rebel yell. While it was often heard at troop reunions - which by the late 1880s, had begun to include both Confederate and federal veterans - this might have been the last time it was performed in public here.

Well-received at the time, the monument was intended to last. "San Antonio may well be proud of this handsome monument, which will ever be an ornament to Travis Park," said the Light.

Long before the present controversy over the statue's fitness for public display, there was a challenge to its location in Travis Park. While the Alamo Cenotaph was being built, some Texas Centennial officials wanted it to be in Travis Park, but "to locate the large memorial (there) would necessitate moving of (the) Confederate monument," says the Light, April 24,

A S J 00280

1936. "Such a move (was) strenuously opposed by the Daughters of the Confederacy," who got their way when the newer monument was installed in Alamo Plaza.

*historycolumn@yahoo.com*

*Twitter: @sahistorycolumn*

*Facebook: SanAntoniohistorycolumn*

**Paula Allen**
The History Column

© 2018/2018 Hearst Communications Inc.

ASJ 00281

 San Antonio Express-News

# Celebration of Confederate statue in downtown San Antonio started with the cornerstone

By Paula Allen  |  August 19, 2017  |  Updated: August 21, 2017 11:16am

          0

ASJ 00282



Photo: Courtesy / Ronald King

This portrait of Artemisia Bowden, a founder and president of St. Philip's College, was painted in 1948 by Bess King Pyle.

*I am curious to find out a little more about the origins of these (Confederate) statues, namely the one in Travis Park, and the circumstances under which it was erected.*

*— Jerry Robles*

The Confederate monument at the downtown San Antonio park, addressed in last Sunday's column, was dedicated April 28, 1900, but that wasn't the first event in its honor. The laying of its cornerstone on June 3, 1899, was almost as big a deal. The proceedings were led by the city's two Masonic lodges and Masons from neighboring towns to whom the railroads gave

ASJ00283

reduced rates. The massed members marched behind a brass band through the streets from the Masonic Temple to the park, where at least a dozen of their officers participated in a cornerstone-laying ceremony.

The Albert Sydney Johnston Camp
(chapter) of the United Confederate
Veterans carried a "beautiful silken flag" presented by local Daughters of the Confederacy (later United Daughters of the Confederacy) and contributed some of the items placed within the cornerstone, including a prayer book and a wreath of violets.

The designer of the statue, depicting a Confederate soldier, was Virginia Montgomery of New Orleans, whose work was approved when she sent a photograph to the Daughters, who are consistently acknowledged as the prime movers behind the project, finished with "liberal contributions ... received from the citizens of San Antonio," reported the San Antonio Express, Feb. 27, 1898. Her work was "seen and approved by the leading sculptors of the country," and she was said by the Express to have been "the first woman to have designed a monument." Montgomery donated her services; the total cost of the monument was $3,000.

The organization of wives, daughters, sisters and other relatives of Confederate soldiers has a descendant of its own. "The Barnard E. Bee Chapter No. 8 (named on the cornerstone) was not the only 'owner' of (San Antonio's) Confederate statue," says Theresa Gold, a former officer of the United Daughters of the Confederacy (UDC), who wrote a 1999 piece about the statue for a UDC publication. The chapter was named for Bee, a Confederate general who was mortally wounded at the first Battle of Bull Run, because of his connection to Texas as the son of a Republic of Texas secretary of state and his service in the state as a U.S. Army officer during the U.S.-Mexican War. When it disbanded in the 1960s, Gold says, "The Albert Sidney Johnston Chapter was named its successor and absorbed many of the remaining members." This chapter rededicated the monument 100 years after its installation.

## Still a mystery

The status of the ashes of Artemisia
Bowden (reported in a column Aug. 6),
founding president of St. Philip's College, is something like: "It's complicated." There is, as

*3*

ASJ 00284

reported here Case 1:16-cr-00000 Document 103-4 Filed 11/07/18 Page 11 of 48

reported here and named at the columbarium of the Episcopal Church of the Good Shepherd in Corpus Christi, but the urn is empty, said Mark Barnes, audio-visual historical services coordinator at St. Philip's. During the late 1990s, while Barnes was the school's archivist, he and a college photographer went to Corpus to document the longtime administrator's final resting place and were told by a priest at the church that according to her family's wishes, the ashes had been scattered over Corpus Christi Bay.

The funeral arrangements were made under the auspices of the Episcopal Diocese of West Texas. At the time, churches in San Antonio with which Bowden was connected didn't have a place for urn storage, but why she wanted a type of burial at sea is still not known. A tireless worker whose travel was mainly dedicated to fundraising, Bowden probably didn't have fond memories of vacations on the water. Or anywhere else, really. A 1930s telegram in the archives shows Bowden responding to an invitation by her brother, a successful physician, to accompany him and his wife to Europe. Bowden declined, saying, "I would rather have the money for my school."

## Homecoming 1977

A relative of Richard Harwood Pearce Sr., the Fort Sam Houston officer who defected to Cuba in 1967 with his 4-year-old son (the July 16 column), sent a copy of a newspaper story about the boy's return 10 years later. According to the Port Arthur News, May 1, 1977, Richard Pearce Jr. had been living "in a comfortable house he shared with his father and his two dogs, one a personal gift from Fidel Castro."

The Cuban prime minister had given the Pearces asylum when the former U.S. Army major landed on May 21, 1967, in Havana, having piloted a small plane he had bought shortly before his Cuban adventure. The elder Pearce had persuaded his ex-wife, Sandra Lyday Mitchell, to let him take the boy with him on a vacation, "because he was soon to be sent to Vietnam," according to the News story. She didn't know he was headed for Cuba.

Father and son went to Key West, Florida, and took off from the airport there on what was supposed to be a one-hour sightseeing flight. After a search at sea, it was revealed that the former general's aide had defected, becoming the highest-ranking U.S. military officer to do so. His wife and her family were surprised, not least because "they had not known Pearce

4

For years after the much-reported incident, Mitchell and her parents, Adley and Joe Lyday of Port Arthur, worked with federal officials including then-U.S. Rep. George H.W. Bush as well as "consuls, ambassadors and the news media" to reunite with Richard Jr. In 1976, the Lydays and their daughter were allowed to visit him in Cuba, and "that is when the boy decided he wanted to come back to the country of his birth," the News reported.

After some false starts and dashed hopes, the Lydays' persistence finally paid off when they were notified to meet their grandson in Jamaica. There, 14-year-old Richard stepped off the Cubana Airlines jet wearing clothes his grandparents had brought him the previous year. With him were his two dogs, "Sepio, Castro's gift and the larger of the two, and Lyka." The young man, who spoke with a slight Spanish accent, went to live with his mother, near his grandparents' house, and after tutoring, went on to attend Port Arthur schools.

As the News reporter concluded, "It has become a popular cliché that in Thomas Wolfe's words, you can't go home again. But that's just what Richard Pearce Jr. has done."

*historycolumn@yahoo.com*

*Twitter: @sahistorycolumn*

*Facebook: SanAntoniohistorycolumn*



**Paula Allen**
The History Column

HEARST
© 2016-2018 Hearst Communications Inc.

A S J 00286

San Antonio Express-News

# Union veterans joined Confederate veterans in celebrating monument at Travis Park

By Paula Allen | September 2, 2017

          1



Photo: Martin Callahan, Courtesy



The only San Antonio monument to the GAR is a stone placed Jan. 29, 1925, in San Pedro Park by the group's

ASJ00288

*I just read your article (on the Confederate monument, Aug. 20) and noticed there was no mention of the local Union veterans organization in San Antonio, the E.O.C. Ord Post No. 3, Grand Army of the Republic (GAR) and its ladies auxiliary called the Woman's Relief Corps that attended both events you talked about in your article (dedication of the monument's cornerstone and the unveiling of the statue). My copies of the articles published in the in both papers about both events are difficult to read, but it looks like "Capt. John H. Bolton" was the commander of the E.O.C. Ord Post No. 3, GAR, though I didn't notice the name of the lady in charge of the local Woman's Relief Corps.*

*It makes sense that the local GAR post would be named in honor of Gen. Ord because he was selected to command the Department of Texas on April 11, 1875. He served in that role until his retirement on December 6, 1880. While he was stationed in Texas, he supervised the construction of Fort Sam Houston.*

*I have not been successful yet finding any information on Capt. Bolton, but that may just be due to me using the wrong name. Perhaps your copies of the articles are more readable than mine?*

*— Martin Callahan*

San Antonio's Grand Army of the Republic post was established when J.W. Tunnell invited "honorably discharged soldiers and sailors who fought on the federal side during the war" to meet Nov. 10, 1883, at Travis Park "to join in the movement." The resulting organization was included in both events celebrating the Confederate monument in that same park - a cornerstone dedication, June 3, 1899; and the unveiling of the statue, April 28, 1900.

The former Union soldiers, onetime foes of the Confederate dead to whom the memorial was inscribed, were invited by the monument's sponsors, the Daughters of the Confederacy, to the earlier observance, according to a story in the San Antonio Express published June 3, 1899, because "their presence will be a pleasant and gratifying evidence of the obliteration of the bitter memories of the past and the preservation and cultivation of brotherly love and

ASJ00289

At the latter dedication, the GAR marched behind their Confederate counterparts in a procession to the park, while a band played "Dixie." All the "old veterans" were given space to sit with honored dignitaries in the roped-off area around the new monument. The erstwhile enemies had gradually grown friendly in the years since the war; by the late 1880s, the Confederates were regular "visitors" to the reunion encampments of the former federal troops. Representatives of both spoke at patriotic and other civic occasions, sat in bleachers together to welcome visiting officials and took part in parades well into the early 1900s.

John H. Bolton, commander of the local post from 1898 to 1902, was described as "an enthusiastic GAR man." Although he is sometimes styled "Captain," that might have been a courtesy title or temporary rank. According to his U.S. National Cemetery Interment Control Form, available on Ancestry.com, he served as a first sergeant during the Civil War in the 1st U.S. Infantry, Company I. He was born Nov. 3, 1840, in Oxford, England; by the time of the 1860 U.S. Census, he had made his way to La Vernia, where he was working as a laborer for farmer Owen Shan (or Shaw) and his wife, Susan. Young Bolton wasn't married, hadn't attended school but could read and write. Since he was born in England, and the Shans were born in Georgia and South Carolina, it's likely that the 20-year-old was an employee, rather than a relative.

Back in Texas after the war, Bolton became a lawyer, according to later census listings. City directories and newspaper advertisements show that he worked as manager of the Home Loan and Investment Co. at 421 Navarro St. He was a trustee of the Home Building and Loan Association and a notary public and ran unsuccessfully as a Republican for county tax collector.

Bolton held several offices in the GAR before becoming its commander and later aide-de-camp to the national commander. During Bolton's tenure with the organization, he appealed for the GAR and the United Confederate Veterans to join in a single United Veterans group, but they don't seem to have done so.

By the 1910 census, Bolton at 70 was a naturalized citizen and a homeowner. He and his wife

ASJ 00290

Catharine, a native of Germany, had been married for 25 years. He died Aug. 17, 1912, and was buried in Section B, Site 78 of the U.S. National Cemetery at 517 Paso Hondo St.

The only San Antonio monument to the GAR is a stone placed Jan. 29, 1925, in San Pedro Park by the group's women's auxiliary, the Woman's Relief Corps, whose local chapter was organized March 5, 1890.

GAR members were active nationwide through the early decades of the 20th century; their final encampment was held in 1949, and the last Union veteran, Albert Woolson, died in 1956 at 109. The heir to their organization is the Sons of Union Veterans of the Civil War.

historycolumn@yahoo.com

Twitter: @sahistorycolumn

Facebook: SanAntoniohistorycolumn

**Paula Allen**
The History Column

© 2018 2018 Hearst Communications Inc.

4

ASJ00291

HISTORY OF CONFEDERATE MONUMENT IN TRAVIS PARK

Located in downtown San Antonio, Bexar Co., Texas

Written by Mrs. Fred Wilde of San Antonio, Texas

(Information was copied from the records of BARNARD E. BEE CHAPTER
NO. 86, United Daughters of the Confederacy.)

During the summer of 1895, MRS. WILLIAM H. YOUNG organized a Chapter of the
UNITED DAUGHTERS OF THE CONFEDERACY. Charter was granted on October 6, 1895 and
was named BARNARD E. BEE NO. 86 in honor of Brigadier General BARNARD ELLIOTT BEE
who was killed in the Battle of Manassas July 21, 1861. His father, BARNARD E.
BEE, moved to Texas in 1835, after the Texas Revolution, and became Secretary of
State, Republic of Texas. The BEE family was prominent in San Antonio. Bee County
and city of Beeville were named in honor of the family.

The objects of the United Daughters of the Confederacy were: Memorial, Historic,
Benevolent, Educational and Patriotic.

Charter members under the leadership of their first elected President,
MRS. HOUSTON, began plans to erect San Antonio's first historical monument.

The Ladies were:

| | | |
|---|---|---|
| ALLENSWORTH | MRS. ERNESTINE C. KROEGER | MISS LENORA MITCHELL |
| MISS APPLEWHITE | MISS LAURA A. KROEGER | MISS LAURA HUSSEY |
| HAUGE | MRS. MARY LOUISE MADDOX | MISS MABEL HUSSEY |
| HAUGE | MISS ANNA D. MAGRUDER | MRS. L. B. MOSS |
| BEAUREGARD | MRS. J. B. MAGRUDER | MISS ANNA M. SCHAEFER |
| BRACKENRIDGE | MISS LIZZIE MAGRUDER | MRS. M. C. SILLIMAN |
| CAMPBELL | MISS MARY E. MAGRUDER | MISS EMMA E. WESCOTT |
| CHANNING | MISS MARY MAVERICK | MISS FANNIE E. WESCOTT |
| MISS KING | MRS. SARAH MAVERICK | MRS. E. M. WINSTEAD |
| | MISS S. J. MAY | |

Regular meeting of the City Council, City of San Antonio, met in session Monday,
___, 1899. Present were:

MAYOR MARSHALL HICKS and ALDERMEN:

| | | | |
|---|---|---|---|
| ALEXANDER | LAMM | O'CONNOR | RICHTER |
| BARKER | MAHNCKE | PIPER | SURKEY and |
| DAVIS | MUMME | RHEINER | THIEME |

The Council granted permission and gave a perpetual place in Travis Park to
the Confederate Monument.

The design was drawn by a distinguished New Orleans artist, MISS VIRGINIA
MONTGOMERY, whose mother was a member of the U.D.C. The stonework was done by
VIRGIL WELCH, material being gray granite from the Llano quarries. A figure of a
soldier with gun at rest and arm raised to heaven as a symbol of faith in the Lost
Cause; the ivy wreath typifying the Glory of heroic Service.

Three Thousand dollars that financed the Monument was acquired by giving Teas,
literary, musical and dramatic performances, with Corn and Snow Carnivals, calico and
dances, and unveiled the following April. MAJOR JOHN H. REAGAN, who had been Postmaster
General in the Confederate Cabinet, was guest speaker. Eloquent addresses were also
made by the HON. MARSHALL HICKS, Mayor of San Antonio, and by JUDGE COLUMBUS UPSON,
veteran of the Confederate Army.

Two cannon flank the site of this monument. They were used in the Battle at
Glorieta Pass, New Mexico, during the war Between the States (1861-1865). At the end
of the war they were kept buried; after it was safe they were unearthed by MAJOR
TREVANION STEEL, Commander of TEEL'S Battery. MAJ. TEEL was grandfather of
MRS. J. R. HENNING of San Antonio. They were brought to Texas and donated to be
placed in Travis Park by MAJ. TEEL.

* From the Telegraph and Texas Register, Aug. 18, 1838.

ESTRAY NOTICE - Taken up by DAVID RANDIN and appraised before H. RALKER, J.P., a BLACK MARE,
about eleven years old, 16½ hands high, star in the forehead, left hind foot white, valued at $175.00

Rockwell County - August 6                                          JOSEPH M. BARNARD, County Clerk

AS70011

Our Heritage                                                      Fall 1992, Vol. 34, No. 1

# Travis Park's Confederate Monument

By: Mrs. Fred Oidess

During the summer of 1896, Mrs. William H. Young organized a chapter of the United Daughters of the Confederacy. The charter was granted on October 6, 1896, and was named the Bernard E. Bee Chapter No. 86 in honor of Brigadier General Bernard Elliott Bee, who was killed in the Battle of Manassas on July 21, 1861. His father, Bernard E. Bee, Sr., moved to Texas in 1835, after the Texas Revolution, and became Secretary of State of the Republic of Texas. The Bee Family was prominent in San Antonio and Bee County, and the City of Beeville were named in honor of the family.

The objects of the United Daughters of the Confederacy were: Memorial, Historical, Benevolent, Educational and Patriotic.

Charter members under the leadership of their first elected president, Mrs. A.W. Houston, began plans to erect San Antonio's First Historical Monument. The ladies were:

| | | |
|---|---|---|
| Mrs. A.J. Allensworth | Mrs. Ernestine C. Kroeger | Miss Lenora Mitchell |
| Miss Fannie Applewhite | Miss Louis A. Kroeger | Miss Laura Mussey |
| Miss Mae Baugh | Mrs. Mary Louise Maddux | Miss Mabel Mussey |
| Mrs. W.P. Baugh | Miss Anna D. Magruder | Mrs. L.H. Moss |
| Miss Emily Beauregard | Mrs. J.B. Magruder | Miss Anna M. Schaefer |
| Mrs. Hampton P. Bee | Miss Lizzie Magruder | Mrs. W.C. Silliman |
| Mrs. Katie Campbell | Miss Mary E. Magruder | Miss Emma E. Wescott |
| Miss Alice Lee King | Miss Mary Maverick | Miss Fannie E. Wescott |
| Miss Mary King | Miss Sarah Maverick | Mrs. R.M. Winstead |
| | Miss S.J. May | |

At a regular meeting of the City Council, City of San Antonio, in session on Monday March 27, 1899, the Council granted permission and gave a perpetual place in Travis Park for the erection of a Confederate Monument. Present were Mayor Marshall Hicks and Aldermen: Alexander, Barker, Davis, Lamm, Malncke, Mumme, O'Connor, Piper, Rheiner, Richter, Surkey, and Thiele.

The design was drawn by a distinguished New Orleans artist, Miss Virginia Montgomery, whose mother was a member of the United Daughters of the Confederacy. The stonework was done by Frank Teich, material being gray granite from the Llano quarries. The figure of the soldier with gun at rest and arm raised to Heaven is symbolic of faith in the Lost Cause, the ivy wreath typifying the glory of Heroic Service.

The $3,000 that financed the Monument was acquired by giving teas, dinners, musicals and dramatic performances. The cornerstone was laid on June 3, 1899, and unveiled the following April. Judge John H. Reagan, who had been Postmaster General in the Confederate Cabinet, was guest speaker. Eloquent addresses were also made by the Honorable Marshall Hicks, Mayor of San Antonio, and by Judge Columbus Upson, a veteran of the Confederate Army.

Two cannons flank the site of this monument. They were used in the Battle at Glorieta Pass, New Mexico, during the War Between the States (1861-1865). At the end of the war, they were kept buried, after it, and were purchased by Major Trevanion T. Teel, Commander of Teel's Battery. They were later, he donated to be placed in Travis Park by Major Teel, the grandfather of Mrs. J.H. Hobson of San Antonio.

Note:   The above information, furnished by Vivian Rudisil, was taken from the records of the Bernard E. Bee Chapter No. 86, United Daughters of the Confederacy.

ASJ00015

OUR HERITAGE
"AMOR PATRIAE"

VOL. XX, NO. 2                                    JANUARY 1979
SAN ANTONIO GENEALOGICAL AND HISTORICAL SOCIETY AND LIBRARY
PUBLISHER
ADDRESS ALL CORRESPONDENCE TO
SAN ANTONIO GENEALOGICAL AND HISTORICAL SOCIETY
P.O. BOX 5907          SAN ANTONIO, TEXAS 78201

## TABLE OF CONTENTS

|  |  | PAGE |
|---|---|---|
| BEXAR CO. | WILLS AND INVENTORIES - COPIED BY MRS. MERLE L. STEIN, MRS. LOUIS P. LUTICH AND MRS. HARRY H. MEYER | 52 |
| FRIO CO. | MARRIAGE RECORDS - COPIED BY MS. JEANNETTE HAMPTON AND MS. PATRICIA HAMPTON | 54 |
| GOLIAD CO. | SARCO CEMETERY - COPIED BY MRS. MAURICE BALLARD | 87 |
| MEDINA CO. | EARLY RECORDS - BY MRS. C. D. FOSTER | 60 |
| WILSON CO. | ST. ANN'S CEMETERY, CONCLUDED - MRS. A. A. MC DOUGLE AND MRS. THERESA WIATREK, TRANSLATOR | 81 |
| RESEARCH HELPS AND HINTS | | 50 |
| HISTORY OF CONFEDERATE MONUMENT IN TRAVIS PARK, SAN ANTONIO BY MRS. FRED OLDOM | | 58 |
| SHIP LISTS - TEXAS ARRIVALS IN 1840's BY MR. AND MRS. ROBERT B. RATTAGLIA | | 63 |
| HAYNES - DUNCAN FAMILY, CONCLUDED | | 67 |
| SHAW FAMILY BIBLE RECORDS BY MRS. A. A. OUGHTON | | 73 |
| A SHORT LONG STORY BY DR. AND MRS. HARRY M. HUGHES | | 75 |
| EARLY DAYS IN SAN ANTONIO BY MR. ELTON CUDE, DISTRICT CLERK | | 76 |
| BEN MC CULLOCH, TEXAS RANGER AND CONFEDERATE GENERAL - HIS WILL | | 84 |
| LAND RECORDS OF TWO DIFFERENT GEORGE W. TURNER CLAIMANTS BY MRS. GEORGE W. FAKE, SR. | | 86 |
| THE WEND COLONY OF TEXAS BY MR. DAVID TOWNSEND | | 88 |
| LOST AND FOUND (QUERIES) | | 91 |

COSA 000029

## HISTORY OF CONFEDERATE MONUMENT IN TRAVIS PARK

Located in downtown San Antonio, Bexar Co., Texas

Written by Mrs. Fred Oldom of San Antonio, Texas

(Information was taken from the records of BARNARD E. BEE CHAPTER
NO. 86, United Daughters of the Confederacy.)

During the summer of 1896, MRS. WILLIAM H. YOUNG organized a Chapter of the
UNITED DAUGHTERS OF THE CONFEDERACY. Charter was granted on October 6, 1896, and
was named BARNARD E. BEE NO. 86 in honor of Brigadier General BARNARD ELLIOTT BEE,
who was killed in the Battle of Manassas July 21, 1861. His father, BARNARD E.
BEE, SR. moved to Texas in 1835, after the Texas Revolution, and became Secretary of
State, Republic of Texas. The BEE Family was prominent in San Antonio. Bee County
and city of Beeville were named in honor of the family.

The objects of the United Daughters of the Confederacy were: Memorial, Histori-
cal, Benevolent, Educational and Patriotic.

Charter members under the leadership of their first elected President,
MRS. A. W. HOUSTON, began plans to erect San Antonio's first historical monument.

The Ladies were:

| | | |
|---|---|---|
| MRS. A. J. ALLENSWORTH | MRS. ERNESTINE C. KROEGER | MISS LENORA MITCHELL |
| MISS FANNIE APPLEWHITE | MISS LAURA A. KROEGER | MISS LAURA MUSSEY |
| MISS MAE BAUGH | MRS. MARY LOUISE MADDOX | MISS MABEL MUSSEY |
| MRS. W. P. BAUGH | MISS ANNA D. MAGRUDER | MRS. L. H. MOSS |
| MISS EMILY BEAUREGARD | MRS. J. B. MAGRUDER | MISS ANNA M. SCHAEFER |
| MRS. HAMPTON P. BEE | MISS LIZZIE MAGRUDER | MRS. W. C. SILLIMAN |
| MRS. KATIE CAMPBELL | MISS MARY E. MAGRUDER | MISS EMMA E. WESCOTT |
| MISS ALICE LEE KING | MISS MARY MAVERICK | MISS FANNIE E. WESCOTT |
| MISS MARY KING | MISS SARAH MAVERICK | MRS. E. M. WINSTEAD |
| | MISS S. J. MAY | |

Regular meeting of the City Council, City of San Antonio, met in session Monday,
March 27, 1899. Present were:

MAYOR MARSHALL HICKS   and ALDERMEN:
| | | | |
|---|---|---|---|
| ALEXANDER | LAMM | O'CONNOR | RICHTER |
| BARKER | MAHNCKE | PIPER | SURKEY and |
| DAVIS | MUMME | RHEINER | THIELE |

The Council granted permission and gave a perpetual place in Travis Park to
erect the Confederate Monument.

The design was drawn by a distinguished New Orleans artist, MISS VIRGINIA
MONTGOMERY, whose mother was a member of the U.D.C. The stonework was done by
FRANK TEICH, material being gray granite from the Llano quarries. Figure of the
soldier with gun at rest and arm raised to Heaven is symbolic of faith in the Lost
Cause, the ivy wreath typifying the Glory of heroic Service.

Three Thousand dollars that financed the Monument was acquired by giving teas,
dinners, musical and dramatic performances. The Corner Stone was laid on June 3,
1899, and unveiled the following April. JUDGE JOHN H. REAGAN, who had been Postmaster
General in the Confederate Cabinet, was guest speaker. Eloquent addresses were also
made by the HON. MARSHALL HICKS, Mayor of San Antonio, and by JUDGE COLUMBUS UPSON,
a veteran of the Confederate Army.

Two cannon flank the site of this monument. They were used in the Battle at
Glorieta Pass, New Mexico, during the War Between the States (1861-1865). At the end
of the war, they were kept buried; after it was safe they were unearthed by MAJOR
TREVANION T. TEEL, Commander of TEEL'S Battery. MAJ. TEEL was grandfather of
MRS. J. H. HENNING of San Antonio. They were brought to Texas and donated to be
placed in Travis Park by MAJ. TEEL.

From the Telegraph and Texas Register, Aug. 18, 1838:

ESTRAY NOTICE. Taken up by DAVID RANDON and appraised before WM. WALKER, J.P., a black roan
horse six years old, 16½ hands high, star in the forehead, left hind foot white, valued at $175.00.
Fort Bend County, August 6.                                       JOSEPH H. BARNARD, County Clerk

OUR HERITAGE, San Antonio, Texas January 1979          58

COSA 000030

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALBERT SIDNEY JOHNSTON Chapter No. 2060, ROBIN TERRAZAS, JEAN CAROL LANE | § § | |
| v. | § | CIVIL ACTION NO. SA-17-CV-1072-DAE |
| RON NIRENBERG, CITY OF SAN ANTONIO, ROBERT TREVINO, WILLIAM SHAW, REBECCA VIAGRAN, REY SALDANA, SHIRLEY GONZALES, GREG BROCKHOUSE, ANA SANDOVAL, MANNY PALAEZ, JOHN COURAGE, | § § § § § | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION

Plaintiff, the Albert Sidney Johnston Chapter No. 2060, submits this, its Response to Defendant's Request for Production of Documents pursuant to Fed.R.Civ.Pro. Rule 34.

**Request No. 29:**

All documents concerning your personal property inventory.

**RESPONSE:  Plaintiff objects that this request is not limited in time. Plaintiff further objects that this request does not seek information which is relevant to any party's claim or defense.**

**Request No. 30:**

All documents related to any attempt you made in the last 25 years to borrow money.

**RESPONSE:  Plaintiff objects that this time period is not relevant to any party's defense or claims. Plaintiff further objects that the subject matter of this request is not relevant to any party's claim or defense.**

**Request No. 31:**

Your meeting minutes regarding the monument.

**RESPONSE:  Plaintiff objects that there is no time period specified in this request. Plaintiff further objects that starting with the Sept. 21, 2017 meeting, every meeting which discussed the monument discussed the possible and/or actual lawsuit. Starting with the Sept. 21, 2017 meeting, Plaintiff objects that those minutes are protected by work product and attorney client privileges.**

**Without waiving these objections, see the attached minutes from Aug. 3, 2017 (erroneously recorded as Aug. 3, "1987").**

**Request No. 32:**

Your meeting minutes regarding your real property in Travis Park, including ownership license, or lease.

**RESPONSE:  Plaintiff objects that no time period is specified in this request. Without waiving this objection, Plaintiff has no such document.**

**Request No. 33:**

Your corporate, business, or associational filings with the Texas Secretary of State for the past 10 years.

**RESPONSE:** Plaintiff objects that this time period of ten years is not relevant to any party's claim or defense. Plaintiff further objects that the ASJ chapter No. 2060 has no such document. Without waiving these objections, please see attached the current Articles of Incorporation for the ASJ parent organizations.

<u>Request No. 34:</u>

All documents related to Albert Sidney Johnston Chapter No. 2060, United Daughters of the Confederacy's alleged status as the successor organization to the Bernard E. Bee Chapter of the United Daughters of the Confederacy. Documents responsive to this request should include materials filed with the Texas Secretary of State, articles of succession, transfer documents, and the like.

**RESPONSE:** Plaintiff objects that this request requires the Plaintiff and its attorney to cull through documents and information and subjectively determine and then reveal their metal impressions and opinions regarding what information "relates" to a particular proposition. As a result, the request seeks work product.

*See, e.g., Western Resources, Inc. v. Union Pacific R.R. Co.,* No. 00-2043-CM, 2002 WL 1822435 *1 (D.Kan. 7/23/2003) (Courts may find requests overly broad when they are 'couched in such broad language as to make arduous the task of deciding which of numerous documents may conceivably fall within [their] scope.' Use of broad terms such as "relate to" or "relating to" provides no basis upon which an individual or entity can reasonably determine what documents may or may not be responsive. . . . Despite the overly broad nature of [the request] on its face due to the "relate to" language, Lyman has a duty under the federal rules to respond to the extent that discovery requests are not objectionable. The Court will not compel further response, however, when inadequate guidance exists to determine the proper scope of a request for discovery); *Cotracom Commodity Trading Co. v. Seaboard Corp.,* 189 F.R.D. 655, 665-66 (D.Kan. 1999) (concluding that a document using the phrase "relating to" rendered the document request so non-specific and overly broad that no response was required when inadequate guidance exists to determine the proper scope of a request for discovery); *Doricent v. American Airlines, Inc.,* No. 91-12084Y, 1993 WL 437670, *10 n.5 (D.Mass. 10/19/1993) (The phrase "relating to" is so vague and imprecise that it has often been found to be improper because it does not apprise the recipient of the scope of the documents to be produced); *Commonwealth of Mass. v. U.S. Dept. of Health & Human Serv.,* 727 F.Supp. 35, 36 n.2 (D.Mass. 1989) (A request for all documents "relating to" a subject is overbroad since like a "seamless web," all documents relate to on another in some fashion); *Robbins v. Camden City Bd. Of Educ.,* 105 F.R.D. 49, 60 (D.N.J. 1985) (A literal reading of the discovery request would require the defendant to produce a copy of every document in its possession since every document could conceivably "relate to" plaintiff's employment. Such a request is overbroad and ambiguous).

Without waiving this objection, please see response to Request Nos. 1, 6, and 28.

Thomas J. Crane
T.S.B. No. 05007320

LAW OFFICE OF THOMAS J. CRANE
110 Broadway, Suite 420
San Antonio, Texas 78205
(210) 736-1110
(210) 745-4258 Fax
tom@cranelawyer.net

Attorney for Plaintiff

## Certificate of Service

I certify that a true copy of the foregoing instrument was served this 25th day of
May, 2018 in accordance with the Federal Rules of Civil Procedure on:

Shawn Fitzpatrick
Fitzpatrick & Kosanovich
P.O. Box 831121
San Antonio, Texas 78283

Thomas J. Crane



One Hundred and Twenty-first Annual Convention
The Texas Division

# UNITED DAUGHTERS OF THE CONFEDERACY®
(Incorporated)

Organized 1896

Omni Colonnade Hotel
San Antonio, Texas

September 28 – October 1, 2017

Eva Breed Long
President

Sally E. Patterson
Recording Secretary

## ARTICLES OF INCORPORATION
## OF THE TEXAS DIVISION
## UNITED DAUGHTERS OF THE CONFEDERACY®
Incorporated January 26, 1905
By the State of Texas, Travis County

### CERTIFICATE OF INCORPORATION

That we, Mrs. V.E. Austin of Galveston County, Texas; Mrs. H.N. Nunn of Houston Co., Texas; Mrs. L.P. Talley of Bell Co.,. Texas; Mrs. E. D. Ferris of Dallas Co., Texas; Mrs. Luella Styles Vincent of Palo Pinto Co., Texas; Mrs. S.H. Watson of Ellis Co., Texas; Mrs. J.L. Hazlett of Robertson Co., Texas; Mrs. A.C. Johnson of Navarro Co., Texas; Mrs. Luella Fulmore of Travis Co., Texas; Mrs. A.R. Howard of Palestine, Texas; Mrs. M.R.W. Rosenberg of Galveston, Texas; Mrs. Cornelia B. Stone of Galveston, Texas; Mrs. I.W. Blandin of Houston, Texas; Mrs. M.A. Zumwalt of Houston, Texas; Mrs. Seabrook Sydnor of Houston, Texas; Mrs. F.L. Jordan of Fort Worth, Texas; Mrs. C.H. Rigbee of Fort Worth, Texas; Mrs. W.P. Lane of Fort Worth, Texas; Mrs. Joe W. Allison of Ennis, Texas; Miss Katie Daffan of Ennis, Texas; Mrs. B. Throop of Austin, Texas; Mrs. J.W. Hornsby of Austin, Texas; Mrs. Val Giles of Austin, Texas; Mrs. Corinne N. Corry of Crockett, Texas; Mrs. Mary Owens of Elgin, Texas; Mrs. Hattie Raguet of Tyler, Texas; Mrs. Cone Johnson of Tyler, Texas; Mrs. B.H. Griffith of Waxahachie, Texas; Mrs. Fred Burns of Lampasas, Texas; Mrs. L.P. Talley of Temple, Texas; Mrs. M.R. Bolton of Wharton, Texas; Mrs. Sue McLemore of Sulphur Springs, Texas; Mrs. Mary L. Darby of Denison, Texas; Mrs. Tom Elgin of Marshall, Texas; Mrs. Elbert Wells of Marshall, Texas; Mrs. Sallie McFarland of Lockhart, Texas; Mrs. Geo Willrich of LaGrange, Texas; Mrs. Ella Guynna of Eagle Lake, Texas; Mrs. Hattie Middlebrook of Columbus, Texas; Mrs. Kittie Oaks Miller of Columbus, Texas; Mrs. J.J. Word of Palestine, Texas; Mrs. F.B. Moore of Palestine, Texas; Mrs. T.M. Campbell of Palestine, Texas; Mrs. Oscar Barthold of Weatherford , Texas; Mrs. W.P. Bronech of Victoria, Texas; Mrs. A.W. Houston of San Antonio, Texas; Mrs. P.L. Stevens of Plano, Texas; Mrs. Nannie Doby of Cleburne, Texas; Mrs. Fannie J. Halbert of Corsicana, Texas; Mrs. Fred Fleming of Corsicana, Texas; Mrs. M.D. Farris of Huntsville, Texas; Mrs. J.L. Helston of Houston, Texas; Mrs. Earle Adams of Crockett, Texas; Mrs. Juliette Rush of Huntsville, Texas; Miss Decca Lamar West of Waco, Texas; Mrs. L.J. Story of Austin, Texas; Mrs. Geo W. Massey of Austin, Texas; Mrs. John M. Wootters of Crockett, Texas; Mrs. J.B. Williams of Brenham, Texas; Mrs. Moore Murdock of

309

Fort Worth, Texas; Mrs. Lee Cotton of San Antonio, Texas; hereby associate ourselves as a body corporation, under the name, for the purposes, and in manner and form as follows.

The name of this corporation shall be, The Texas Division of the United Daughters of the Confederacy. The purposes of said corporation are beneficent, memorial, charitable, social, and historical.

The principal place of business shall be in Austin, Texas and such other places in the State of Texas as the business of the said corporation may require.

The duration of said corporation shall be fifty years. This corporation has no capital stock, but owns goods, chattels, lands, rights, and credits of the estimated value of $5000.

The number of trustees of said corporation for the first year of its existence shall be thirteen, and their names and residences are as follows:

Mrs. A.R. Howard, Palestine, Anderson Co. Texas. Mrs. W.P. Baugh, San Antonio, Bexar Co., Texas. Miss Katie Daffan, Houston, Harris Co., Texas. Mrs. W.A. Zumwalt, Houston, Harris Co., Texas. Mrs. Jno W. Hornsby, Austin, Travis Co., Mrs. F.L. Jordan, Fort Worth, Tarrant Co., Texas. Mrs. A.W. Houston, San Antonio, Bexar Co., Texas. Mrs. Val C. Giles, Austin, Travis Co., Texas. Mrs. L.J. Story, Austin, Travis Co., Texas. Mrs. M.R.W. Rosenberg, Galveston, Texas. Mrs. B.B. Throop, Austin, Texas. Mrs. G.W. Massey, Austin, Texas.

Witness our hands this 26th day of January A.D. 1905

Mrs. A.R. Howard

W.P. Baugh

B.B. Throop

Katie Daffan

## RENEWAL OF INCORPORATION
### State of Texas
### County of Harris

I, Mrs. Earl Renfro Ramsey, do hereby certify that I am the duly elected President of the Texas Division, United Daughters of the Confederacy, a corporation duly organized and existing under the laws of the State of Texas for a term of fifty (50) years from the 26th day of January 1905, and that as such President, I have access to all original records of said corporation, and

I do hereby further certify that at an annual meeting of said corporation duly called, in accordance with the bylaws of such corporation, held in Amarillo,

Texas on the 13th day of October 1954, the members of said corporation voted in favor of and adopted the following resolution:

310

BE IT RESOLVED, that the charter and corporate existence of The Texas Division, United Daughters of the Confederacy, a corporation organized under the laws of the State of Texas, be extended for an additional period of fifty (50) years form the expiration date of the original charter thereof, namely, from the 26th day of January 1905, with all the privileges, powers, immunities, right of succession by its corporate name, and rights of property, real and personal, exercised and held by it at such expiration date, to the same intents and purposes as upon original incorporation, and that the President of said corporation file and record a copy of this resolution, duly certified by her under its corporate seal, in the office of the Secretary of State of the State of Texas, paying out of the Treasury of the Corporation all required filing fees.

And I, Mrs. Earl Renfro Ramsey, President of The Texas Division, United Daughters of the Confederacy, do hereby further certify that the foregoing is a full, true, and correct copy of said resolution as it appears in the minute book of said organization of page 46 thereof, and that such resolution has not been altered, amended, rescinded, or repealed and is now in full force and effect.

In witness whereof I hereunto sign my name and attach the corporate seal of said corporation this 13th day of January 1955.

> (signed) Mrs. Earl Renfro Ramsey
> President, The Texas Division,
> United Daughters of the Confederacy

I, C.E. Fulgham, Secretary of State of the State of Texas, do hereby certify that the foregoing is a true and correct copy of an extension to the charter of The Texas Division, United Daughters of the Confederacy as the same now appears of record in this Department. Dated, signed, and sealed at Austin, Texas this 17th day of January, A.D. 1955

## ARTICLE OF AMENDMENT

Pursuant to the provision of article 1396-4.03 of the Texas Non-Profit Corporation Act, the undersigned corporation adopts the following articles of amendment:

1. The name of the corporation is The Texas Division United Daughters of the Confederacy

2. The following amendment to the articles of incorporation was adopted on October 1, 1994.

    Article 1 is added to read as follows:

311

a. The Organization shall indemnify any person who was or is a party to any proceeding by reason of the fact that she is or was an Officer, Trustee, or employee of the Organization against any liability incurred by her in connection with her official capacity if (i) she believed, in the case of conduct in her official capacity, that her conduct was in the best interest of the Organization and in all other cases that her conduct was at the least not opposed to its best interests, and in case of any criminal proceeding, had no reasonable cause to believe her conduct was unlawful; (ii) in connection with a proceeding by or in right of the Organization, she was not adjudged liable to the Organization; (iii) in connection with any proceeding charging improper benefit to her, whether or not involving action in her official capacity, she was not adjudged liable on the basis that personal benefit was improperly received by her.

3. The amendment was adopted in the following manner:

The amendment was adopted at a meeting of members held on October 1, 1994, at which a quorum was present, and the amendment received at least two-thirds of the votes which members present were entitled to cast.

By Sherry Davis (signature)<br>
President The Texas Division<br>
United Daughters of the Confederacy

The State of Texas<br>
Secretary of State<br>
Certificate of Amendment for<br>
Texas Division of the United Daughters of the Confederacy<br>
Charter Number 00014051-01

The undersigned, as Secretary of State of the state of Texas, hereby certifies that the attached Articles of Amendment for the above named entity have been received in this office and are found to conform to law.

Accordingly, the undersigned, as Secretary of State, and by virtue of the authority vested in the Secretary by law, hereby issues this Certificate of Amendment.

Ronald Kirk (signature)<br>
Secretary of State

Dated Oct. 10, 1994
Effective Oct. 10, 1994

312

## ARTICLE OF AMENDMENT

Pursuant to the provision of article 1396-4.03 of the Texas Non-Profit Act, the undersigned corporation adopts the following articles of amendment:

1. The name of the corporation is The Texas Division United Daughters of the Confederacy.

2. The following amendment to the articles of incorporation was adopted October 6, 2001.

   Articles 1 is added to read as follows:

   a. The duration of said corporation shall be perpetual.  This corporation has no capital stock, but owns goods, chattels, lands, rights, and credits of the estimated value of $5,000.

The amendment was adopted in the following manner:

3. The amendment was adopted at a meeting of the members held on October 6, 2001, at which a quorum was present, and the amendment received at least two-thirds of the votes which members present were entitled to case.

Deena Harrison Dark, President<br>
The Texas Division<br>
United Daughters of the Confederacy

313

Mayor Nirenberg sets date for Travis Park monument vote - LaPrensa

# Mayor Nirenberg sets date for Travis F vote

By **La Prensa** - August 29, 2017

ASJ000242



*City Council will vote Thursday on whether Confederate soldier standing above Travis Park stays or goes. (Photo, Amanda Lozano)*

Special to La Prensa

On Monday, Aug. 28, Mayor Ron Nirenberg announced that the full City Council will have an opportunity

would relocate the statue of a Confederate soldier in Travis Park, after directing City Manager Sheryl Scu

The proposal, introduced by District 1 Councilman Roberto Treviño and District 2 Councilman William 'C Governance Committee. As mayor and chairman of that panel, Mayor Nirenberg has the discretion to m

Treviño and Shaw began the process seeking council consideration in July.

"We have received extensive input from citizens who support and oppose relocating moving the statue,' Antonio residents have voiced their views directly to council in 'citizens to be heard' portions of our mee

"This is a difficult conversation," Mayor Nirenberg continued. "I am proud that San Antonians have respe peacefully express their opinions. While we have seen tragic events such as those in Charlottesville, San surrounding the proper historical context of Confederate monuments.

It is time for San Antonio to relocate the statue in Travis Park and ensure that monuments to the Confe Nirenberg added.

"I want to remind San Antonians that we welcome their comments and all residents should feel comfort fear of intimidation as this discussion continues," the mayor said.

Shortly after the announcement, City Council members District 6 Councilman Greg Brockhouse and Dist opposing viewpoints.

Brockhouse released this statement:

"During a time when Texas is coming together to support each other during the devastation of Hurrican divisive vote to remove a Confederate monument on this Thursday's City Council agenda.

It has become increasingly obvious the Mayor will circumvent the process and change the existing Code at Travis Park. As I understand the process, City Council is not required to take a vote on this item becau 35-640 and Section 35-803 this responsibility lies with the Office of Historic Preservation, the Historic an City Manager.

ASJ000244

In the CCR crafted by Councilmembers Trevino and Shaw, there was a distinct outline for a process to re included members from our community to hold a dialogue and determine the best way to proceed with occur, nor it did the CCR include the cannons. It was ignored."

Brockhouse expressed 'serious concerns' about voting on said item, stating '[the item] does not specify $150k bill for the activity, while questioning Council to 'change to rules to allow this action to continue.'

'The Mayor is going down a slippery slope when he chooses to change the rules to govern. We need prc Brockhouse said in the statement. "In my view, this is not following the processes or procedures of the C

District 10 City Councilman Clayton Perry also released a statement regarding concerns on this week's v monument from Travis Park.

"First of all, I want to commend the compassion that San Antonio has shown after the traumatic effects this item could possibly come to City Council on Aug. 31 two weeks ago. However, I am discouraged to s after a weekend of tragedy and catastrophe across Texas."

"Today's addition concerns me for multiple reasons. I am concerned because this item was posted on or in B Session to fully sort out the details as a Council," Perry stated. " Additionally, this concerns me becau in citizen-led commission meetings, allowing our own district appointees an opportunity to do the role t across Texas, it concerns me that we are rushing a divisive issue when we should be concerned with con

"Councilman Treviño and Councilman Shaw's CCR requested for a full process to be in place regarding th monument, and I support them in that request. By bypassing the normal procedure, we send the messa pass public scrutiny and open dialogue."

San Antonio residents will have additional opportunities to share their views before the council vote. Ac officer for the mayor, citizens will have the opportunity to voice their opinion at City Hall Wednesday nig

### La Prensa

We are an independently-owned bilingual newspaper in San Antonio. La Prensa San Antonio covers local

ASJ000245

entertainment-culture, religion, health, and more! We are your voice in two languages, serving the comm
newspaper in Texas is local and far-reaching!!!!

ASJ000246

# SHOULD THE TRAVIS PARK CONFEDERATE MONUMENT BE RELOCATED?

In the heart of one of San Antonio's oldest parks is a towering Confederate monument erected 30 years after the Civil War. Most visitors to Travis Park only pay passing attention to it, but in the last two years the 40-foot structure has become the subject of scrutiny as people across the United States question the meaning of Confederate landmarks. At least two city council members would like to see the monument moved to a museum, and community support seems to be growing.





Texas Standard
Should The Travis Park Confederate Monument Be Rel...

 SOUNDCLOUD

 Share



Cookie policy                                                                    ▷ 9

By Joey Palacios  |  July 24, 2017  10:59 am

ASJ000253



*Joey Palacios / Texas Public Radio*

### The Confederate Monument in Travis Park was erected in 1899



*From TPR:*

The 147-year-old Travis Park is near the
northeastern edge of downtown San Antonio.
It's nestled between two churches and a
towering office building. Here, people often do
group yoga, play with a giant chess set or check

ASJ000254

out a book from a city-operated kiosk.

In the center is a vertical monument about two stories high. An inscription says, "Lest we forget our Confederate dead." At the top is an unnamed Confederate soldier with a finger pointing upward.

"And the reason he's got his finger pointed in the sky. That's typical for monuments. …He's pointing to heaven that he wants to go and be with his fellow soldiers," says John McCammon, from the Sons of Confederate Veterans.

He adds that the monument is a tribute to unnamed Confederate soldiers who died in the Civil War.

"This is not to a specific individual. This is for people that are dead and their graves aren't marked. This is a marker for the buried soldiers that we don't know where they are," McCammon says.

The Daughters of the Confederacy erected the monument in 1899, albeit with some local resistance. City records from the Office of Historic Preservation show that an 1898 article in the San Antonio Daily Light stated that the monument "would likely be the scoff of future generations." Over one hundred years later, people are calling Confederate monuments a symbol of racism and of a divided country.

Mike Lowe is the organizer of SATX4, a local activist group that tries to expose systemic racism.

Ralph Breslauer wrote: 7/20/... at 10:5... p.m.

Hello,

As an American whose distrust of politicians extends to both the Democrat and Republican parties whether or not Confederacy monuments should be destroyed or displayed in a museum, I couldn't care less.

If this current frenzy truly reflects disdain for hate speech and actions, and is not a witch hunt of Republicans let's add to the list of persons to be in the best tradition of 1984 "erased from history" eradicate the highways, libraries, etc named in honor of Robert Byrd, D/W Virginia who rose to the KKK rank of Exalted Cyclops. He served until 2010.

| Name | Email |
| --- | --- |

What do you think?

COMMENT

ASJ000255

"This memorial – I don't care if it was Jesus up there – represents a system and way of life that thrived off of oppression," Lowe says.

There have been several protests in the park against the monument, and Lowe says it does not belong there.

"At the end of the day, this open-space public reminder of what that represents is offensive to my community and my ancestors who lived, seeking to be free — and were punished for that," Lowe adds.

Two San Antonio City Council members have taken notice of the controversy over the landmark. District One Councilman Roberto Treviño and Cruz Shaw of District Two want to introduce proposals to move it. Shaw says it should be placed in a museum.

"Monuments like that need to be placed in a



# TEXAS STANDARD

ALL OUR STORIES    TOPICS ∨    FIND A SHOW ∨    ABOUT US ∨    🔍      

...es Experience ...ic Integration At ...Antonio School

'You Treat Evil With Nonviolence:' Remembering Martin Luther King In Song

Black-Owned Texas Bank Is Expanding With A New Branch In Atlanta

Austin Co... Grapples Wit... Wake Of Ser...

ASJ000256



Treviño says he wants the city to be welcoming and inclusive.

"Monuments of power can put a strain on certain parts of our community, and we don't want to be helping or contributing [to that] with our city amenities, like parks," Treviño says.

Treviño asked the city's Department of Culture and Creative Development and its Office of Historic Preservation to weigh in on what to do. He says the monument is a piece of military history and he's asked the city's Office of Military Affairs to help direct the conversation.

"The Office of Military Affairs has been working on some great things, like making sure that we document and really unify our military monuments throughout the city," Treviño says.

Shaw and Treviño still need three other council members to formally sign on to what's called a council consideration request, which is still being drafted. Besides moving it to a museum, the council members are also considering adding historical markers to the monument, to

ASJ000257

Should The Travis Park Confederate Monument Be Relocated? | Texas Standard

give it context. Or things could remain as they
are.

Two years ago, former San Antonio Mayor, Ivy
Taylor — the city's first African-American mayor
— was against removing the statue, saying
History shouldn't be destroyed. The city council
never considered it during her term. Newly
elected Mayor, Ron Nirenberg, is taking a
different approach.

> Statement from Nirenberg:
> *Confederate statues and memorials that*
> *lack proper historical context glorify slavery*
> *and project a misleading impression about*
> *slavery and the war against the United*
> *States to preserve slavery. While we must*
> *acknowledge our history, I welcome a*
> *community dialogue on placing such*
> *displays in the proper context. I know that*
> *several of my council colleagues have*
> *expressed an interest in their removal and I*
> *stand behind their commitment to exploring*
> *the community sentiment.*

McCammon, of the Sons of Confederate
Veterans, says he believes the city will face
opposition if it moves the monument, especially
from veterans.

"[T]o start removing history is a dangerous thing,
and I really believe we need to look at our history
and include all of it," he says.

Mike Lowe says you can't sanitize the evil deeds
of the past. "Those who write the history books
will tell the story, but this right here is a reminder

ASJ000258

of everything that the system was designed to reflect, as related to white supremacy. I don't support that at all," he says.

When the city council returns in August, it will likely have a full docket with requests for consideration by new council members. Treviño and Shaw say they're confident they have the support from their colleagues to begin discussing the monument's fate.

*This story originally aired on Texas Public Radio on Monday, July 16th. It re-aired on the Texas Standard and Fronteras on Friday, July 21st.*

## NO MATTER WHERE YOU ARE, YOU'RE ON TEXAS STANDARD TIME

©2018 Texas Standard. A service of the Moody College of Communication at the

University of Texas at Austin

ASJ000259

From: Robin Terrazas <robintmusic@aol.com>
To: jacquelyn.salvador <jacquelyn.salvador@sanantonio.gov>
Bcc: elong1955 <elong1955@gmail.com>
Subject: More UDC Information
Date: Sat, Aug 5, 2017 11:17 am
Attachments: UDC Banard Bee history.pdf (16382K)

Jacquelyn,

I am sending you an attachment that includes a list of the charter members of the Barnard Bee chapter, minutes to the Texas Conventions of 1897,1898,1900,1901 and 1972 and an article from the December 1999 UDC magazine.

The list of charter members will show that amongst them are Mary Maverick and Sarah Maverick. This is significant due to the fact that Samuel Augustus Maverick deeded the property of Travis Park to the city upon his death in 1870. Mary Maverick is his widow. Sarah Maverick is his daughter-in-law.

The minutes will show details about fundraising for the monument.

The magazine article describes the 1999 rededication of the monument by the Albert Sidney Johnston chapter, stating that it was named successor of the Bee Chapter. Though the article states that the Bee chapter disbanded in the 1960s, the minutes show that it was in 1972.

As an aside, I think it is important to point out that the property once served as a Confederate hospital. This is documented in a Standing Structures Survey completed for the city VIA Metropolitan Transit on March 5, 2015.

Please continue to communicate any needs or questions.

Thank you,
Robin Terrazas

ASJ000042

From: Jacquelyn Salvador (OCC) <jacquelyn.salvador@sanantonio.gov>
To: robintmusic <robintmusic@aol.com>
Subject: RE: [EXTERNAL] Re: Confederate Monument Research
Date: Fri, Aug 4, 2017 12:48 pm
Attachments: 1988.03.27.pdf (1101K)

Robin –

In the mist of the email and my research, I forgot the attachment.

Once again thank you so much for emailing me and providing a copy of the monument petition.


JACQUELYN C. SALVADOR
Librarian Assistant
Office of the City Clerk - Municipal Archives & Records
Jacquelyn.salvador@sanantonio.gov / 210.207.5903

Please take a moment & let us know how we are doing:
– http://www.sanantonio.gov/clerk/surveys.aspx




From: robintmusic [mailto:robintmusic@aol.com]
Sent: Friday, August 04, 2017 12:25 PM
To: Jacquelyn Salvador (OCC)
Subject: RE: [EXTERNAL] Re: Confederate Monument Research

Jacquelyn,

As we continue to do our own research,  it would be helpful if you would please send a copy of the documents you referenced in your original email.

Thank you,
Robin Terrazas



Sent from my Sprint Samsung Galaxy S® 6.

------- Original message -------
From: "Jacquelyn Salvador (OCC)" <jacquelyn.salvador@sanantonio.gov>
Date: 8/4/17 9:55 AM (GMT-06:00)
To: robintmusic <robintmusic@aol.com>, cathy.sadler50@gmail.com, jscannell@satx.rr.com
Subject: RE: [EXTERNAL] Re: Confederate Monument Research

ASJ000043

Robin –

Sorry I was not available when you called, out of the office. But thank you so much for responding to my email.

Our office is trying to gather as much information on this property and the monument in place not only for preservation purposes but also a learning tool for our city to make the right decision.

Pertaining to the petition copy you have. The only petition I have is for 2 blocks of land in addition to the cemetery, to which a deed was created. The petition was approved March 27, 1899. Petition turn Ordinance attached. Does your copy petition reference the monument or Travis Park?

Once again thank you and I look forward to your help in our search.

Jacquelyn S.

**From:** robintmusic [mailto:robintmusic@aol.com]
**Sent:** Thursday, August 03, 2017 4:35 PM
**To:** Jacquelyn Salvador (OCC); cathy.sadler50@gmail.com; dscannell@satx.rr.com
**Subject:** [EXTERNAL] Re: Confederate Monument Research

Jacquelyn,

Thank you for contacting me regarding this matter. The Barnard E Bee Chapter disbanded in the 1960s. The Albert Sidney Johnston Chapter, which is the current chapter in San Antonio, was named its successor. I have a copy of the petition as approved by Mayor Marshall Hicks on March 27, 1899. One correction I would like to make to your information is that the president of Barnard Bee was A W Houston. Based on what you know so far, it seems to be enough cause for the city to put things on hold until the research can be completed. Please let me know what else you need.

Thank you,
Robin Terrazas

Sent from my Sprint Samsung Galaxy S® 6.

-------- Original message --------
**From:** "Jacquelyn Salvador (OCC)" <jacquelyn.salvador@sanantonio.gov>
**Date:** 8/3/17 11:36 AM (GMT-06:00)
**To:** cathy.sadler50@gmail.com, dscannell@satx.rr.com, robintmusic@aol.com
**Subject:** Confederate Monument Research

Good morning –

ASJ000044

My name is Jacquelyn Salvador, Interim Archivist to the City of San Antonio City Clerk. Our office, the Municipal Archives & Records Division, is currently researching information pertaining to the Confederate Monument located in the City of San Antonio Travis Park. In our records we were able to locate minutes and ordinances approving a plot of land deeded to UDC and the erection of the monument. The UDC Chapter petitioning was the Banard E. Bee Chapter headed by President Mrs. A.N. Houston in 1899 but have been unsuccessful in locating said chapter.

If you can point our research in the direction to locate the minutes of the Banard E. Bee Chapter showing the commission and funds for the Confederate Monument; and the 1899 deed for the plot of land, would be greatly appreciated.

Thank you,
JACQUELYN C. SALVADOR
Librarian Assistant
Office of the City Clerk - Municipal Archives & Records
Jacquelyn.salvador@sanantonio.gov / 210.207.5903

Please take a moment & let us know how we are doing:
– http://www.sanantonio.gov/clerk/surveys.aspx

**THIS EMAIL IS FROM AN EXTERNAL SENDER OUTSIDE OF THE CITY.
Be cautious before clicking links or opening attachments from unknown sources. Do not provide personal or confidential information.**

ASJ000045

From: Robin Terrazas <robintmusic@aol.com>
To: jacquelyn.salvador <jacquelyn.salvador@sanantonio.gov>
Subject: Re: [EXTERNAL] Re: Confederate Monument Research
Date: Fri, Aug 4, 2017 10:50 am
Attachments: UDC SA Pet and Ord 1899.png (4836K)

Jacquelyn,

The copy I have is specific to the monument and Travis Park. It is attached.

Also, In reviewing records, we found that the Bee Chapter officially disbanded in 1972.

Thank you,
Robin Terrazas

——Original Message——
From: Jacquelyn Salvador (OCC) <jacquelyn.salvador@sanantonio.gov>
To: robintmusic <robintmusic@aol.com>; cathy.sadler50 <cathy.sadler50@gmail.com>; dscannell <dscannell@satx.rr.com>
Sent: Aug 4 9:56 am
Subject: RE: [EXTERNAL] Re: Confederate Monument Research

Robin –

Sorry I was not available when you called, out of the office. But thank you so much for responding to my email.

Our office is trying to gather as much information on this property and the monument in place not only for preservation purposes but also a learning tool for our city to make the right decision.

Pertaining to the petition copy you have. The only petition I have is for 2 blocks of land in addition to the cemetery, to which a deed was created. The petition was approved March 27, 1899. Petition turn Ordinance attached. Does your copy petition reference the monument or Travis Park?

Once again thank you and I look forward to your help in our search.

Jacquelyn S.

From: robintmusic [mailto:robintmusic@aol.com]
Sent: Thursday, August 03, 2017 4:35 PM
To: Jacquelyn Salvador (OCC); cathy.sadler50@gmail.com; dscannell@satx.rr.com
Subject: [EXTERNAL] Re: Confederate Monument Research

Jacquelyn,

Thank you for contacting me regarding this matter. The Barnard E Bee Chapter disbanded in the 1960s. The Albert Sidney Johnston Chapter, which is the current chapter in San Antonio, was named

ASJ000046