# EXHIBIT H
# CITY AGENDA RECORDS REGARDING ORDINANCE 17-4900



# CITY OF SAN ANTONIO
## OFFICE OF THE CITY COUNCIL
## COUNCIL CONSIDERATION REQUEST

TO: Mayor and City Council
FROM: Councilmember Roberto C. Treviño and Councilmember William "Cruz" Shaw
COPIES TO: Sheryl Sculley, City Manager; Leticia Vacek, City Clerk; Andy Segovia, City Attorney; John Peterek, Assistant to the City Manager; Christopher Callanen, Assistant to City Council
SUBJECT: Relocation of Travis Park Confederate monument
DATE: July 25, 2017

### Issue Proposed for Consideration

We ask for your support for the inclusion of the following item on the agenda of the earliest available meeting of the Governance Committee:

The relocation of the statue/pedestal/markers in Travis Park to a site/location/institution where it will be preserved and integrated in to an educational context. The location will be decided upon by a committee made up of members of the community, CoSA Arts and Culture staff, and the CoSA Office of Historic Preservation, CoSA Office of Military Affairs. It is our hope that the committee is composed of a broad group of individuals, including, but not limited to active duty military members, veterans, historians, heritage groups, and grass-roots organizers. It should be the goal of the committee to be inclusive of all facets of community representation.

### Brief Background

Symbols of the Confederacy and the veneration of Confederate leaders in public places have historically been used since the end of the Civil War to be reminders of a second-class citizen status attributed to people of color – part of the cult of The Lost Cause. To historically oppressed communities, these monuments were erected to send a message about who was still in charge of the city in which they lived. These monuments are a daily reminder not of our history, but rather our legacy of subjugation.

Submitted for Council consideration by: _____
Councilmember Roberto C. Treviño

Submitted for Council consideration by: _____
Councilmember William "Cruz" Shaw

Supporting Councilmembers' Signatures (3 only)                    District

1. _____                                  4

COSA 001516



# CITY OF SAN ANTONIO
# OFFICE OF THE CITY COUNCIL
## COUNCIL CONSIDERATION REQUEST

2. John Gonzales                                    9

3. [signature]                                      7

17 JUL 31 PM 12: 44

CITY OF SAN ANTONIO
CITY CLERK

COSA 001517



# CITY OF SAN ANTONIO

## RON NIRENBERG
## MAYOR

August 28, 2017

Dear Colleagues:

The City Council committee structure was originally created to provide thoughtful consideration of policy proposals, as well as appointments to certain boards and commissions. The Governance Committee has traditionally reviewed the policy proposals of City Council members put forward as Council Consideration Requests ("CCRs"), and provided direction to City staff as to how such proposals should be considered. As Chair, the Mayor establishes the agenda for the Governance Committee, including which CCRs are reviewed.

Over the past several weeks, there has been extensive community dialogue about the July 25th CCR jointly authored by District One Councilman Roberto Treviño and District Two Councilman Cruz Shaw, proposing to relocate the statue of a Confederate soldier from Travis Park.

During this time, City Council offices have received numerous phone calls and emails from interested parties, and heard directly from scores of citizens—on multiple occasions—who appeared before the City Council during the "citizens to be heard" portion of its meetings. We've also borne witness to protests, including the tragic events that occurred earlier this month in Charlottesville. Our sister Texas cities are grappling with similar proposals, which have elicited a variety of responses from our national and State leaders. It is fair to say that we are fully aware of the issues involved.

As such, I am exercising my discretion as Chair of the Governance Committee to move this matter immediately to the full City Council for consideration, and asked the City Manager to place the appropriate action items on an upcoming agenda. I appreciate the work councilmembers Treviño and Shaw, who offered their full support of this accelerated approach.

Ron Nirenberg
MAYOR

P.O. BOX 839966 • SAN ANTONIO, TX 78283-3966 • TEL 210-207-7107 • FAX 210-207-4168
MAYORRONNIRENBERG@SANANTONIO.GOV

COSA 001515

# City of San Antonio



# AGENDA
## City Council A Session

City Hall Complex
105 Main Plaza
San Antonio, Texas 78205

| Thursday, August 31, 2017 | 9:00 AM | Municipal Plaza Building |

The City Council shall convene and hold its regular meeting in the Norma S. Rodriguez Council Chamber in the Municipal Plaza Building within the City Hall Complex beginning at 9:00 AM. After the meeting is convened, the City Council shall consider the following items no sooner than the designated times, but may consider them at a later time.

### 9:00AM: Call to Order

At any time during the meeting, the City Council may meet in executive session for consultation with the City Attorney's Office concerning attorney-client matters under Chapter 551 of the Texas Government Code.

Citizens may appear before the City Council to speak for, against, or on any item on this agenda, in accordance with procedural rules governing City Council meetings. Questions relating to these rules may be directed to the Office of the City Clerk at (210) 207-7253.

### DISABILITY ACCESS STATEMENT
This meeting site is wheelchair accessible. The Accessible Entrance is located at the Municipal Plaza Building / Main Plaza Entrance. Accessible Visitor Parking Spaces are located at City Hall, 100 Military Plaza, north side. Auxiliary Aids and Services, including Deaf interpreters, must be requested forty-eight [48] hours prior to the meeting. For assistance, call (210) 207-7268 or 711 Texas Relay Service for the Deaf.

Intérpretes en español estarán disponibles durante la junta del consejo de la ciudad para los asistentes que lo requieran. También se proveerán intérpretes para los ciudadanos que deseen exponer su punto de vista al consejo de la ciudad. Para más información, llame al (210) 207-7253

For additional information on any item on this agenda, please visit www.sanantonio.gov or call 207-7080.

1. 17-4815    Invocation by Pastor David Brockhouse, Mt. Olive Lutheran Church, guest of Councilmember Greg Brockhouse, District 6.

| City Council A Session | AGENDA | August 31, 2017 |
|---|---|---|

2. 17-4816  Pledge of Allegiance

3. 17-4817  Approval of Minutes for the Special City Council Meetings of June 21 - 22, 2017, Special City Council Meeting of June 28, 2017 and the Regular City Council Meeting of June 29, 2017.

4. 17-4818  Councilmember Manny Peláez will be sworn-in as Mayor Pro-Tem, serving the term August 31, 2017-November 9, 2017.

**THE FOLLOWING ITEMS MAY BE CONSIDERED AT ANY TIME DURING THE REGULAR COUNCIL MEETING:**

**INDIVIDUAL ITEM(S) FOR STAFF BRIEFING**

5. 17-4900  An Ordinance authorizing: A) the removal and storage of the Confederate Soldier monument and two cannons located in Travis Park; B) the City to enter into contracts for the removal, transportation, and storage of the Confederate Soldier monument and two cannons in an amount not to exceed $150,000.00; C) the City to enter into a donation agreement with a nonprofit involved in historic preservation or education for the acceptance of the Confederate Soldier Monument and two cannons; and D) a modification to Chapter 35-640 and 35-803 of the Unified Development Code to allow for the above. [Lori Houston, Assistant City Manager; John Jacks, Director, Center City Development & Operations]

**CONSENT AGENDA**

**Purchase of Services, Supplies and Equipment**

6. 17-4366  An Ordinance authorizing a contract with Midwest Tape, LLC to provide media, cataloging, and digital processing services for the San Antonio Public Library for an estimated annual cost of $2,500,000.00, funded from the General Fund. [Ben Gorzell, Chief Financial Officer; Troy Elliott, Deputy Chief Financial Officer, Finance]

7. 17-4386  An Ordinance accepting the offers from Four J Traffic Controls, LLC, Flasher Equipment Company and Short-Line Corporation dba American Signal Equipment Company for the rental, delivery and pickup of traffic barricade equipment for the Police, Transportation and Capital Improvements, Center City Development and Operations, and Convention and Sports Facilities Departments for an estimated

Select Language

(http://www.sanantonio.gov/)

Custom Search

RESIDENTS | VISITORS | BUSINESS | YOUR GOVERNMENT | GET CONNECTED
(HTTP://WWW.SANANTONIO.GOV/GETCONNECTED)

# CENTER CITY DEVELOPMENT & OPERATIONS DEPARTMENT

sa.Gov Home (/) > CCDO(http://www.sanantonio.gov/CCDO) > News(http://www.sanantonio.gov/CCDO/news)

# NEWS

CCDO HOME (/CCDO)

ABOUT > (/CCDO/ABOUTCCDO.ASPX)

DOWNTOWN VENDING > (/CCDO/VENDING.ASPX)

INCENTIVES & PROGRAMS >
(/CCDO/INCENTIVESANDPROGRAMS.ASPX)
NEWS & EVENTS >
(/CCDO/NEWSANDEVENTS.ASPX)
PARKING DOWNTOWN > (/CCDO/PARKING.ASPX)

PARKS & FACILITIES RESERVATIONS >
(/CCDO/PARKSPLAZAS.ASPX)
RESOURCES > (/CCDO/RESOURCES.ASPX)

RIVER WALK OPERATIONS >
(/CCDO/RIVERWALK.ASPX)
CONTACT US

Mailing Address
PO Box 839966
San Antonio, Texas 78283

Development Division
210.207.1041

Operations Division
210.207.3677

Parking Division
210.207.8266

(/ccdo/contact?sendto=dtops)

NEWS

More News Releases... >
(/ccdo/news.aspx)

PUBLISHED ON MONDAY, AUGUST 28, 2017

## MAYOR NIRENBERG SETS DATE FOR TRAVIS PARK MONUMENT VOTE

**CONTACT:** Bruce Davidson, 210-207-8998

bruce.davidson@sanantonio.gov
(mailto:bruce.davidson@sanantonio.gov)

Maria Luisa Cesar, 210-861-9030

maria.cesar@sanantonio.gov
(mailto:maria.cesar@sanantonio.gov)

**SAN ANTONIO (Aug. 28, 2017)** — Mayor Ron Nirenberg announced that the full City Council will have an opportunity on Thursday to vote on a proposal that would relocate the statue of a Confederate soldier in Travis Park, after directing City Manager Sheryl Sculley to place it on the agenda.

The proposal, introduced by District 1 Councilman Roberto Treviño and District 2 Councilman William 'Cruz' Shaw, has been pending consideration by the Governance Committee. As mayor and chairman of that panel, Mayor Nirenberg has the discretion to move any item directly to the full council.

"We have received extensive input from citizens who support and oppose relocating moving the statue," Mayor Nirenberg said. "Hundreds of San Antonio residents have voiced their views directly to council in 'citizens to be heard' portions of our meetings and through phone calls and emails."

"This is a difficult conversation," Mayor Nirenberg said. "I am proud that San Antonians have respected the right of people with all points of view to peacefully express their opinions. While we have seen tragic events such as those in Charlottesville, San Antonio has had a civil discussion of the issues surrounding the proper historical context of Confederate monuments."

Mayor Nirenberg added, "It is time for San Antonio to relocate the statue in Travis Park and ensure that monuments to the Confederacy are placed in their proper

context."

San Antonio residents will have additional opportunities to voice their views before the council vote.

"I want to remind San Antonians that we welcome their comments and all residents should feel comfortable expressing their opinions openly without fear of intimidation as this discussion continues," the mayor said.

Treviño and Shaw began the process seeking council consideration in July.

Comments (0) Number of views (3015)

AUTHOR: CAMBRI ENSMINGER (GPA) (HTTP://WWW.SANANTONIO.GOV/CCDO/NEWS/I ENSMINGER-GPA)

CATEGORIES: CITY NEWS (HTTP://WWW.SANANTONIO.GOV/CCDO/NEWS/I NEWS), MAYOR & COUNCIL (HTTP://WWW.SANANTONIO.GOV/CCDO/NEWS/I COUNCIL), MAYOR RON NIRENBERG (HTTP://WWW.SANANTONIO.GOV/CCDO/NEWS/I RON-NIRENBERG)

TAGS:

Print

Copyright © 2000-2018 City of San Antonio

Office of Equity (/Equity)　ADA Compliance (/ada)　Telecommuting (/easi)　Site Map (/websitemap)　Open Records (/opengovernment)　Contact Us (/contact)

Privacy Policy & Disclaimer (/disclaimer)