EXHIBIT I
LORI HOUSTON DEPOSITION

**Page 1**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ALBERT SIDNEY JOHNSTON )
Chapter No. 2060, United )
Daughters of the )
Confederacy, ROBIN )
TERRAZAS, President, JEAN )
CAROL LANE, First )
Vice-President, )
          PLAINTIFFS, )
              )
VS. ) CIVIL ACTION NO.
    ) SA-17-CV-1072-DAE
THE CITY OF SAN ANTONIO, )
          DEFENDANT. )

*************************************************

ORAL DEPOSITION OF

LORI HOUSTON

AUGUST 24, 2018

*************************************************

ORAL DEPOSITION of LORI HOUSTON, produced as a
witness at the instance of the Plaintiffs, and duly
sworn, was taken in the above-styled and numbered
cause on the 24th day of August, 2018, from 3:06 p.m.
to 4:02 p.m., before Sharon L. McDonald, CSR, in and
for the State of Texas, reported by machine shorthand,
at the offices of City of San Antonio, 506 Dolorosa,
Building 2, San Antonio, Texas, pursuant to the
Federal Rules of Civil Procedure and the provisions
stated on the record or attached hereto.

HILL COUNTRY COURT REPORTERS
(210)691-1633

**Page 3**

INDEX

Appearances.................................. 2
LORI HOUSTON
    Examination by Mr. Crane............... 4
Changes and Signature Page.................. 51
Court Reporter's Certificate................ 52

EXHIBITS INDEX
NO.     DESCRIPTION              PAGE

Exhibit 1   An Ordinance
            2017-08-31-0598
            (COSA000135 - COSA000151)..... 9

Exhibit 2   Invoice, Vault Fine Art
            Services, LLC 09/15/17
            (COSA000423 - COSA000424)..... 35

Exhibit 3   COSA, Council Consideration
            Request, July 20, 2017
            (COSA001516 - COSA001517)..... 43

Exhibit 4   Memo, Shannon Miller to Lori
            Houston, 09/12/17
            (COSA001588)................... 44

HILL COUNTRY COURT REPORTERS
(210)691-1633

**Page 2**

A P P E A R A N C E S

FOR THE PLAINTIFF(S):
MR. THOMAS J. CRANE
LAW OFFICE OF THOMAS J. CRANE
110 Broadway, Suite 420
San Antonio, Texas 78205
(210)736-1110
tjcoffice3649@sbcglobal.net

FOR THE DEFENDANT(S):
MR. SHAWN FITZPATRICK
FITZPATRICK & KOSANOVICH, P.C.
P.O. Box 831121
San Antonio, Texas 78283
(210)207-7259
skf@fitzkoslaw.com

ALSO PRESENT:
    Robin Terrazas
    Jean Lane
    Lori Houston, the Witness
    Sharon L. McDonald, CSR

HILL COUNTRY COURT REPORTERS
(210)691-1633

**Page 4**

LORI HOUSTON,
having been first duly sworn, testified as follows:
EXAMINATION
BY MR. CRANE:
    Q   Would you state your name, please, Ms. Houston?
    A   Lori Houston.
    Q   And what is your job title?
    A   I'm an assistant manager for the City of San Antonio.
    Q   And how long have you been doing that?
    A   I've been since 2015, so three years.
    Q   And what kind of job duties do you have doing that?
    A   I oversee several departments within the City of San Antonio. Currently it's the Center City Development Operations Department. We oversee the parking operations, River Walk operations, downtown parks and development, the library system, 31 libraries in the city of San Antonio, the arts and culture department, the World Heritage Office and the Alamo Master Plan.
    Q   That's a long list. So I guess, then, you would be supervising the directors of each of those departments?
    A   Yes, sir.
    Q   Is that your sum total of the people you

HILL COUNTRY COURT REPORTERS
(210)691-1633

**Page 5**

```
 1   supervise?
 2        A    I also supervise -- I just recently was
 3   supervising the EastPoint office, but they have moved on
 4   to a different division, so that's it.
 5        Q    And who would your supervisor be?
 6        A    Sheryl Sculley.
 7        Q    And she is the city manager?
 8        A    Yes, sir.
 9        Q    Have you ever done a deposition before?
10        A    Yes.
11        Q    Do you understand that you shouldn't answer a
12   question unless you understand the question?
13        A    Yes.
14        Q    And when you were deposed -- more than once?
15        A    Once only.
16        Q    Once only.
17             THE WITNESS:  I think you were there for
18   that one.
19             (Pause.)
20        Q    (BY MR. CRANE)  And the Office of Historic
21   Preservation, what department would that be in?
22        A    Well, the Office of Historic Preservation, I
23   actually used to oversee them several years ago.  Or not
24   several years ago.  Actually, within the past year and a
25   half.  And that transferred to Rod Sanchez.  But it's its
```

**Page 7**

```
 1   So you think before Mr. Nirenberg became the
 2   mayor that you didn't have a discussion about possibly
 3   moving that?
 4        A    There was discussion about what to do with the
 5   monument, whether to put it in historical context,
 6   whether to move it, but there was no decision.  It was
 7   always discussion because it was around the time the
 8   other discussions nationwide were happening.
 9        Q    So what's the earliest point you can remember
10   having a discussion about moving or not moving the Travis
11   Park memorial?
12        A    It probably would have been January.  Actually,
13   I would say early 2018[sic], around that time.  I'd have
14   to -- I remember -- I don't know the date, honestly.  I
15   just remember there being a discussion, Councilman
16   Trevino proposing some options about putting it in
17   historical context, and then a CCR was issued.  But it's
18   probably about a year, year and a half.
19        Q    Okay.  And then I think at the August 31st city
20   council meeting where they took the vote, I think you
21   gave a presentation about moving it or not moving it?
22        A    Yes.
23        Q    Do you remember what you did to prepare for that
24   briefing?
25        A    Well, my department, Center City Development
```

**Page 6**

```
 1   own department and they used to report to me, but now
 2   they report to Rod Sanchez.
 3        Q    And before you became assistant city manager,
 4   were you employed by the City?
 5        A    Yes.  I've been there for 16 years.
 6        Q    Oh, great.  Has anybody discussed with you today
 7   what your testimony should be?
 8        A    No.  I know what it's about.
 9        Q    Sure.  So other than Mr. Fitzpatrick or somebody
10   with the city attorney's office, have you discussed your
11   testimony with anyone?
12        A    No.
13        Q    Before today?
14        A    No.
15        Q    Do you remember when you first became aware of a
16   consideration that -- moving the Travis Park memorial?
17        A    Yes.
18        Q    When did that happen?
19        A    There was a CCR that was issued by Councilman
20   Shaw and Councilman Trevino asking us to begin a process
21   to see, you know, how you might put into context and
22   other opportunities.  There was a brief discussion, but
23   then there was a discussion by the mayor.  Mayor Ron
24   Nirenberg asked that we consider moving the statue and
25   that was last summer.
```

**Page 8**

```
 1   Office, was responsible for the relocation.  We have
 2   Office of Historic Preservation, which was responsible
 3   for doing the history and the research.  They have
 4   purview over it.  And then we worked with the city
 5   attorney's office.  So I prepared working with all three
 6   of those departments and prepared my presentation based
 7   on the history of the monument, history of the cannons,
 8   history of the park, and then looking at our overall
 9   authority to relocate.  So I worked with all those
10   departments.
11        Q    Did you prepare your briefing yourself or did
12   somebody help you with that?
13        A    I worked with the city attorney's office on
14   that.
15        Q    But drafting slides, putting pictures --
16        A    Andy Segovia and myself worked on that together.
17   I probably got pictures from the Office of Historic
18   Preservation and the Center City Development Operations
19   Department.
20        Q    And you mentioned the history and the research
21   regarding -- was that regarding the monument or Travis
22   Park or both?
23        A    All -- all three, the monument, the cannons and
24   the park.
25        Q    And do you remember who gathered -- who did the
```

9

```
 1  research?
 2      A    The Office of Historic Preservation.
 3      Q    And that's headed, I guess at the time, by
 4  Shannon Miller?
 5      A    It still is headed by Shannon Miller.
 6      Q    It still is, yes.
 7           As you prepared -- well, let's -- if your
 8  presentation was August 31st, and that's when they took
 9  the vote, do you remember how long before that you
10  started working on -- well, let me rephrase the question
11  yet again.
12           How long did it take you to prepare your
13  briefing?  Was it days?  Weeks?
14      A    It happened very fast.  We -- the decision to
15  consider the monument's relocation in front of council
16  was probably mid-August, and so I prepared it the week
17  prior.
18           (Exhibit 1 marked.)
19      Q  (BY MR. CRANE) I show you what's marked Houston
20  Exhibit 1.
21      A    Okay.
22      Q    And as I understand it, this -- well, this has a
23  lot of things to it.
24      A    Uh-huh.
25      Q    And, of course, the ordinance is in the front,
```

HILL COUNTRY COURT REPORTERS
(210)691-1633

10

```
 1  but if you go to the back, I believe these are your
 2  briefing slides or a good portion of them.
 3      A    Yes.
 4      Q  (BY MR. CRANE) I wanted to ask you about those
 5  slides.
 6      A    Sure.
 7      Q    I think you already testified it took you, you
 8  think it was days, maybe, getting these slides together?
 9      A    Putting the PowerPoint together.
10      Q    The PowerPoint, yeah.  And the information
11  contained on here, how about that?  Is that what you
12  gathered from the Office of Historic Preservation?
13      A    Depends on which slide.  I mean, the pictures.
14  So --
15      Q    Let's go -- there's pages in the lower
16  right-hand corner.
17      A    So I would have worked with the Office of
18  Historic Preservation on the actual history.  How did the
19  monument come to San Antonio?  What was the history?  Who
20  was the artist of the monument?  I would have worked with
21  them on the cannons.  We did research on that.  The
22  Travis Park history.  This information, that would have
23  come from the city attorney's office.
24      Q    And you're pointing to the slide that says
25  actions --
```

HILL COUNTRY COURT REPORTERS
(210)691-1633

11

```
 1      Q    -- Number 000142 in the lower right-hand corner.
 2      A    Yes.
 3      Q    That came from the city attorney's office?
 4      A    They helped draft this, yes.  I mean, not the
 5  slide, but the information.
 6      Q    Sure.  That's what I'm asking, where the
 7  information came from.
 8      A    Uh-huh.
 9      Q    But the other question is:  How long did it take
10  you to gather the history or the research that you
11  presented to the city council?
12      A    The history had been developed way before
13  because it wasn't -- the history was developed when we
14  were looking at, you know, the whole historic context
15  issue because at the time, there was discussion about
16  what do you do with the monument.
17      Q    Sure.
18      A    So I recall having discussions with Councilman
19  Shaw and Councilman Trevino about, you know, putting it
20  in historical context.  Councilman Trevino had proposed
21  maybe doing different panels that showed the history.  I
22  believe that was in the Rivard report.  And then we had
23  talked about other ideas.  Actually, other relocation
24  ideas as well.
25
```

HILL COUNTRY COURT REPORTERS
(210)691-1633

12

```
 1      Q    Uh-huh.
 2      A    But it was -- that was it.  But that history had
 3  been developed years prior.  We actually had the history
 4  when we did the Travis Park redevelopment in 2014 of the
 5  actual park and the monument, so it's easily available.
 6      Q    So when you're talking about the history or the
 7  research, that would have been months before the
 8  August 31st city council meeting.  Are we talking years
 9  or months?
10      A    I'm talking -- I mean, when I'm talking about
11  history, I'm like when was the park developed?  How did
12  we get the park?  The cannons.  Where did they come from?
13  They came from New Mexico.  Why were they there?  The
14  monument.  The Bee Chapter, who donated it.  Talking
15  about the artist being from New Orleans.  That
16  information all came from Office of Historic Preservation
17  and we had that a year.  I mean, it wasn't new
18  information that just came out.
19      Q    Sure.
20      A    Two weeks prior.
21      Q    Sure.  That's what I'm asking.  And so then when
22  you discussed other ideas with Councilmen Shaw and
23  Trevino, do you remember what the other ideas were?
24      A    They had issued a CCR talking about just looking
25  at different opportunities, looking at having a committee
```

HILL COUNTRY COURT REPORTERS
(210)691-1633

13

1  that looks at this, and that's what we discussed. You
2  know, the context, looking at, like I said, the panels,
3  looking at other options. Maybe doing artwork. Just
4  brainstorming ideas, but nothing was ever put in stone.
5      Q   And what did the brainstorm include? Did
6  anybody ever give consideration to maybe adding another
7  statue or something to reflect more context -- more
8  historical context?
9      A   No. The only -- I only recall Councilman
10 Trevino talking about different panels. And we had
11 talked about putting pavement markings that talk about
12 the history. That was it.
13     Q   Do you remember how many meetings -- well, did
14 you have meetings with the council members or did you
15 have meetings with Office of Historic Preservation staff?
16     A   We had -- I know we had one meeting. I recall
17 one meeting. We may have had two. But we did have
18 meetings to talk about this.
19     Q   And who would be -- who would be included in
20 those meetings?
21     A   It would have been Office of Historic
22 Preservation, Councilman Shaw, Councilman Trevino. I
23 believe Juan Ayala was in that meeting, and that's all I
24 recall.
25     Q   And who -- I'm not familiar with Juan Ayala.

14

1      A   He's the office of -- he's the executive
2  director -- I forget his title -- over Military Affairs
3  for the City. General Ayala.
4      Q   And do you think these -- you mentioned two or
5  three meetings. Did these meetings extend over months or
6  weeks?
7      A   I specifically recall one meeting and it was
8  after the CCR was developed. We may have had another
9  one, but it was really just to talk about, you know, the
10 options, what we could do. And then, like I said,
11 Councilman Trevino showed his renderings to the Rivard
12 Report. There was a discussion, but that was it. I
13 don't recall a lot of meetings on this issue.
14     Q   At the few meetings you did have, do you
15 remember anybody bringing up the Daughters of the
16 Confederacy?
17     A   Oh, we talked about that. We talked about the
18 Daughters. We talked about the Sons. We talked about
19 the cemeteries.
20     Q   Did anybody suggest that maybe the Daughters
21 have some kind of right or ownership interest in the
22 statue?
23     A   No.
24     Q   That never came up?
25     A   No. We own the statue and the park and the

15

2      Q   What forms your belief the City owns the statue?
3      A   Well, the City of San Antonio owns the park.
4  The statue was donated to the City for that purpose. We
5  have a survey that shows where that statue goes. And the
6  cannons were donated to the City as well. And we
7  maintain the park and the monument.
8      Q   What suggests to you that the statue was donated
9  to the city?
10     A   That's the history that we have.
11     Q   Do you remember anything in particular, any
12 particular document, or any particular person saying --
13     A   No.
14     Q   -- we believe it was donated to the City?
15     A   This is the history that I've gathered from
16 Office of Historic Preservation and our city attorneys.
17     Q   Well, the city attorney doesn't research
18 historical issues, do they?
19     A   No. But if you're talking about ownership, I
20 mean, that's something that we knew before we went to
21 council. That was all researched.
22     Q   Did anybody -- did it occur to anybody at these
23 meetings to contact the Daughters and see if they agreed
24 that the City owned the statue?
25     A   No.

16

1      Q   I'm showing you again Exhibit Number 1, and ask
2  you to look at the first page, if you would.
3      A   Sure.
4      Q   If you look at the top. Just to -- for clarity,
5  I guess this is the ordinance that was passed; is that
6  correct?
7      A   Yes.
8      Q   And that was passed by a vote on August 31st of
9  2017?
10     A   Yes.
11     Q   And it says at the top, 08/31/2017, 0598; is
12 that correct?
13     A   Yes.
14     Q   And that would indicate it was passed on that
15 date; is that right?
16     A   Yes.
17     Q   And then it has a -- at the top it says an
18 ordinance, and then there's a paragraph the begins with,
19 Authorizing the removal and storage of the Confederate
20 soldier monument.
21     A   Uh-huh.
22     Q   At the bottom of this paragraph, it talks about
23 waiving the provisions of Section 35-640 and 35-803 of
24 the UDC. Do you recall what those provisions provide
25 for?

**17**

```
1    A    Those are provisions for HDRC review, I believe?
2    Q    So this is stating that we're waiving the HDRC?
3    A    We're waiving that, yes.
4    Q    Do you remember why?
5    A    Actually, I do, because at the time -- HDRC is
6  advisory, but they're advisory to the city manager. This
7  decision is a policy decision that city council wanted to
8  make, and so it was a decision to be made by the mayor
9  and city council. So it was waived specifically because
10 the mayor requested it be considered by city council.
11   Q    When you say a decision the city council would
12 make, is that in regards to waiving the UDC or
13 removing --
14   A    Removing the monument.
15   Q    And what suggests to you that city council as a
16 whole wanted to move the monument?
17   A    The mayor suggested that. He specifically
18 requested that we take something to council looking at
19 the relocation, requesting it be moved.
20   Q    So what indicated to you something that
21 occurred before August 31st?
22   A    Yes.
23   Q    Do you remember when he made his indication that
24 he would prefer to move the monument?
25   A    It was really about two weeks prior.
```

**18**

```
1    Q    And if you would, there's several whereases. If
2  you look at the second to the last whereas down here.
3    A    Yes.
4    Q    Whereas, the City of San Antonio wants Travis
5  Park to be a community gathering area where all can feel
6  safe and welcomed.
7              Was there an issue with all people feeling
8  safe and welcome in Travis Park?
9    A    No. We just wanted -- we wanted to make sure
10 that we kept it that the way.
11   Q    And then there's a whereas above it right there,
12 it's the fourth one from the bottom. It says, Over the
13 past several years there has been a national debate over
14 public memorials, devastating incident in
15 Charlottesville, Virginia.
16             Was there a concern that what happened in
17 Charlottesville, Virginia, could happen in San Antonio?
18   A    Absolutely. There's always a concern about
19 that. That's what's happening nationwide. But this
20 was -- this was not a decision that was made because of
21 Charlottesville. This was a decision that's been a
22 debate going on and it was elevated by all these national
23 incidences, yes.
24   Q    Was there anything -- I mean, everyone is
25 familiar with the incident in Charlottesville, but other
```

**19**

```
1  than the fact that it happened, was there some suspicion
2  that that might happen in San Antonio?
3    A    No.
4    Q    Was there some, I don't know, intelligence from
5  the police or someone saying there's plans for some kind
6  of a rally --
7    A    No, there was not.
8    Q    -- or protest?
9    A    No.
10   Q    Nothing that you know of?
11   A    No. We did have that rally the same day as
12 Charlottesville, I believe.
13   Q    There was a rally here in town.
14   A    There was a rally, but I don't think it was -- I
15 don't know how many people attended. It was actually two
16 organizations.
17   Q    This ordinance -- yes, it is an ordinance,
18 08/31/2017 0598. Do you know who drafted this?
19   A    That would have been our city attorney. I
20 forget at the time who drafted this. I worked directly
21 with Andy Segovia. It may have been -- I'm not going to
22 guess.
23   Q    Whatever you remember. If you're guessing, if
24 you could just explain that you are guessing so that
25 we're --
```

**20**

```
1    A    I believe it was Ed Guzman who drafted this.
2    Q    You've done a deposition, at least one before,
3  all you can do is talk about what you recall.
4    A    Yes.
5    Q    Just if you would be careful to explain you may
6  not recall exactly, and then the record will be clear.
7    A    I may not recall exactly.
8    Q    Correct. You're getting the hang of it.
9    A    Perfect.
10   Q    I want to bring you back to the first page. At
11 the very bottom of there whereas.
12   A    Yes.
13   Q    It says, Whereas, the Confederate monument and
14 cannons should be removed and placed in a location --
15 communicated in an instructive and not divisive way.
16   A    Uh-huh.
17   Q    Who on the city staff, to your knowledge,
18 suggested the Travis Park memorial was communicating
19 something in a divisive way?
20   A    I don't recall.
21   Q    Do you know where this language came from?
22   A    I do not.
23   Q    Did you ever hear Council Member Shaw or Trevino
24 suggest that it was divisive in some way?
25   A    I can't recall if he used the word divisive. I
```

21

```
1   can recall -- and I'm speaking to August 31st, the
2   council action.  Councilman Shaw was very passion ate
3   about the issue.
4       Q    Before August 31st, do you --
5       A    Oh, no.
6       Q    -- remember any council members suggesting it
7   was divisive in some way?
8       A    No.
9       Q    Would you turn to the second page.
10      A    Sure.
11      Q    Well, I'll help you with that.  At the lower
12  right-hand corner, it says COSA00136.  If you look at
13  Section 3, it says the city manager or her designee
14  will -- is authorized to execute a professional service
15  contract to remove and relocate the monument.
16           Was that you that did the -- were you
17  designated to do that?
18      A    Yes.
19      Q    In fact, I think I've seen your signature on a
20  contract to remove and relocate?
21      A    Yes.
22      Q    What kind of process did you follow to do that?
23      A    Well, city council authorized us to do that.
24      Q    Sure.
25      A    We identified Vault Services to move it.
```

22

```
1   They -- I found that they had done that before.  They did
2   that for Austin.  And so we asked them to submit a
3   proposal and we went to council authorizing us to execute
4   that.
5       Q    Did anyone else submit a proposal?
6       A    No.
7       Q    Did you ask anyone else to submit a proposal?
8       A    No.
9       Q    Is there a requirement to collect three bids?
10      A    I wouldn't know.  I was looking at someone who
11  could -- this is such a specific issue.  You want someone
12  who can take care of the monument and relocate the
13  monument, and I wanted to go to somebody who knew how to
14  do it and could protect it in a safe way.
15      Q    Do you remember -- if the vote was taken
16  August 31st to remove it, do you remember how far before
17  that you contacted Vault?
18      A    It would have been about two weeks.
19      Q    And then if you would, look at Section 4 on that
20  same page, It says the city manager or her designee will
21  develop a nonprofit for a place to put the Confederate
22  soldier monument and two cannons.  To your knowledge, has
23  that occurred?
24      A    No, it has not.
25      Q    Do you know -- it says the city manager or her
```

23

```
1   designee, is that you or another designee?
2       A    I am.
3       Q    Is there a committee up and running to talk
4   about that yet?
5       A    We do have a committee of city staff that is
6   looking at possible entities we could partner with, but
7   we do not have an executed agreement.
8       Q    Has the committee met?
9       A    Yes.
10      Q    Do you know how many times it's met?
11      A    Probably four or five.
12      Q    And I guess the first meeting would have been
13  after the monument had come down?
14      A    Oh, yes.
15      Q    Do you have anybody outside of -- any non-city
16  employees sitting on the committee?
17      A    The San Antonio Conservation Society and the
18  Texas Historic Commission.
19      Q    Was there any consideration to asking  if someone
20  from the Sons of Confederate Veterans or Daughters of
21  Confederate Veterans to sit on the committee?
22      A    No.
23      Q    Is there a reason why?
24      A    We wanted to keep it to internal committee, and
25  then experts who knew how to handle art and then also
```

24

```
1   have the historical context with the THC and the
2   Conservation Society.
3       Q    I'm going to help you out and tell you some
4   pages I wanted to ask you about.  Lower right-hand
5   corner, 144.  At the top that says City of San Antonio,
6   Legislation Details with text, can you summarize what the
7   purpose of this document is?  It says at the top, Staff
8   briefing with ordinance.
9       A    This is a council briefing that's attached for
10  every council member to review to give them a briefing on
11  the actual action they'll be taking at that meeting, and
12  then it provides the summary, briefing background and
13  fiscal impact.  This is posted with the agendas.
14      Q    So would this have been part of your
15  presentation on August 31st?
16      A    No.  This was -- this was part of the agenda.
17      Q    I see.
18      A    So when you post the city agenda, then you have
19  a memo that outlines the action so the public can go
20  click on that and look at the memo.
21      Q    I guess that makes sense now because in the
22  middle of the page there's a date of 08/31, but
23  otherwise, the document isn't dated.
24      A    Uh-huh.
25      Q    So I guess this would have been part of the
```

**33**

1    A    It's the same one.
2    Q    There's so many and they're reproduced in
3    different forms. I bet it is the same one. So this
4    looks like the same thing as what you referred to as the
5    memo, although it does say, File Number 17-4900 at the
6    top. Otherwise, the body is certainly very similar.
7         Well, then I'll ask you the same question
8    I've asked about what you referred to as the memo. Is
9    this something that you would have prepared?
10   A    Yes.
11   Q    And if the meeting or the vote was taken
12   August 31st, do you think you prepared the memo days
13   before or would it have been weeks before the meeting?
14   A    It would have been no more than a week before .
15   Q    And is that something you typically do for
16   proposed ordinances? You prepare a memo?
17   A    Yes.
18   Q    And that would be part of the agenda that would
19   be posted?
20   A    Yes.
21   Q    If you would, look at the last page of this
22   document. It has 151, the very last page. Have you seen
23   that page before?
24   A    Just recently.
25   Q    Just recently?

**35**

2    A    No.
3         (Exhibit 2 marked.)
4    Q    (BY MR. CRANE) I hand you what's marked Exhibit
5    Number 2. It's addressed to you, so I assume you've seen
6    this before.
7    A    Yes.
8    Q    This is the invoice from Vault Fine Art
9    Services, correct?
10   A    Yes.
11   Q    And this is where they're asking for the payment
12   of $147,000?
13   A    Yes.
14   Q    And if you look on the first page it says --
15   it's dated 09/15. Did you receive any invoices after
16   this one?
17   A    I don't recall. I don't think so.
18   Q    If they moved the monument and granite --
19   granite blocks two more times after this, you don't
20   recall getting any invoices for those services?
21   A    I wouldn't have -- I wouldn't have been the one
22   who was taking care of that contract, so I only handled
23   the initial relocation, so I don't recall that.
24   Q    And you don't remember hearing at a meeting that
25   they've invoiced for additional monies?

**34**

1    A    But it was not -- but not until recently.
2    Q    Was this not part of the memo for the agenda for
3    August 31st?
4    A    I don't think so, no.
5    Q    And when you saw it recently, was that part of
6    this lawsuit?
7    A    Yes.
8    Q    How long ago was that?
9    A    Probably within two weeks.
10   Q    Before two weeks ago, had you ever seen this
11   before?
12   A    No.
13   Q    Do you understand what this apparently
14   represents? I mean, the wording is, Petition of the
15   Daughters of the Confederacy to erect a monument in
16   Travis Park. Have you read through this before?
17   A    I have recently.
18   Q    But before a couple of weeks ago --
19   A    No.
20   Q    -- you don't recall seeing this before?
21   A    No.
22   Q    And at the meetings you had with the council
23   members or with Shannon Miller, no one mentioned the
24   existence of what appears to be the City giving
25   permission to the Daughters to erect a monument in Travis

**36**

1    A    No.
2    Q    Did anyone -- well, let me -- you're the person
3    to ask about this. When you asked Vault to submit a
4    proposal, did you give them a statement of the work you
5    wanted them to accomplish?
6    A    I did tell them that I wanted the removal and
7    the relocation to -- and it had to be done in a safe
8    manner. That was it. Then they -- they gave us a scope
9    and we reviewed it.
10   Q    Did anyone -- so no one from the City told them
11   maybe in broad terms how they wanted the removal to
12   occur?
13   A    Other than being safe and not damage the
14   monument.
15   Q    Yes, ma'am. Other than those two cautions,
16   nothing was given them specifically that told them how to
17   do it or how not to do it?
18   A    We did get measurements for them , but that was
19   it. And then they submitted a scope to us.
20   Q    And when you told them verbally remove it, do it
21   in a safe manner, do you think that was in the two weeks
22   before the August 31st meeting?
23   A    Yes.
24   Q    In its current location, is the monument and the
25   granite box, are they under any kind of insurance

49

```
 1   to you and express concerns about where it was being
 2   kept?
 3   A     No.
 4   Q     In its current location, is the City paying any
 5   kind of rental fee for the storage?
 6   A     No.
 7   Q     The cornerstones has been placed in a facility
 8   owned by the City.  Does the City have to pay any
 9   excess — any kind of extra funds to do that?
10   A     No.
11         MR. CRANE:  Can we take a quick break?
12         MR. FITZPATRICK:  Absolutely.
13         (Recess taken, 3:56 to 4:00.)
14   Q     (BY MR. CRANE)  Ms. Houston, just a couple of
15   more questions.  You mentioned earlier that your
16   recollection or your understanding was that the Daughters
17   had donated the statue to the City.  Do you remember
18   where you formed that understanding?
19   A     It would have been part of the history that we
20   received from the Office of Historic Preservation.
21   Q     And that's headed by Shannon Miller?
22   A     Yes.
23   Q     Do you know who did the research for Shannon
24   Miller or did she do it herself?
25   A     I don't know.
```

50

```
 1   Q     Were you familiar with the statute itself?  Did
 2   you ever see it yourself?
 3   A     Absolutely.
 4   Q     You realize it had carved in the cornerstone,
 5   Daughters of the Confederacy?
 6   A     Yes.
 7   Q     But as far as you know, no one ever questioned
 8   who owned the statute?  As far as you know, you and other
 9   council members assumed it was the City that owned it?
10   A     The City did own it — does she own it.
11   Q     Okay.
12         MR. CRANE:  Thank you, ma'am.  I have no
13   other questions.
14         MR. FITZPATRICK:  Off the record?  I'm
15   reserving my questions till the time of trial.
16         (Deposition concluded at 4:02 p.m.)
17         —
```

51

CHANGES AND SIGNATURE

WITNESS NAME: LORI HOUSTON DATE: AUGUST 24, 2018

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
|      |      |        |        |

_____
LORI HOUSTON

52

```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ALBERT SIDNEY JOHNSTON        )
Chapter No. 2060, United      )
Daughters of the              )
Confederacy, ROBIN JEAN       )
TERRAZAS, President, JEAN     )
CAROL LANE, First             )
Vice-President,               )
        PLAINTIFFS,           )
                              )
VS.                           )   CIVIL ACTION NO.
                              )   SA-17-CV-1072-DAE
THE CITY OF SAN ANTONIO,      )
        DEFENDANT.            )
```

REPORTER'S CERTIFICATE/FILING CERTIFICATE
ORAL DEPOSITION OF LORI HOUSTON
August 24, 2018

I, SHARON L. MCDONALD, Certified Shorthand Reporter
in and for the State of Texas, do hereby certify that the
facts stated by me in the caption hereto are true; that
the foregoing deposition transcript of LORI HOUSTON, the
witness, herein before named, was at the time mentioned
taken by me in stenograph, the said witness having been
by me first duly cautioned and sworn upon her oath to
tell the truth, the whole truth and nothing but the
truth, and later transcribed from stenograph under my
supervision.

I further certify that I am neither attorney or