# EXHIBIT J
# SHANNON MILLER DEPOSITION

Page 1:

```
                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
                        SAN ANTONIO DIVISION

ALBERT SIDNEY JOHNSTON    )
Chapter No. 2060, United  )
Daughters of the          )
Confederacy, ROBIN        )
TERRAZAS, President, JEAN )
CAROL LANE, First         )
Vice-President,           )
       PLAINTIFFS,        )
                          )  CIVIL ACTION NO.
VS.                       )  SA-17-CV-1072-DAE
                          )
THE CITY OF SAN ANTONIO,  )
       DEFENDANT.         )
```

                    ORAL DEPOSITION OF

                      SHANNON MILLER

                   SEPTEMBER 10, 2018

-----------------------------------------

    ORAL DEPOSITION of SHANNON MILLER, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 10th day of September, 2018, from 3:00 p.m. to 3:50 p.m., before Sharon L. McDonald, CSR, in and for the State of Texas, reported by machine shorthand, at the offices of the City Attorney, 100 W. Houston, 18th Floor, San Antonio, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

HILL COUNTRY COURT REPORTERS
(210) 691-1633

---

Page 2:

                    A P P E A R A N C E S

FOR THE PLAINTIFF(S):

    MR. THOMAS J. CRANE
    LAW OFFICE OF THOMAS J. CRANE
    110 Broadway, Suite 220
    San Antonio, Texas 78205
    (210) 738-1110
    tjcrlloffice3649@sbcglobal.net

FOR THE DEFENDANT(S):

    MR. SHAWN FITZPATRICK
    FITZPATRICK & KOSANOVICH, P.C.
    P.O. Box 831121
    San Antonio, Texas 78283
    (210) 207-7259
    skf@fitzkoslaw.com

ALSO PRESENT:

    Robin Terrazas
    Jean Lane
    Shannon Miller, the Witness
    Sharon L. McDonald, CSR

HILL COUNTRY COURT REPORTERS
(210) 691-1633

---

Page 3:

                          INDEX

Appearances .................................. 2

SHANNON MILLER
  Examination by Mr. Crane ................... 4
  Changes and Signature Page ................ 42
  Court Reporter's Certificate .............. 43

                     EXHIBITS INDEX
NO.   DESCRIPTION                           PAGE
 1    Travis Park Brochure                    13
      (ASJ00297 - ASJ00298)
 2    An Ordinance 2017-08-31-0598            17
      (COSA000735 - COSA000751)
 3    Memo, Shannon Miller to Lori            30
      Houston, 09/06/2017
      (COSA002400 - COSA002401)

HILL COUNTRY COURT REPORTERS
(210) 691-1633

---

Page 4:

                                                      4

1    SHANNON MILLER,
2    having been first duly sworn, testified as follows:
3                       EXAMINATION
4    BY MR. CRANE:
5        Q.  Ms. Miller, would you state your name, please.
6        A.  Sure.  Shannon Miller.
7        Q.  And how are you employed?
8        A.  I'm the director of the Office of Historic
9    Preservation of the City of San Antonio.
10       Q.  How long have you been doing that?
11       A.  Almost ten years.
12       Q.  What kind of job duties do you have as director?
13       A.  Well, I oversee a staff of 18 currently.  And we
14   do things like staff the Historic and Design Review
15   Commission, so design review.  We play a role in
16   permitting, archeology, survey designation of historic
17   properties, education and outreach kind of activities.
18       Q.  Sure.  And of those 18 employees, do you
19   supervise them directly?
20       A.  No.  They're -- there's a structure within.  I
21   mean, some report to me directly, but not all.
22       Q.  How many do you supervise directly?
23       A.  Four.
24       Q.  Does that include Kay Hindes?
25       A.  Yes.

HILL COUNTRY COURT REPORTERS
(210) 691-1633

## Page 9

1 And I guess like the name suggests, they deal
2 with military affairs?
3   A   Yes.
4   Q   And do you remember what was discussed at the
5 meeting -- well, was it one or two meetings after the
6 CCR?
7   A   I -- I remember one for sure. I don't remember
8 there being a second.
9   Q   And what was discussed at the meeting that you
10 do recall?
11   A   Well, it was just like options for -- you know,
12 if it were to be relocated, who might be involved in
13 having a conversation about where the monument would be
14 located to. And then, you know, just what the options
15 would be, like what would have to happen in Travis Park
16 and, you know, what kind of the next steps would be if
17 something like that were to occur.
18   Q   Do you remember who led the meeting?
19   A   No. I mean, my memory was that it was largely
20 the council members because they -- the two that authored
21 the CCR.
22   Q   You think they were leading the meeting, more or
23 less?
24   A   Yes.
25   Q   And the meetings before the CCR, do you remember

## Page 10

1 what was discussed then? Was it something similar?
2   A   Before the CCR, it was options that were not
3 necessarily removal. Like the subject of Trevino's --
4 Councilman Trevino's suggestions of maybe putting the
5 monument in larger context by adding interpretive
6 elements or something along those lines.
7   Q   Was that ever rejected, adding interpretative
8 elements? Leaving the memorial in place and adding
9 interpretative elements, did anybody make a conscious
10 decision to, let's not do that?
11   A   Not that I was party to.
12   Q   At either of these meetings, did people ever ask
13 you for your input?
14   A   Input on process and like kind of how -- what
15 would happen if. You know, if the monument was removed,
16 for example, then what would be the review process for
17 whatever replaced it or that sort of thing.
18   Q   What did you tell them?
19   A   Well, you know, typically work in parks would go
20 to HDRC for review, the Historic and Design Review
21 Commission.
22   Q   What would be the purpose of doing HDRC review?
23   A   So they provide -- they're an advisory body, so
24 they would provide a recommendation back to staff on what
25 might be appropriate.

## Page 11

1 (Ms. Terrazas enters the room.)
2   Q   (BY MR. CRANE) So HDRC provides approval process
3 for parks, but can't -- what approval do they provide
4 that other agencies do not?
5   A   I'm not sure I understand the question.
6   Q   Were they there for history? It says history.
7 Are they there to provide some kind of input regarding
8 history?
9   A   Yes and no. I mean, yes, that is one of the
10 functions. There are -- there are multiple functions and
11 it is called the Historic and Design Review Commission.
12 So sometimes it is things that are designated historic.
13 Sometimes it is for other reasons because they're in some
14 other type of overlay or condition that requires their
15 review.
16   Q   So now we're in the context of Travis Park.
17 Were they providing history or design or both?
18   A   Design review because it's a City-owned property
19 and -- I mean, it is -- it is now within the boundaries
20 of the Downtown National Register District, but it was
21 not at the time.
22   Q   At the time of 2017?
23   A   Correct.
24   Q   At any of these meetings, did anybody ever say,
25 Wait a minute. We don't know for sure the City owns the

## Page 12

1 memorial?
2   A   No.
3   Q   Anybody ever ask you, Shannon Miller, as
4 director of Office of Historic Preservation about the
5 history of the memorial?
6   A   About history?
7   Q   Yes, ma'am.
8   A   Yes.
9   Q   And what did you tell them?
10   A   Well, we -- we provided just basic history about
11 the monument as we knew it based on, like, what we had in
12 our files and, you know, kind of old newspaper clippings
13 and those sorts of things. We compiled a basic history
14 of the -- of the overall site.
15   Q   Who compiled it?
16   A   Different people in the office had worked on it
17 because we had a history that was already developed
18 several years ago as part of a larger walking tour for
19 Travis Park. So there was a -- you know, several people
20 kind of in a similar position in the office have worked
21 on it over different -- at different points.
22   Q   When you say "the office," you mean the Office
23 of Historic Preservation?
24   A   Correct.
25   Q   Other than yourself, who would have been working

**Page 13**

on the history?

A  Well, Elizabeth Porterfield worked on it several years ago. Claudia Guerra. Cory Edwards worked on it. There may have -- there may be others that I'm just not remembering.

Q  So I guess your role at these meetings was, kind of, explain the HDRC process and provide history about the memorial?

A  Yeah. I mean, I'm not a historian myself so, you know, we provided research and we do have history files, but it is -- personally, I'm not the historian.

Q  When you provide history, was it like in the form of -- well, you mentioned newspaper articles. Was there anything else -- or let me rephrase that.

Did you bring papers to the meetings to explain the history?

A  No, not that I recall to the meetings. We just -- we produced, at some point, a kind of one-pager, like basic overview history of Travis Park and when the monument was erected and what we knew about it based on the documents that we've been able to find.

Q  Okay.

(Exhibit 1 marked.)

Q  (BY MR. CRANE) I'm showing you what's marked Miller Exhibit 1. So is this the history tour?

**Page 14**

A  Yes. This is -- this was the first, kind of, version, and I don't -- I don't see a date on it and I don't remember for sure when it was produced, but it was around the same time that the -- that Travis Park -- like the improvements to Travis Park were done. And so one of the ways that the Office of Historic Preservation participated was to produce this walking tour of the area.

Q  And at the time it was produced, to your knowledge, was this as accurate as you guys could make it?

A  Yes.

Q  I know you're not a historian, but I'm going to ask you in case you know. Under this column called Travis Park, the paragraph at the very bottom refers to, The development of Travis Park into a formal urban square was a result of the City Beautiful Movement.

A  Uh-huh.

Q  Do you know what that was, the City Beautiful Movement?

A  Yeah, it was -- it was just kind of a movement in architecture and City planning to try to create, sort of, traditional -- traditionally-designed public squares for a gathering and things like that, but not just squares. Sometimes it related to buildings like grand

**Page 15**

public architecture and things like that.

Q  Was that kind of like a change from moving from a frontier environment where just kind of anything goes to have things a little more organized and deliberately made to look attractive?

A  I think you could say that, yes.

Q  In the upper far right column at the very top. It talks about, The park had served as a camp for Confederate soldiers, and reportedly a hospital for wounded soldiers was located on the site.

Do you have any personal knowledge yourself of it serving as a camp for confederate soldiers?

A  I don't.

Q  Or as a hospital for wounded soldiers?

A  No.

Q  That was something somebody in your office produced?

A  Correct.

Q  And you mentioned this was produced about the time they did those changes to Travis Park. If I say 2013, does that sound familiar? Do you think it was in 2013 when they made those changes to Travis Park?

A  That seems like it could be -- yeah, that seems reasonable.

Q  Are you aware of any repairs to the Confederate

**Page 16**

memorial prior to 2013 or after 2013?

A  No.

Q  And you mentioned a minute ago that you provided history at these meetings about the memorial, but I didn't really understand if you're saying -- did you provide the history at the meetings or was it like after the meeting via email?

A  I believe it was after the meeting via email.

Q  And was that to people who were at the meeting or just anybody who asked?

A  People who were at the meeting.

Q  Did anyone ask you to research the history of the Confederate memorial?

A  Yes. We were asked to put together -- really initially asked to compile what we had on the -- on the monument, and so then, you know, obviously we used this as the starting point.

Q  You're pointing to the historic walking tour. That was your starting point?

A  Correct.

Q  And do you remember who you were asked to do that? Let me rephrase that. Who asked you to do that?

A  No, I don't remember specifically.

Q  At these meetings, did you ever mention the possibility there might be a time capsule inside the

21

1  Q  Would you turn to the page in the lower
2  right-hand corner, it will say COSA 00144, and that's
3  kind of halfway through. And at the top it says,
4  Legislation details with text.
5  A  Uh-huh.
6  Q  Type, staff briefing, with ordinance. Do you
7  have an understanding what that means, staff briefing,
8  with ordinance?
9  A  Yes.
10  Q  What does that mean to you as a almost ten-year
11  City employee?
12  A  That there would be a briefing provided to city
13  council, and then an ordinance that they would take
14  action on.
15  Q  So this -- this indicates there's a briefing to
16  go with it; is that right?
17  A  Yes.
18  Q  Were you involved at all in providing this
19  legislation details with text?
20  A  No.
21  Q  Do you know who -- who would usually prepare
22  this, the person doing the briefing?
23  A  No, not necessarily. You know, most departments
24  have a -- somebody who enters these things into the
25  system.

22

1  Q  Were you involved at all in providing these
2  three pages?
3  A  No, not directly.
4  Q  Did you have an indirect involvement?
5  A  Well, I just -- I mean, I see that there's some
6  history here, so the history could have been pulled from
7  previous history that we had compiled, but I wasn't
8  directly involved in this preparation.
9  Q  No one came to you and said, We're going to
10  include some history. Can you give us something to put
11  in the legislation details with text?
12  A  No.
13  Q  So if they pulled something, it was not really
14  telling you about it. They might have been pulling from
15  something you had given earlier, but you have no
16  knowledge of where the history came from?
17  A  No.
18  Q  It's on the agenda for August 31st of 2017, and
19  it has a lot of detail. This is apparently the staff
20  telling the city council the background of this
21  ordinance. I've read through it a couple of times. I
22  didn't find any references to time capsule. So I guess
23  I'm asking you: As of this date, August 31st, do you
24  know if you, Shannon Miller, was aware of the existence
25  of the time capsule at this point?

23

1  A  I honestly don't know. I mean, like, I don't
2  remember when I became aware specifically.
3  Q  I think Lori Houston testified that you might
4  have mentioned the time capsule before the memorial came
5  down. Is it possible that you did?
6  A  It's possible. I just honestly don't remember.
7  Q  Sure. Well, you may not. And if you look on
8  the second page of this legislation details with text, at
9  the bottom it has a heading called Issue and the second
10  to the last sentence it says, Staff is recommending
11  removal of the Confederate monument and the two cannons.
12  When it says staff, as far as you know, you
13  weren't included -- were you, yourself, making a
14  recommendation that it be removed?
15  A  No.
16  Q  So when they say staff here, you don't know if
17  that -- you don't know if that referred to you or not?
18  A  Correct.
19  Q  No one ever asked you for your recommendation?
20  Shaking your head "no"?
21  A  "No."
22  Q  Could you turn to the page that has 147 in the
23  lower right-hand corner. This is titled, Agenda
24  Memorandum. And I'm just a citizen. I don't really know
25  how City works. Can you explain how the agenda

24

1  memorandum is different from legislation details with
2  text? They look pretty similar to me.
3  A  I believe it's the same information. It's just
4  a different format.
5  Q  The agenda memorandum, that would be for a city
6  council agenda?
7  A  Correct.
8  Q  It's not for a staff meeting, to your knowledge?
9  A  No. Because it says, City council A session,
10  which is city council meeting.
11  Q  Okay. Thanks. I just didn't know.
12  And this also talks about -- both of these
13  talk -- the agenda memorandum and the legislation details
14  with text, they both talk about the changes or
15  improvements made in 2013. To your knowledge, did the
16  improvements to Travis Park in 2013 make any change to
17  the Confederate memorial?
18  A  Not that I recall.
19  Q  Can you turn to the last page?
20  A  Uh-huh.
21  Q  The last page is interesting. It does include
22  some history, but I guess you weren't involved in this,
23  producing this copy of the last page?
24  A  Correct.
25  Q  And if you look in the middle it says, Petition

**Page 25**

1  of the Daughters of Confederacy for permission to erect a
2  monument in Travis Park. Did I read that correctly?
3    A    Yes.
4    Q    Have you seen this phrase or this paragraph
5  before?
6    A    No. I have not seen this particular document
7  that I recall. If I've seen it, I didn't, like, read it
8  closely.
9    Q    Sure. And if you read further it says:
10         Be it ordained by the city council of
11 the City of San Antonio that permission is hereby
12 granted to the Daughters of Confederacy to use the
13 amount of land petitioned for in the center of said
14 Travis Park, and that the city engineer hereby
15 ordered to survey and define said plat of land at
16 once. The ordinance was adopted unanimously.
17         Did I read that accurately?
18   A    Yes, it looks like it.
19   Q    Prior to today, have you seen this paragraph
20 before?
21   A    Not that I recall.
22   Q    I'm showing you another exhibit. This one has
23 been used before, so it's marked Jacks Number 1. I
24 believe this is the council consideration request that
25 you referred to; is that correct?

**Page 26**

1    A    Correct.
2    Q    And you think -- well, let me rephrase that.
3          So I guess were you aware of this one?
4  It's dated July 25th. Do you think you saw it on or
5  about July 25th?
6    A    Probably around that time. I don't -- sometime
7  shortly after that.
8    Q    Was it sent to you in a formal way and you were
9  asked to review it or to look at it?
10   A    I don't recall. But often the city clerk's
11 office sends them out once they receive them.
12   Q    And it says on the first page, there's a heading
13 called, Brief Background. And it says, Symbols of the
14 Confederacy and the veneration of Confederate leaders in
15 public places have historically been used.
16         This language is interesting. Did you have
17 anything to do with -- did you provide any input for this
18 CCR?
19   A    I did not.
20   Q    Did you ever provide any historical background
21 to council members suggesting that symbols of the
22 Confederacy and veneration of Confederate leaders have
23 been used in public places?
24   A    No.
25   Q    Did Councilman or Council Member Trevino ever

**Page 27**

1  talked you about veneration of Confederate leaders in
2  public places?
3    A    I don't recall that specifically.
4    Q    Were you asked to do anything in response to
5  this CCR?
6    A    No, not directly. I mentioned already that
7  there was a meeting following the CCR to discuss
8  potential next steps, but aside from that, no.
9    Q    At the meeting that came after the CCR, was
10 there any talk of providing interpretative context and
11 leaving the memorial in place?
12   A    I don't believe so. Not that I recall.
13   Q    Do you recall anyone suggesting that maybe the
14 Daughters of the Confederacy should be contacted?
15   A    I don't remember.
16   Q    Do you remember anyone suggesting that the
17 Daughters of the Confederacy might have some ownership
18 claim to the memorial?
19   A    No, I don't.
20   Q    Did anyone ever mention the Daughters of the
21 Confederacy at the meeting after the CCR?
22   A    I don't remember specifically. It's possible.
23   Q    I'm showing you another exhibit. It's marked
24 Salvador Number 1 because we have used that already. And
25 I just want to ask you about some things in here.

**Page 28**

1          You may not have seen this before. It's a
2  series of emails between -- well, do you know Jacquelyn
3  Salvador in Municipal Archives?
4    A    I don't believe I do.
5    Q    She works for Municipal Archives and she
6  contacted Robin Terrazas -- and Robin Terrazas is sitting
7  to my left -- and they talked about the Daughters of the
8  Confederacy, and I wanted to ask you about a couple of
9  things that Jacquelyn said.
10         If you look in the lower right-hand corner,
11 there's a series of numbers. The third page is marked
12 0044.
13   A    Uh-huh.
14   Q    At the top, it says:
15         Robin, sorry I was not available when
16 you called. Out of the office. Thank you so much.
17 Our office is trying to gather as much information on
18 this property and the monument in place not only for
19 preservation purposes, but also as a learning tool
20 for our City to make the right decision.
21         Ms. Salvador wasn't real clear on what she
22 meant by this. I want to ask you. Were you involved --
23 to your knowledge, were you or someone else, involved
24 with talking to Jacquelyn Salvador about researching the
25 history of the Confederate memorial?

## 2. St. Mark's Episcopal Church



St. Mark's Episcopal Church, at the northern edge of Travis Park, has served San Antonio since its congregation was established in 1858. The cornerstone of the church building was laid in 1859, but the outbreak of the Civil War and the following years of Reconstruction delayed completion of the church until 1875. St. Mark's Church was designed by Richard Upjohn, one of the nation's leading church architects working in the Gothic Revival style of the 19th century. Gothic Revival style elements include the buttresses and window tracery.

Originally, wooden louvered openings were located below the stained-glass windows on both sides of the nave, allowing for cross ventilation. A cannon found on the grounds of the Maverick homestead was donated to create the original church bell. Elaborate wooden trusses, octagonal wooden columns, and stained glass windows adorn the church's interior.

Parish Hall and Education Building additions on the east side of the church were completed in 1926-27. In 1949, the church was enlarged by San Antonio architect Henry J. Steinbomer. The original side entrance was enclosed with a stained glass window, and a Gothic Revival style tower entrance was constructed.

Early congregation members included Robert E. Lee and Lt. John B. Hood. Samuel and Mary A. Maverick were also founding members and donated the first stained glass church window. Future President Lyndon B. Johnson and Lady Bird Taylor were married at St. Mark's in 1934.

Completion of a recent extensive restoration returned the church's interior more closely to Upjohn's original design. Today, St. Mark's Episcopal Church continues to thrive as an active urban parish in the heart of historic San Antonio.

## 3. St. Anthony Hotel



The elegant St. Anthony Hotel at the southern edge of Travis Park was constructed in 1909 for Texas cattlemen B.L. Naylor, A.H. Jones, and F.M. Swearingen. An adjacent addition to the hotel, connected through the first floor lobby, was constructed shortly thereafter in 1910 and featured a rooftop terrace. Both hotel "towers" were originally designed by architect J. Flood Walker with Mission Revival style parapets gracing the rooflines.

An extensive renovation undertaken in 1935 transformed the St. Anthony into a luxury hotel. Two additional stories were added giving the roofline its current appearance, the Travis Street façade was unified, an elaborate lobby known as Peacock Alley was designed, and the interior spaces were lavishly upgraded. A writer dubbed the renovated hotel as "the Waldorf on the Prairie." A 1941 addition at the eastern edge of the building expanded the hotel across the entire city block and included a parking garage with drive-up reception desk, additional guest rooms, and a new ballroom.

The St. Anthony Hotel was reportedly the first fully air-conditioned hotel in the world and one of the first hotels to offer a drive-up garage registration desk. Many significant guests have visited the St. Anthony Hotel including Eleanor Roosevelt, Douglas MacArthur, Dwight D. Eisenhower, and Will Rogers.

The historic St. Anthony Hotel was restored in 1983 and continues to provide luxurious accommodations for overnight guests, weddings, and events.

## 4. Travis Park Methodist Church



The congregation of today's Travis Park United Methodist Church was first established by missionary Rev. John Wesley DeVilbiss in 1846. Methodist missionaries were sent to Texas reportedly in response to an 1835 letter from Col. William B. Travis to a Methodist publication asking for the presence of the Methodist faith in San Antonio. Travis was killed at the Battle of the Alamo in 1836, but Methodist missionaries, including the Rev. DeVilbiss, came to Texas shortly thereafter. He established the first Methodist church in San Antonio on Soledad Street in 1852.

The cornerstone of Travis Park United Methodist Church was laid in February 1883, with completion of the church in 1886. A large addition to the south side of the church was constructed in 1901-02 and included a small spire atop the existing tower. A larger spire added later remains in place today. The church reflects elements of the Romanesque Revival style with large rounded-arch windows, heavy limestone walls, and round tower.

An adjacent office building south of the church, known as Harmony Hall, was purchased in 1910. An extensive 1948 renovation of Harmony Hall, by architect Henry Steinbomer, produced the mid-century modern façade and monumental stained glass cross of the church's Youth Building. The 4,700-piece stained glass installation was donated by Mr. and Mrs. Porter Loring of Porter Loring Mortuaries. It was designed by the Jacoby Stained Glass Studio of St. Louis, Missouri, with stained glass pieces from many different countries.

In 1955, a fire destroyed the church floor, organ, and many of the pews, but the interior was reconstructed and remodeled in 1958. Travis Park United Methodist Church remains an active congregation in downtown San Antonio.