# EXHIBIT K
# JACQUELYN SALVADOR DEPOSITION

# Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ALBERT SIDNEY JOHNSTON )
Chapter No. 2060, United )
Daughters of the )
Confederacy, ROBIN )
TERRAZAS, President, JEAN )
CAROL LANE, First )
Vice-President )
PLAINTIFFS, )
)
VS. ) CIVIL ACTION NO.
) SA-17-CV-1072-DAE
THE CITY OF SAN ANTONIO, )
DEFENDANT. )

*************************************************

ORAL DEPOSITION OF
JACQUELYN C. SALVADOR
JULY 25, 2018

*************************************************

ORAL DEPOSITION of JACQUELYN C. SALVADOR, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 25th day of July, 2018, from 2:31 p.m. to 3:21 p.m., before Sharon L. McDonald, CSR, in and for the State of Texas, reported by machine shorthand, at the offices of City of San Antonio, 100 W. Houston, 19th Floor, San Antonio, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

HILL COUNTRY COURT REPORTERS
(210)691-1633

# Page 2

## APPEARANCES

FOR THE PLAINTIFF(S):

MR. THOMAS J. CRANE
LAW OFFICE OF THOMAS J. CRANE
110 Broadway, Suite 420
San Antonio, Texas 78205
(210)736-1110
tjcoffice3649@sbcglobal.net

FOR THE DEFENDANT(S):

MR. SHAWN FITZPATRICK
FITZPATRICK & KOSANOVICH, P.C.
P.O. Box 831121
San Antonio, Texas 78283
(210)207-7259
skf@fitzkoslaw.com

ALSO PRESENT:

Robin Terrazas
Jean Lane
Jacquelyn C. Sandoval, the Witness
Sharon L. McDonald, CSR

HILL COUNTRY COURT REPORTERS
(210)691-1633

# Page 3

INDEX

Appearances.................................. 2

JACQUELYN C. SALVADOR
    Examination by Mr. Crane................ 4

Changes and Signature Page.................. 35
Court Reporter's Certificate................ 36

EXHIBITS INDEX

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Email Communications (ASJ000042 - ASJ000048) | 7 |
| Exhibit 2 | March 27, 1899, Typed Minutes, City Council (ASJ000020) | 16 |
| Exhibit 3 | March 27, 1899, Handwritten Minutes, City Council with plat (COSA000059 - COSA000060, COSA000035) | 17 |
| Exhibit 4 | Handwritten Ordinance March 27, 1899 (ASJ00099 - ASJ00100) | 23 |
| Exhibit 5 | Newspaper Article, (COSA000076) | 26 |
| Exhibit 6 | Handwritten Minutes, 03/27/1899 (COSA000028) | 27 |
| Exhibit 7 | San Antonio Daily Express, June 4, 1899 (ASJ00275 - ASJ00276) | 29 |
| Exhibit 8 | Cultural Resource Survey (COSA000100 - COSA000101) | 31 |
| Exhibit 9 | Monument History (COSA000589 - COSA000592) | 31 |

HILL COUNTRY COURT REPORTERS
(210)691-1633

# Page 4

JACQUELYN C. SALVADOR,
having been first duly sworn, testified as follows:

## EXAMINATION

BY MR. CRANE:

Q   Ms. Salvador, as I mentioned, I'm Tom Crane. I represent the Daughters of the Confederacy, the Albert Sidney Johnston Chapter.

        Would you state your name for the record, please?

A   Jacquelyn C. Salvador.

Q   How are you employed, Ms. Salvador?

A   I'm with the office of the city clerk, the archives and records -- municipal archives and records division, librarian assistant.

Q   So are you with archives or with the library or both?

A   No. With archives.

Q   Okay. Does that have something to do with the San Antonio Public Library?

A   No, they're separate.

Q   They're separate.

A   They're separate.

Q   So you mentioned library. Is that part of your job title?

A   Yes. It is part of my job title.

HILL COUNTRY COURT REPORTERS
(210)691-1633

Page 21

1  Q  And if you look below that, can you see the
2  words, "Sidewalks have already been laid," maybe?
3  A  Yes.
4  Q  Do you have any recollection as to what this
5  represents?
6  A  It looks like a plat survey of Travis Park.
7  Q  And the center might be where the Travis Park
8  memorial used to be?
9  A  I would say yes.
10 Q  And if you look at the third page, it's really
11 the same handwritten minute entry, but it seemed to have
12 a better capture of the numbers at the top, so I included
13 it.
14     So just to make sure that I'm straight, the
15 handwritten portion, the first page, you remember seeing
16 that in the minute entries; is that correct?
17 A  Yes.
18 Q  So if I could ask you to look at Exhibit
19 Number 2 again. That's this one here. That's the typed
20 version. I know I asked you this, but I can't remember
21 your answer. Do you remember seeing this from -- do you
22 remember receiving this from Robin Terrazas?
23 A  Yes.
24 Q  What did you understand this to be when you
25 received it from Ms. Terrazas?

Page 22

1  A  A certified copy of a portion of the minutes.
2  Q  Do you know who Marshall -- well, it says
3  Marshall Hicks, mayor, at the bottom. Were you aware of
4  a mayor named Marshall Hicks?
5  A  No.
6  Q  And at the top it says, Regular meeting of the
7  city council, the City of San Antonio, Monday, March 27,
8  1899. Does this suggest to you that this is a record
9  from a meeting of the city council on Monday, March 27,
10 1899?
11 A  Yes.
12 Q  Does this indicate to you that the City passed
13 an ordinance agreeing to the request of the Daughters of
14 the Confederacy?
15     MR. FITZPATRICK: Objection, legal
16 conclusion.
17 Q  (BY MR. CRANE) You can answer.
18 A  Yes.
19 Q  As a person trained in municipal archives and
20 how to take care of them, are you familiar with certified
21 copies?
22 A  Vaguely, yes.
23 Q  This format at the bottom where they certified,
24 have you seen that format before?
25 A  Yes.

Page 23

1  Q  And can you make out the date at the bottom of
2  the certification?
3  A  December 10th of -- I'm not too sure of the
4  first two numbers, but '53.
5  Q  Do you think that was 1953?
6  A  I believe so.
7  Q  I mean, as a person familiar with municipal
8  archives, you probably know this already, but there
9  wasn't typewriting in 1853, or was there?
10 A  I cannot tell you yes or no to that. I'm not
11 too sure.
12     (Exhibit 4 marked.)
13 Q  (BY MR. CRANE) I'm showing you what's marked
14 Exhibit Number 4, and ask you if you remember seeing this
15 before.
16 A  Yes.
17 Q  Do you remember when you saw that?
18 A  Yes.
19 Q  Is this something Ms. Terrazas sent you?
20 A  No.
21 Q  When did you see this before?
22 A  Around the beginning of my research.
23 Q  And it has this letterhead. It looks like it's
24 from -- well, it says Bryan Callaghan, Mayor. Does that
25 suggest to you this was probably letterhead used when

Page 24

1  Bryan Callaghan was mayor?
2  A  I would say yes.
3  Q  Can you look at the bottom, please, and it
4  says -- there's a signature, and then in the lower
5  left-hand corner it looks like it says, Approved March
6  27, 1899. Did I read that accurately?
7  A  I'm sorry. Did you say March 27, 1899?
8  Q  Yes, ma'am. That's my best guess.
9  A  Yeah.
10 Q  And then below it, can you read that writing?
11 A  Marshall Hicks, Mayor.
12 Q  Again, I defer to you because I know you've
13 probably read these old things a lot more than I have.
14 Can you read what this says into the record?
15 A  (Reading):
16     Be it ordained by the city council of
17 the City of San Antonio.
18 Q  If you come --
19 A  I'm sorry.
20 Q  If you come to a word you don't understand, you
21 can just say, There's a word I don't --
22 A  (Reading):
23     Whereas, the Daughters of the
24 Confederacy have petitioned your honor body for two
25 blocks of land -- don't know -- to their cemetery. I

HILL COUNTRY COURT REPORTERS
(210) 691-1633

Page 5

1  Q   Could you say your job title one more time?
2  A   Librarian assistant.
3  Q   But you work in municipal archives?
4  A   Yes.
5  Q   So you're responsible for the City's archives?
6  A   Not responsible, but help.
7  Q   Well, you work with them.
8  A   Yes, I do.
9  Q   What do your job duties include?
10 A   Digitizing, scanning, making records readily
11 available in our digital collection for the public and,
12 of course, internal City of San Antonio to have the
13 records readily available.
14 Q   Is that a large department?
15 A   We're a department of three.
16 Q   Three?
17 A   Division of three.
18 Q   What's the division called?
19 A   Municipal archives and records.
20 Q   And there are three employees there?
21 A   Yes.
22 Q   So you guys would be experts in, I guess,
23 archives and how to take care of them?
24         MR. FITZPATRICK: Objection. Calls for a
25 legal conclusion.

HILL COUNTRY COURT REPORTERS
(210) 691-1633

Page 6

1  Q   (BY MR. CRANE) Is that your job to take care of
2  archives?
3  A   Yes.
4  Q   Do you receive training on how to do that?
5  A   We do.
6  Q   What kind of training have you received in how
7  to take care of archives?
8  A   We take records management training when it
9  comes to records retention. When it comes to archives,
10 whatever webinars or seminars are available through the
11 Texas State Library and Archives Commission.
12 Q   How long have you been working in municipal
13 archives?
14 A   Ten years.
15 Q   Have you ever been deposed before like you're
16 doing here today?
17 A   No.
18 Q   Do you understand that if you don't answer a
19 question -- if you don't understand a question, you
20 shouldn't answer it?
21 A   Yes.
22 Q   Has anybody discussed with you what you should
23 say today other than -- well, let me rephrase that.
24        Have you discussed your testimony with
25 anyone today other than with Mr. Fitzpatrick or someone

HILL COUNTRY COURT REPORTERS
(210) 691-1633

Page 7

1  from the city attorney's office?
2  A   No.
3  Q   Has anybody suggested to you what you should say
4  today?
5  A   No.
6  Q   Have you ever met Robin Terrazas face to face?
7  A   No.
8  Q   But you did exchange a few emails apparently.
9  A   Yes.
10 Q   Is that right?
11 A   Yes, sir.
12       (Exhibit 1 marked.)
13 Q   (BY MR. CRANE) I'm showing you what's marked
14 Exhibit 1, which I think is some or maybe all of those
15 emails between you and Robin Terrazas. I just ask you to
16 look at that for a minute.
17 A   (Reviews document.)
18 Q   I think if you go to the third page, there's an
19 email dated at the very bottom of the Page 08/30 of 2017
20 from you to Cathy Sadler. The third page. It's got 0044
21 in the lower right-hand corner.
22 A   Uh-huh.
23 Q   It says it's from you to Sadler, Scannell and
24 Robintmusic. It says, Good morning. That looks like
25 that's maybe your first email --

HILL COUNTRY COURT REPORTERS
(210) 691-1633

Page 8

1  A   Yes.
2  Q   -- to Robin Terrazas? Yes?
3  A   Yes, sir.
4  Q   Do you remember how you got the name of Robin
5  Terrazas?
6  A   Through a google search.
7  Q   How did you get her email address?
8  A   I google searched for the Barnard E. Bee
9  Chapter.
10 Q   Looking at this today, do you know if this was
11 your first email to someone with the local chapter of the
12 Daughters of the Confederacy?
13 A   Yes.
14 Q   And you see the email is dated August 3rd. Do
15 you think it was about that time when you made contact
16 with someone from the local chapter of the Daughters of
17 the Confederacy?
18 A   That would be.
19 Q   And why did you want to make contact with the
20 Daughters of the Confederacy?
21 A   I was requested to do research and find
22 information pertaining to Travis Park and the monument.
23 Q   What were you asked to research specifically?
24 Just in general or something specific?
25 A   I was asked to do research within the minutes,

HILL COUNTRY COURT REPORTERS
(210) 691-1633

**Page 9**

ordinances, resolutions, and any other documentation that would refer to Travis Park or the monument.

Q And who asked you to do that?
A My supervisor.
Q Which is who?
A Melinda Uriegas.
Q Could you spell Uriegas for the court reporter and for myself?
A U-R-I-E-G-A-S.
Q Do you know who asked her to do the research?
A No, I do not.
Q When you gathered this research, what would you do with it?
A We are -- we were creating a subject matter folder for future references and research.
Q Do you know who it was for?
A For no one. It was just part of our archive collection.
Q So when you gathered this research, what would you do with it, just put it in a folder?
A We put it in a folder and we place it in the filing cabinet for research.
Q Where is the filing cabinet?
A In the municipal archives and records facility.
Q So it's within where you normally work?

**Page 10**

A Yes, sir.
Q Would you look at the first page of this exhibit. It's got a number 0042 in the lower right-hand corner.
A Uh-huh.
Q And so this email is dated August 5th. So, I mean, you can refresh your memory if you'd like, but apparently you and Robin have exchanged a few emails. So if it's dated August 5th, do you think you received it probably on August 5th?
A I believe I would have, yes, on that date.
Q And other than receiving the email, would you do anything with the -- well, let me rephrase that.
If you read through the email, she's talking about sending you an attachment that includes some things, for example, the chapter members of the Barnard Bee Chapter, list of charter members, some minutes. You would put those in the file that you were collecting? Is that what you would do?
A Yes.
Q And then at the bottom it says, As an aside, I think it's important to point out that the property once served as a Confederate hospital. Do you see that sentence?
A Yes, sir.

**Page 11**

Q When Ms. Terrazas sent you that, was there anything among her papers that explained this Confederate hospital background?
A I do not recall.
Q And then she mentions it was documented in a Standing Structures Survey completed for the VIA Metropolitan Transit. Do you have any familiarity with the Standing Structures Survey done by VIA in 2015?
A No, I do not.
Q Do you understand whether or not this is true that there was a Confederate hospital on Travis Park?
A No, I do not know.
Q Do you remember what Robin Terrazas sent you as information about the monument?
A Well, from what it says in the email, minutes at the Texas Convention from 1897, 1898, 1900, 1901, and 1972.
Q Do you remember anything else she sent you?
A I apologize. I'm going to have to read through this.
Q Take your time. There's no hurry.
A (Reviews document.) I apologize. I believe there is something, but I'm looking for the little icon symbol to show that something would have been sent with it.

**Page 12**

Q Yeah. I don't see any icons here for what was attached. I'm just asking what you remember. You're welcome to look through the emails and see what else there may be. I think the one thing you haven't mentioned is a petition for -- from the City for lands, something like that? I'm just asking what you recall. It's not a trick question. It's just asking what you remember.
A No. Without physically seeing any of the attachments, I would not remember. I apologize.
Q Would you look at the -- one, two, three, four -- the fifth page, it has a 0046 in the lower right-hand corner.
A Yes.
Q And if you look, there's an email from you to Robin, and it says:
> Our office is trying to gather as much information on this property and the monument in place not only for preservation purposes, but also a learning tool for our City to make the right decision.

Is this based -- when you're explaining why you want this, is this based on something Ms. Uriegas told you?
A No.

17

1  but it's something a little bit different?
2      A     This is actually part of the minutes and not --
3  not in our ordinance book, but it is in minutes.
4              (Exhibit 3 marked.)
5      Q     (BY MR. CRANE) I'm showing you what's marked
6  Exhibit Number 3. It has what we call Bates numbers in
7  the lower right-hand corner.
8      A     Uh-huh.
9      Q     I had to hand write those. For whatever reason,
10 the numbers would not print out. But these were produced
11 by the City to us. And can you read that handwriting?
12 It's hard to read, I know, handwriting from 100 years
13 ago. Can you read that handwriting?
14     A     Yes.
15     Q     Can you read into the record what it says?
16     A     Of course. (Reading):
17              Petition of the Daughters of the
18 Confederacy for permission to erect a monument in
19 Travis Park. In this connection, Alderman Rheine
20 introduced the following ordinance. Be it ordained
21 by the city council of the City of San Antonio that
22 permission be and is hereby granted to the Daughters
23 of the Confederacy to use the amount of land
24 petitioned for in the center of said Travis Park and
25 that the city engineer -- sorry that's blank --

18

1  hereby ordered to survey and define said plot of land
2  at once. The ordinance was adopted unanimously.
3      Q     Would you describe this as a minute or as an
4  ordinance?
5      A     This is a minute.
6      Q     Can you define what you mean by -- what a minute
7  entry is?
8      A     A minute entry takes note of everything that
9  happens within the council meeting. And the reason I say
10 it's a minute is because of the reference number that is
11 on there.
12     Q     What's the reference number?
13     A     Ordinance Book JM-491, which is journal minutes.
14     Q     So that refers -- so I mean, I really have
15 almost no understanding of minutes and ordinances as kept
16 by the City, so if my questions sound dumb it's because
17 I'm somewhat dumb about these kind of things. So is
18 this -- you see this as a minute entry, but it has a
19 reference to an ordinance book?
20     A     Yes.
21     Q     What does that indicate, that it has a reference
22 to an ordinance book?
23     A     Meaning an ordinance was passed.
24     Q     And if somebody wanted to go find it, they would
25 go look in ordinance book JM-491?

19

1      Q     Were you able to find that ordinance?
2      A     Not the ordinance.
3      Q     Do you remember looking for it?
4      A     Yes.
5      Q     And it even has a page number. Do you have any
6  recollection of why you were not able to find it?
7      A     I don't believe the wording was the same. I'm
8  sorry. I do not know.
9      Q     Is the ordinance book JM-491, does it still
10 exist?
11     A     Yes, it does.
12     Q     And when you look at Page 757, do you remember
13 what you would see?
14     A     Not off the top of my head. I don't remember.
15     Q     But if there was a copy of the ordinance itself,
16 presumably you would have found it, correct?
17     A     Yes.
18     Q     Because that was -- that was your research
19 project?
20     A     Yes.
21     Q     How long did you spend looking for information
22 about the Travis Park memorial?
23     A     Anywhere between two to three weeks.
24     Q     Do you remember when you first started doing

20

1  that?
2      A     Around the same time that I sent Ms. Robin the
3  email.
4      Q     Would you look at the second page of Exhibit
5  Number 3? Do you remember seeing this -- I'm not sure
6  what to call it. It looks like an outline of Travis
7  Park. Do you remember seeing this before?
8      A     It's hard to make out.
9      Q     If you look at the bottom third of the gray
10 part, it says -- you can see, more or less, Travis
11 Street.
12     A     Uh-huh.
13     Q     And then above it there's a big circle. Is it
14 possible this represents Travis Park?
15              MR. FITZPATRICK: Objection, calls for
16 speculation.
17     Q     (BY MR. CRANE) You can still answer.
18     A     Yes.
19     Q     Do you remember seeing this before?
20     A     There's one similar.
21     Q     You have a fuzzy memory, apparently, of this?
22     A     I believe this might be a shorter version.
23     Q     If you look in the very middle of the circle,
24 can you see the words "Travis Park"?
25     A     Yes.

REGULAR MEETING OF THE CITY
COUNCIL OF THE CITY OF SAN
ANTONIO, MONDAY, MARCH 27, 1899

PRESENT: Mayor Marshall Hicks
Aldermen Alexander, Barker, Davis, Lamm, Mahncke, Mumme, O'Connor, Piper, Rheiner, Richter, Surkey and Thiele

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Petition of the Daughters of the Confederacy for permission to erect a monument in Travis Park. In this connection Ald. Rheiner introduced the following ordinance.

Be it ordained by the City Council of the City of San Antonio that permission be and is hereby granted to the Daughters of the Confederacy to use the amount of land petitioned for in the center of said Travis Park and that the City Engineer be hereby ordered to survey and define said plat of land at once.

The ordinance was adopted unanimously.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On motion the Council adjourned.

APPROVED:

/s/ Marshall Hicks
Mayor

ATTEST:
/s/ W. W. Johnson
City Clerk

STATE OF TEXAS     }
COUNTY OF BEXAR    } SS.        CERT. FEES $_____
CITY OF SAN ANTONIO }

The undersigned, the City Clerk of the City of San Antonio, in the State and County aforesaid, does hereby certify [illegible] ... a true and correct copy of the [illegible] ...

Given under my hand and the seal of the City of San Antonio, this _____ 10 _____ day of December A. D. 19 53

(SEAL)                /s/ Eloise W. Starbuck
                      Asst. City Clerk