UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALBERT SIDNEY JOHNSTON CHAPTER 2050, United Daughters of the Confederacy, ET AL., | § § § § | No. 5:17–CV–1072–DAE |
| Plaintiffs, | § § | |
| vs. | § § | |
| RON NIRENBERG, in His Official Capacity as the Mayor of the City of San Antonio, ET AL., | § § § § § | |
| Defendants. | § | |

ORDER APPOINTING PAM ROSSER AS A SPECIAL MASTER

On August 28, 2018, this Court agreed to appoint a Special Master in this case and ordered the parties to file a joint advisory indicating, if one could be agreed upon, the name of the person(s) who should serve as the independent Special Master, along with his or her contact information and credentials. (Dkt. # 83 at 14–15.) In accordance with that order, the parties filed an advisory, agreeing that Pam Rosser, a conservator employed by the Alamo Foundation, possesses the necessary qualifications to serve as a Special Master regarding conserving the contents in the Travis Park memorial. (Dkt. # 87 at 1.) The parties, however, failed to include Ms. Rosser's contact information (i.e., business address, phone number, and email) and credentials (i.e., curriculum vitae). On November

1

19, 2018, the parties filed a Second Joint Advisory with the Court, including Ms. Rosser's business address, phone number, and curriculum vitae. (Dkt. # 113.) In light of the foregoing, the Court orders that Ms. Rosser be **APPOINTED AS A SPECIAL MASTER** in this case.

As Special Master, Ms. Rosser shall (1) inspect the cornerstone and time capsule therein; (2) determine the best method for removing the time capsule from the cornerstone; and (3) submit her findings to the Court. Upon receipt of the Special Master's report, the Court will issue an order instructing the Special Master to: (4) open the time capsule; and (5) report her findings to the Court. Unless the Special Master states otherwise, both parties are permitted to witness the opening of the time capsule. The Special Master, however, is authorized to place any restrictions that she deems necessary to: (1) preserve the integrity of the time capsule and contents therein; and (2) ensure the safety of all individuals.

## CONCLUSION

The Court **ORDERS** that Ms. Rosser inspect the cornerstone and time capsule, determine the best method for removing the time capsule from the cornerstone, and submit her findings to the Court within forty-five (45) days, on or by January 4, 2019.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, November 20, 2018.

_____
David Alan Ezra
Senior United States Distict Judge