UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Albert Sidney Johnston Chapter, et al. | § § | |
| Plaintiff, | § | NO:  SA:17-CV-01072-DAE |
| vs. | § § | |
| Ron Nirenberg, et al. | § § | |
| Defendant. | § § | |

# ORDER SETTING STATUS CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for a STATUS CONFERENCE before Senior U.S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Wednesday, January 16, 2019 at 01:00 PM**. **Counsel of record and the Special Master are ordered to attend the setting. Parties are instructed to inform the Special Master of the setting.**

IT IS SO ORDERED.

DATED: San Antonio, Texas January 03, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE