EXHIBIT A
ROBIN TERRAZAS AFFIDAVIT

## AFFIDAVIT

"My name is Robin Terrazas; 1 am over the age of eighteen, and am capable of providing this statement and affidavit.

"I am providing this statement and affidavit of my own personal knowledge, freely and willingly, as part of a lawsuit filed by the Albert Sidney Johnston chapter, No. 2060 against the City of San Antonio.

"I am the President of the Albert Sidney Johnston chapter No. 2060. I have held that position since 2016. As President, I am responsible for the meetings and the various committees, as well as spokesman for the chapter. The ASJ chapter No. 2060 succeeded to the Barnard E. Bee chapter in 1972. When Barnard Bee dissolved in 1972, the last president of that chapter, Mrs. Oldham (Oldom), and two other members visited our chapter and presented a certified copy of the city ordinance giving us the right to use the land in the center of Travis Park. The BEB chapter gave us that Ordinance in case any problem might come up in the future. Our chapter understood this discussion to mean a verbal agreement that we assume their interests in the Travis Park monument and in the cemetery on the east side of San Antonio.

"Attached is an accurate copy of our minutes from 1972 which reflect that Mrs. Oldham (Oldom) would attend our meeting. These minutes are dated Jan. 13, 1972. Attached to my statement are correct copies of those minutes. Those minutes state:

> "Mrs. L.J. Gittinger reported that Mrs. Oldham, President of Barnard E. Bee Chapter and two members would like to attend our January __ meeting and give a report on the monument in Travis Park. This Chapter is disbanding and she feels our Chapter should have this information. A motion was made that we invite Mrs. Oldham and two guests to our January meeting."

Terrazas Exhibit 1, p. 1. Attached to my statement is a correct copy of those minutes. We keep those minutes in the normal course of our chapter. They would have been accurate at the time they were accepted.

"Then, at the Jan. 20, 1972 meeting. Mrs. Oldham did attend. She spoke at the ASJ meeting. She spoke about the Confederate memorial in the center of Travis Park. She talked about how several years before, H.B. Zachry Co. planned to build an underground parking garage in Travis Park. San Antonio City Council gave permission to the Daughters of the Confederacy to build a memorial in the park. The minutes provide:

> "Several years ago, H.B. Zachry Co. planned to build an underground parking lot at this site. The Daughters protested. Mrs. Oldham presented a certified copy of this ordinance to the Chapter for safe keeping if something should arise in the future."

Terrazas Ex. 2, p. 2. Attached to my statement is a correct copy of those minutes. We keep those minutes in the normal course of our chapter. They would have been accurate at the time they were accepted.

"Our chapter, the ASJ chapter, agreed to accept the certified copy of the City ordinance. This acceptance represented a verbal agreement from her chapter to ours.

"Also attached to my statement is a true and correct copy of the City of San Antonio Ordinance dated March 27, 1899. I believe this was the same copy which Mrs. Oldom (her name is spelled two different ways depending on the source) presented to our chapter. I was given this copy by Theresa Gold. She was president of the chapter through the 1990's. She is now in a nursing home. This copy is attached as Terrazas Exhibit 3. This is an accurate copy of the same paper given me by Mrs. Gold. The copy she gave me is legal size, or 8.5 inches by 14 inches. The paper she gave me does not appear to be the original certified copy, but a copy of the certified copy. The certified portion is dated Dec. 10, 1953.

"The March 27, 1899 ordinance provides:

> "Petition of the Daughters of the Confederacy for permission to erect a monument in Travis park. In this connection Ald. Rheiner introduced the following ordinance:

> "Be it ordained by the City Council of the City of San Antonio that permission be and is hereby granted to the Daughters of the Confederacy to use the amount of land petitioned for in the center of said Travis Park and that the City Engineer be hereby ordered to survey and define said

2

plat of land at once.

The ordinance was adopted unanimously."

Terrazas Exhibit 3.

"The Ordinance reflects that the City gave the use of the land beneath the monument to the 'Daughters of the Confederacy.' I believe this means the City gave the use of the land to the Daughters of the Confederacy. That is what Mrs. Oldom said. The ASJ chapter is part of the Daughters of the Confederacy, as was the BEB chapter.

"The Barnard E. Bee chapter could have given that Ordinance to any chapter in the area. But, they gave it to our chapter. They expected us to take care of the monument the same way they would have. We agreed to take care of it as best we could. I hope we have done so.

"Later, the Barnard E. Bee chapter also transferred its cemetery deed to us. Mrs. Oldom and the other two members joined our chapter later that same year. A copy of that deed is also attached to my statement. This is the Confederate cemetery on the east side of San Antonio. Other people are buried there, too. But, it started as a cemetery for Confederate veterans and their families, back when many families of Confederate veterans did not have money for burial. A copy of this deed is attached as Terrazas Exhibit 4. This is a correct copy of the deed as maintained in our records since the deed was signed by Mrs. Oldom. The deed is dated March 25, 1976.

"On Aug. 4, I sent Jacquelyn Salvador a copy of the 1899 Ordinance, in which the City gave us use of the land beneath the monument. She works in Municipal Archives. She had asked me about ownership of the monument. I sent her information about the Barnard Bee chapter and explained that we succeeded to the Barnard Bee chapter.

"Also attached is a copy of the minutes from the 1972 UDC Convention. The second page indicates that Mrs. Fred Oldom turned in the charter for the Barnard E. Bee chapter. This is a true and correct copy of those minutes which I have in my possession. These minutes are records which belong to the Albert Sidney Johnston chapter. We have maintained these documents since we received them. See TerrazasExhibit 5.

"The UDC Handbook for Texas states that when a chapter disbands, it must send its charter to the state headquarters, which we refer to as 'Texas Division.' But, the

3

chapter can then limit what goes to state. The BEB chapter limited that by giving to the ASJ chapter their interest in the Travis Park monument and the cemetery. See attached at Terrazas Exhibit 6 a letter written by our state head, Eva Long saying the state headquarters agrees that the Bee chapter transferred their interests in the Travis Park memorial to the ASJ chapter. Ms. long states that as far as state headquarters is concerned, the ASJ 2060 chapter owns the Confederate memorial and the time capsule.

"I declare under penalty of perjury that the above statement is true and correct.  I have been given an opportunity to review this statement and to make any necessary changes."

Signed on _____10 - 15_____, 2018.


Robin Terrazas
President
Albert Sidney Johnston Chapter No. 2060

TERRAZAS EXHIBIT 1

JAN. 13, 1972 JOHNSTON CHAPTER MINUTES



1, 1972 at 10:00 a. m., the Executive Board

... ton Chapter # 2060, United Daughters of the

... of the President, Mrs. Edward W. Members.

... ... board meeting were read by the Secretary.

... ... reported $ 566.92 in the General Fund;

... ship Fund and $ 77.26 in the Cemetery Fund.

... ... $ 1,541.19. She has 6466 on hand; not

... ... $ 15.00.

... ... the highlights of a newsletter from the Division

... ... The Division won the following awards:

... ... lowest amount for # 13 Pin. 2. for registering

... ... 3. The Lucy C. Renfroe award for registering

1. Grand-daughters. 4. for purchasing most ancestral

... Chapter having largest number subscribers to the U.D.C.

... ... Davis Chapter # 1637, Houston, Texas. 6. Second

... the Randolph Relief Fund.

... ... schrae, General Chairman for the Book Review, reported

... ... chairmen held a meeting before Christmas to make final

... interviewed Mrs. Cochran and there will be a picture

... in all city papers. Articles will also be sent to the

... ... and Northside Recorder. She reported selling eight

... ... one complimentary ticket.

... ... Hamilton, ticket chairman, thanked Mrs. Gerlich and

... ... for addressing envelopes. She reported the cost of the

... $ 5.00 for 350 tickets. She has turned over $ 92.00 to the

... has received an additional $ 6.00 today. Mrs. Hamilton

... ... bers will sell additional tickets at the door. Mrs. Skaggs

... ... Gerlich will collect tickets at the door.

... ... ... ... will send invitations to the Presidents of the Braxton

... ... and Barnard E. Bee Chapters, also the Daughters of the Republic

... ... and other organizations and will include a complimentary

... for the Presidents.

... L. J. Gittinger reported Mrs. Oldham, President of Barnard E.

... ... and two Chapter members would like to attend our January

... ... and give a report on the monument in Travis Park. This Chapter

... ... ding and she feels our Chapter should have this information.

... ... tion was made that we invite Mrs. Oldham and two guests to our

... meeting. The motion was seconded and carried.

... Gittinger announced that Mrs. Mitchell is at home and doing

... ... Due to Mrs. Mitchell's illness, she is acting as Vice-Chairman

... ... Education Committee. She reported that Richard Flowers was

... ... our $ 100 gift scholarship, $ 50.00 was paid the first semester

... 50.00 is due the second semester. She asked the pleasure of the

... increasing this amount.

... ... tion was made by Mrs. L. J. Gittinger that the scholarship be

... ... by $ 50.00 the second semester. The motion was seconded and

...

... ... January meeting will be held in Miss Constance Allen's home.

... ... Baker, a new member, will be the speaker.

... ... notification committee will inform the members of the meeting

... ... Book Review.

... ... District VI meeting will be held in San Antonio on April 15th

... ... report is to be given covering the period between Sept. the

... ... April 15, 1972. Each Chapter attending will pay $ 2.00 to the

... ... chapter to help defray expenses of the meeting.

... ... W. Gerlich, Registrar, reported Mrs. Virginia Allred Stacey

... ... desires membership in our chapter — she is unable to attend

... ... ings but will be invited to the Book Review. Mrs. Leif Guthrie

96   BOARD MEETING (cont.)

has membership papers but has not returned them as yet.

A short informal discussion was held relative to Chapter next year - especially regarding setting up host meetings and following the Historian General's programs, if adopted, taken at this time.

There being no further business, the meeting adjourned.

Eleven members wer present. They were: Mesdames Guthman, Penshorn, Gerlich, Hamilton, Florentin, Schraer and Cross, Misses Newman and Allen.

*Mrs. William M. Cross*

Mrs. William M. Cross
Recording Secretary

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

ASJ00003

REGULAR MEETING

TERRAZAS EXHIBIT 2
JAN. 20, 1972 JOHNSTON CHAPTER MINUTES



A S I 0 0 0 0 4

* * * * * * * * *

REGULAR MEETING

The Albert Sidney Johnston Chapter # ____, United Daughters of the Confederacy, met on Thursday, January __, 19__ at 2:30 in the home of Miss Constance Allen with the President, Mrs. _____ presiding.

The meeting was opened with the Ritual and Prayers followed by the Pledge of Allegiance and Salutes to the Texas and Confederate ____ respectively.

Minutes of the previous meeting were read and approved as read. Miss Marie Cone, Treasurer, reported $ 752.92 in the ____, $ 897.01 in the Scholarship Fund and $ 77.26 in the _____ amount on hand $ 1,707.19.

Highlights of the newsletter from the Division _____, Mitcheltree, were read. The Division won the following prizes ____ sending in the largest amount for # 13 Pin. 2. Registering the real daughters. 3. The Lucy C. Renfroe award for real _____, great, great, grand-daughters. 4. For purchasing most ____ 5. to the Chapter having largest number subscribers to the ____ magazine - Jefferson Davis Chapter # 1637, Houston, Texas, for donations to the Randolph Relief Fund.

The President thanked Miss Allen for her hospitality as ____ Chairman, introduced the co-hostesses Miss Willie Bowen, Mrs. Hughes and Mrs. Ruth Watkins.

Mrs. J. W. Gerlich, Registrar, introduced the following new members: Mrs. Robert D. Vocke, Mrs. Edwin Brown and Mrs. ____. She announced that Mrs. _____ Harrell, Utopia, Texas, desires ____ to Chapter.

The recommendation of the Board, to increase the $ 100 ____ only awarded to Richard Flowers by an additional $ 50.00 to a ____ semester, was passed.

Mrs. Albert Schraer, General Chairman for the Cookbook, ____ report on the status of the review at this time.

Mrs. Estella Hamilton, ticket chairman, reported _____. Mrs. Milton Vaughn Jr. reported the passing of Mr. _____.

Mrs. Peter Henderson, Program Chairman, introduced the speaker, Mrs. _____. Mrs. Baker publicly thanked the Daughters of the ____ for her scholarship she received which enabled her to attend the University from 1966 - 70.

January 17, 1972

...them as Jet...
...ative to activities...
...ng up hostesses...
...s program. No...

...ng adjourned...
...James Gittinger, ...
...er and Cross. Misses ...

...M. Cross
...cretary

* * * *

JANUARY 20, 1972

Daughters of the
2:30 P. M. in the
s. Edward W. Pen...

s followed by th...
nfederate Flag...

roved as real...
the General Fund...
emetery Fund. ...

... MEETING (cont.)

...awarded the outstanding teacher award and ...
... Georgia last Fall. Members enjoyed view ...
... slides and the commentary on the ...
... Mountains. Her program was well ...
... Henderson and the President thanked ...

... Oldham, President of the Bernard ...
... break relative to the monument in Travis ...
... 27, 1899 by the City Council of San Antonio ...
... the Daughters of the Confederacy to erect a monument ...
... Travis Park. Several years ago, Zachry ...
... underground parking lot at this site. The Daughters ...
... presented a certified copy of this ordinance ...
... in safe keeping if something should arise in the future ...
... There being no further business, the meeting adjourned ...
... cial hour was enjoyed.

*Mrs. William M. Cross*

Mrs. William M. Cross
Recording Secretary

* * * * * * * * * * * * * * * * * * * * * *

February 17, 1972

ASJ 00005

... xecutive Board meeting was held, prior to the Regular

TERRAZAS EXHIBIT 3
COPY OF DEC. 13, 1953 CERTIFIED COPY OF
ORDINANCE

REGULAR MEETING OF THE CITY
COUNCIL OF THE CITY OF SAN
ANTONIO, MONDAY, MARCH 27, 1899

PRESENT:  Mayor Marshall Hicks
Aldermen Alexander, Barker, Davis, Lamm, Hahncke,
Mumme, O'Connor, Piper, Rheiner, Richter, Surkey
and Thiele

**************************

Petition of the Daughters of the Confederacy for permission
to erect a monument in Travis Park.  In this connection Ald.
Rheiner introduced the following ordinance.

Be it ordained by the City Council of the City of San Antonio
that permission be and is hereby granted to the Daughters of
the Confederacy to use the amount of land petitioned for in the
center of said Travis Park and that the City Engineer be hereby
ordered to survey and define said plat of land at once.

The ordinance was adopted unanimously.

**************************

On motion the Council adjourned.

APPROVED:

/s/ Marshall Hicks
Mayor

ATTEST:
/s/ W. W. Johnson
City Clerk

STATE OF TEXAS
COUNTY OF BEXAR  } SS.                    CERTIFIED COPY
CITY OF SAN ANTONIO

The undersigned, the City Clerk of the City of San Antonio, in the State and County afore-
said, does hereby certify that the foregoing is a true, correct and exact copy of the original
on file and of record in the office of the City Clerk of the City of San Antonio, and that I am
the custodian of said record.

Given under my hand and the official seal of the City of San Antonio, this ____ 10

day of ____December____ A. D. 19 53

(SEAL)

/s/ Elmer W. Starbuck
____ City Clerk of the City of San Antonio

EXHIBIT NO. 2    7/25/18    SLM

TERRAZAS EXHIBIT 4
MARCH 25, 1975 DEED

350

THE STATE OF TEXAS        )         KNV-475   64787   vol 7811 page 414
COUNTY OF BEXAR           )         KNOW ALL MEN BY THESE PRESENTS:— I      351
652260

THAT BARNARD E. BEE CHAPTER NO. 86, also known as B.E.B. CHAPTER
NO. 86, United Daughters of the Confederacy, an unincorporated asso-
ciation, acting herein by and through MRS. MARY (FRED) OLDOM, of Bexar
County, Texas, the last duly elected and acting President of said Barnard
E. Bee Chapter before said Chapter became disbanded, for and in consid-
eration of the sum of Ten ($10.00) Dollars, and other good and valuable
consideration, the receipt whereof is hereby acknowledged and confessed.
have BARGAINED, SOLD AND FOREVER QUITCLAIMED, and by these presents do
hereby BARGAIN, SELL AND FOREVER QUITCLAIM unto ALBERT SIDNEY JOHNSON
Chapter No. 2060, United Daughters of the Confederacy, of San Antonio,
Bexar County, Texas, all the right, title and interest had by the said
Barnard E. Bee Chapter No. 86, also known as B. E. B. Chapter, United
Daughters of the Confederacy, of San Antonio, Texas, in and to the follow-
ing described cemetery lots, in San Antonio, Texas, towit:

> All of Lots 85 and 96, in Section 4, of City Cemetery
> No. 4, more particularly described as follows:
> Beginning at the N.W. corner of said Lot No. 85; Thence
> South 54 feet; Thence East 30 feet; Thence North 54
> feet; Thence West 30 feet to the place of beginning,
> and being the same property conveyed to B.E.B. Chapter, United
> Daughters of the Confederacy, by Marshall Hicks, Mayor
> of the City of San Antonio, Texas, on June 28th, 1909,
> recorded in Vol. 430, Page 96, Deed Records of Bexar
> County, Texas, to which deed and the record thereof
> reference is here made.

TO HAVE AND TO HOLD all the right, title and interest which
the said Barnard E. Bee Chapter, also known as B. E. B. Chapter No. 86.
United Daughters of the Confederacy had in the above described property
to Albert Sidney Johnson Chapter No. 2060, of San Antonio, Texas, United
Daughters of the Confederacy, its successors and assigns forever, so
that neither the successors or assigns of the said Barnard E. Bee Chapter
No. 86, also known as B.E.B. Chapter No. 86, United Daughters of the
Confederacy, shall have, claim or demand any right or title to said
property or premises or any part thereof.

WITNESS at San Antonio, Texas, this 24 day of March, A.D.

                    BARNARD E. BEE CHAPTER NO.86
                    B. E. B. CHAPTER NO. 86
                    DAUGHTERS OF THE CONFEDERACY

                    By Mrs. Mary (Fred) Oldom
                       Mrs. Mary/(Fred) Oldom.

TERRAZAS EXHIBIT 5
1972 UDC BOOK RE BEE CHAPTER



TWENTY-SIXTH ANNUAL CONVENTION

THE TEXAS DIVISION

UNITED DAUGHTERS

OF THE

CONFEDERACY

(INCORPORATED)

Austin, Texas October 3-4-5, 1972

Schnitker
Recording Secretary

Mrs. H. W. Mitcheltree
President



### BARNARD E. BEE CHAPTER, No. 86
### SAN ANTONIO, TEXAS
Chartered: October 6, 1896

...on Schnittker
... Secretary, Texas Division, U.D.C.
...dan
... Texas

... Schnittker:
...ing these forms—Barnard E. Bee Chapter No. 86, San Antonio,
... disbanded.
... H. W. Mitcheltree, President of The Texas Division, was notified
... Ed Ramsey, Treasurer of The Texas Division.
...'s Charter was surrendered as of March 1, 1972, so no further
...ill he made.

Mrs. Fred Oldom, *President*

### BRAXTON BRAGG CHAPTER, No. 2211
### SAN ANTONIO, TEXAS
Chartered: July 20, 1954
Number of Members: 16

...of regular Chapter meeting Third Sunday Afternoon, September
...m.

... Nell Parker, 126 Kennedy, San Antonio, 78209, President; Mrs.
... Dunlan, 126 Kennedy, San Antonio, 78209, Vice President; Mrs.
... Cowan, 131 Chichester, San Antonio, 78209, 2nd Vice President;
... Flood, 1019 Burnett, San Antonio, 78202, 3rd Vice President;
... Jane Alberthal, 2115 Leal, San Antonio, 78207, Recording Secre-
... Bea Copeland, Route 3, Box 165-D, San Antonio, 78218, Treas-
... D. Jane Alberthal, 2115 Leal, San Antonio, 78207, Registrar;
... Smith, 144 Cloverleaf, San Antonio, 78209, Historian; Mrs.
... loop, 705 Topeka, San Antonio, 78210, Corresponding Secretary;
... Louise Owens, 1007 Wright, Llano, 78643, Recorder of Crosses.
... dues and assessments paid on 17 members by March 1, 1972.
... papers being processed on three prospective members.
... donated to Randolph Relief Fund.
... donated to Barthold Scholarship Fund.
... Chapter and $5.00 Personal donation made to "Roaring Reb"
... preservation of Confederate emblems.
... donated to the Mental Health Association of Bexar County.
... members subscribe to the "Roaring Reb" Magazine.
... of the members subscribe to U.D.C. magazine with four renewals.
... hours spent making Cancer Bandages, bed pillows and bed coats.
... inches of newspaper print—proof to be brought to Convention.
... and Flowers sent to shut-ins and hospitalized members.
... Chapter maintains a scrapbook and each member has a yearbook.
... 3rd Vice President attends the Children of the Confederacy
...
... 1st Vice President sponsored Underprivileged Children to the
... Symphony of "Hansel and Gretel."
... Chapter programs follow the Historian General's Outline.

TERRAZAS EXHIBIT 6
FEB. 13, 2018 EVA LONG LETTER



Eva Breed Long
Texas Division President
United Daughters of the Confederacy
375 Roy Breed Road
Dripping Springs, TX 78620-3506
elong1955@gmail.com, 512-689-7915

February 13, 2018

RE: Confederate Monument in Travis Park

To Whom It May Concern:

The Texas Division, United Daughters of the Confederacy, considers the Albert Sidney Johnston 2060 chapter to be the owner of the monument erected by its predecessor, Barnard E. Bee 86. The Barnard E. Bee 86 chapter raised money to design, build and erect a monument of an unknown soldier to be placed in Travis Park in memory of those husbands, fathers and sons who never returned home to their native Texas. The City of San Antonio declared an Ordinance on March 27, 1899 that gave the Daughters use of the land in Travis Park. The Ordinance, voted unanimously on by Mayor Hicks and the City Council at the time. The Barnard E. Bee 86 chapter disbanded in 1972 and allocated its assets, as desired, to the Albert Sidney Johnston 2060 chapter of San Antonio. On January 20, 1972 the president of the Barnard E. Bee 86 chapter presented the president of the Albert Sidney Johnston 2060 chapter with a certified copy of the Ordinance, which would be considered a transfer of property.

According to the Bylaws of the Texas Division, United Daughters of the Confederacy, Article VIII, Disbanded and Defunct Chapters, Section 1, b. "Notification shall be accompanied by the original Charter, plus all assets (unless otherwise limited), and records of the Chapter. These assets and records become the property of the Division."

We believe the "unless otherwise limited" to include the transfer of assets from the Barnard E. Bee 86 chapter to the Albert Sidney Johnston 2060 chapter and that included, but not limited to, the monument, its base and contents included in either the monument or base, said Time Capsule.

ASJ000016

Should further information need to be provided this court, please let us know and we will do our due diligence in providing that information.

Thank you for your consideration in this matter.

Sincerely,

Eva Breed Long
Texas Division President
2016-2018

ASJ000017