EXHIBIT 3

APRIL 23, 1936, SAN ANTONIO *LIGHT*

Case 2:07-md-01873-KDE Document 1122 Filed 05/16/18 Page 2 of 21

# Today

*Reg. U. S. Pat. Office*

About Newspaper Men.
Connolly, Mead, Others.
Ethiopian Manners.
Supreme Is Big Word.

**By Arthur Brisbane**

## FOR CLASSIFIED CALL F-1231

INTERNATIONAL NEWS and UNIVERSAL SERVICE DISPATCHES APPEAR EXCLUSIVELY in THE LIGHT

# THE ★ LIGHT

SAN ANTONIO · TEXAS

INDEPENDENT · NEWSPAPER

Member of The Associated Press ★ A Constructive Force in the Community

## HOME EDITION

**VOL. LVI—NO. 95.**  Published by The Light Publishing Co., San Antonio, Texas  **THURSDAY, APRIL 23, 1936.**  **TWENTY PAGES**  **TWO CENTS**

# SOLON JAILED AFTER ROW IN COURT

## Thomas Flays Stadium Site For Hero Memorial

### BY A NOSE



HENRY BUCKLEY
*Schussels-Letten.*

#### BANDIT BITES VICTIM'S NOSE

### FETE OFFICER PROTESTS IDEA

Proposed Cenotaph Site Is Called Incongruous by Official

### KIDNAPED BOY FLEES, MAN ARRESTED

Child Phones Father Just as $20,000 Ransom Note Arrives.

ALLENTOWN, Pa., April 23.—

### LEFT WING CONTROL



New Jersey's Workers' Alliance took over the Trenton assembly in protest against adjournment before relief bill was passed.

### ZIONCHECK IS PUT IN CELL AT TRAFFIC COURT

Representative Protests at Speeding Case Recess, Starts to Go.

WASHINGTON, April 23.—

### JOBLESS MOVE INTO SENATE CHAMBER

TRENTON, N. J., April 23.—

### Parade Weather Given O.K.

### FEDERALS ROUT MEXICAN REBELS

MEXICO CITY, April 23.—

### COMMISSIONER THOMAS
He's against stadium.

### British Mother Ordered Hanged

LONDON, April 23.—

### San Antonio Gets Democratic Meet

PORT WORTH, April 23.—

### Weather Forecast

### Bathtub Killer May Plead Insane

NEW YORK, April 23.—

### DEATH AND STORK

Father, 96, May Lose His Race

### Prosecutor Fined in Court Backfire

CLEARWATER, Fla., April 23.—

### Coyote Killed by Police on Street

Light   April 23, 1936
2 of 2

were carried proudly at the head of Ethiopian troops. The other two were kept in prison, that the emperor, Haile Selassie, might have the satisfaction of seeing them upon his arrival. They were horribly beaten, while chained.

After Italy has seen the photographs of these tortured and mutilated men, it would be wise for Haile Selassie to keep out of the Italian government's hands, for a while, if possible. Mussolini might do to him what the English thought they would do to the former kaiser, until they remembered that he was a cousin of their own king, and a hanging would not look well in the royal family records.

Eulogizing Chancellor Hitler, Air Minister Goering concludes his address: "Heil, victory to the Fuehrer, and the supreme war lord."

"Supreme war lord" is a fine title, but it usually comes after supreme conquest.

Goering who bestows the resonant title on Chancellor Hitler would be advised by such old men as Bismarck or Von Moltke to wait, at least until after the first battle."

Many heavy cannon, airplanes and bombs belonging to foreigners stand between Chancellor Hitler and that, "supreme war lord" title

Similar things affect different men in different ways. In Honolulu, James Dodd, 29, told "you are fired," went to the airport, flew up 2000 feet in his new monoplane, pointed it downward, killed himself in a power dive.

Paul Armstrong, wonderfully good sporting writer, told by his editor, "you are fired," replied "much obliged, now I shall carry out my plan to write a play and get it on Broadway."

Within a year he had written "Alias Jimmy Valentine" and enjoyed its great success. Temporary failure is good for the right kind of a man; fatal to others.

---

**HONOR ÑSERS.**

GUTHRIE, Okla., April 23.—(P)—Governor Alf M. Landon of Kansas, speaking at a banquet here last night honoring the men and women who made the Oklahoma

---

as they ran toward him.

Buckley and his friends held the bandit until arrival of Policemen W. T. Swift and Paul Wright.

He named his confederates to police.

---

## British Mother Ordered Hanged

LONDON, April 23.—(P)—A poverty-stricken mother, Mrs. Gladys Amelia Varley, 24, of Dover, was convicted and sentenced to death today on a charge of strangling her five-month-old twins.

Mrs. Varley claimed the children starved to death.

The police, who said they found the bodies with cords around the necks, quoted the mother as saying the landlady provided food for another child "but the other too—well, they died."

The jury recommended mercy for Mrs. Varley, who was separated from her husband.

---

## San Antonio Gets Democratic Meet

FORT WORTH, April 23.—(P)—San Antonio was selected by the State Democratic executive committee here at noon today as the place for the state Democratic convention on May 26.

---

## Weather Forecast

San Antonio and vicinity: Partly cloudy Thursday night and Friday. Warmer Friday. Lowest temperature Thursday night about 54 degrees, highest Friday about 80 degrees. Light to moderate easterly winds.

High temperature Wednesday, 69; low Thursday morning, 56; high Thursday, about 74 degrees.

East Texas (east one-hundredth meridian): Partly cloudy Thursday night and Friday. Warmer Friday and in the interior Thursday night. Moderate northeast winds on the coast.

West Texas (west one-hundredth meridian): Fair and warmer Thurs-

---



## COMMISSIONER THOMAS
### He's against stadium.

with an attack on the stadium plans. He said:

"I went to Washington and made a personal appearance before the federal commission there and I made them a talk in which I opposed the stadium idea. I consider the stadium inappropriate. I don't believe that's the way to commemorate the deeds and heroisms of Texas' heroes."

Thomas did take time out, however, to deny he had announced he would favor Travis Park as a cenotaph site. He said he had merely inquired about its possibilities.

E. J. Altgelt, member of the local majority faction and assistant to Thomas, had reported earlier in the week that Thomas probably would favor Travis Park.

Altgelt said he, too, had thought of the site but that, someone would have to gain permission from the Daughters of the Confederacy to move their monument to a corner of the park. Altgelt suggested three of the Texas hero monuments could be placed in the other corners.

### AGAINST MOVING

Such suggestions raised immediate storm of protest from the Confederate organizations, however, and Altgelt, Thursday, announced to Thomas:

"I want to say before the commissioner-general that I am not in favor of moving that beautiful Confederate monument in Travis Park. I have no opinion on it whatsoever."

The Alamo grounds, Thomas said, are the third site already recommended for the cenotaph.

The commissioner-general, who came here Thursday morning from his home in Dallas, said he would spend two days in San Antonio, making an informal study of the proposed sites for the statuary. Later he will make his recommendations.

Thomas said he would confer, informally, with the individual members of the local advisory group and with any other interested citizens.

---

ner in the firm of H. Ley and company, had received the ransom note by messenger just before his son telephoned from the farm. Mr. and Mrs. Koch drove to the scene, picked up a park guard at the Little Lehigh parkway and soon were joined by city police.

Within a few minutes they sighted a man walking toward the spot where the boy was left. He broke into a run when he saw them, but halted as policemen drew pistols and one shouted: "Let him have it." No shots were fired and the man surrendered.

None of the ransom notes fixed a place for the kidnaper to receive the money. They directed the father where to drive for "further instructions." All the sites were in the vicinity of the woods where the boy was left.

## Bathtub Killer May Plead Insane

NEW YORK, April 23.—(P)—Henry Klauber, defense counsel for John Fiorenza, 24-year-old confessed slayer of Mrs. Nancy Evans Titterton, labored today on plans to save him from conviction of first degree murder and the electric chair, indicating he would endeavor to prove Fiorenza was insane.

District Attorney William C. Dodge, planning to take the case to the grand jury either today or tomorrow, said, however:

"I am satisfied Fiorenza is perfectly normal. I have a perfect airtight case if there ever was one."

## HARGUS TO DIE.

OKLAHOMA CITY, April 23.—(P)—James Hargus, 27, convicted slayer of a Tulsa officer, is scheduled to die in the electric chair tonight at the state penitentiary at McAlester.

---

# DEATH AND

## Father, 96, May Los

NEW BERN, N. C., April 23.—(P)—Intimates said today George Isaac

---

New
over th
against

JOBL
INT
C

TRENT
The group
marathon
Jersey   s:
corridor   i
senate cha
State  a:
group to le
civil servic
in the asso
refused to
senate cha
The job
leave the s
fature pre
funds, whi
Thursday.
The leg
Monday.

FIRE
Fire can
home of
Buena Vis
Thursday.

EXHIBIT 4

JUNE 28, 1942, SAN ANTONIO *LIGHT*

SUNDAY, JUNE 28, 1942.        WANT ADS—FANNIN 1231        THE SAN ANTONIO LIGHT

# Museum Gets Wedding Dress Worn in 1887

### Other Gifts Include Photo Of Confederate Monument

Travis park may belong to the city, but its heart belongs to the U. D. C.

The United Daughters of the Confederacy own the monument in the center of the square, according to Miss Elizabeth Houston, who has sent the Witte Memorial museum a picture of it taken at the time of the dedication.

Her pictures also include two shots of the Belknap rifles ready for action, along about 1898.

Women certainly were built on a small scale in the "olden" days.

If you don't think so, just TRY to get into the museum's newest acquisition, a wedding dress worn by Adriadne Anthony, who married Benjamin Seaman Van Tuyl, at Fall River, Mass., in 1887.

The dress; which was made in New York by Madame Glover, is of ivory, satin trimmed with bobbin lace and bodice separate from the skirt. It was worn only the one time, and never made over. Hand-knitted stockings and a tulle wedding veil go with it. The dress was the gift of Anthony Van Tuyl, 401 Shook avenue, whose mother was the dainty little bride.

Since the exhibits during summer never vary, Miss Eleanor Onderdonk, the art curator, is just coasting along. She is catching up on all the repair work, and has just finished relining and saving for posterity an old picture of the cathedral in Mexico City.

And while we are on the subject of art, the life classes of Cecilia Steinfeldt have been changed from 7 p. m. to 7:30 p. m. Tuesday. Many soldiers have artistic talents, the museum has discovered.

The first exhibition of the fall has been booked. It is the water color collection of Douglas Parshall of California, a portrait painter of note.

Mrs. H. P. Drought has been named chairman of the year of the San Antonio Flower association, succeeding Mrs. B. D. McGimsey.

They tell us we are missing an experience of a lifetime if we don't

## July 3 Set For Wedding

Miss Hope Elizabeth Nelson's engagement to Lieut. Oramel Horace Skinner Jr. is announced by her parents, Mr. and Mrs. Nathaniel



Traudt of San Saba. The wedding will take place at 8:30 p. m. July 3 in the Randolph field chapel.

Miss Nelson of San Antonio is the granddaughter of the late Elizabeth Bowen Nelson, a member of a pioneer Texas family.

She was graduated from Brackenrige High school, where she was a cadet sponsor.

Lieutenant Skinner's home is in Indianapolis, Ind. He attended Purdue university before entering the United States air corps.

## Church Will Honor Pastor

The Westminster Presbyterian church, South St. Mary's and Temple streets, is honoring the Rev. Thomas J. Bradley, retiring pastor, with a farewell party on the church lawn Monday at 8 p. m.

The Rev. Mr. Bradley has served Westminster during the past nine months and is leaving July 1 to accept work in other fields.

The Optimisses club will meet Wednesday at noon in the south terrace dining room of the Gunter hotel. Mesdames Gladys Zeller and Lessie Greenwood will be host-

## TO WED SOON



Mr. and Mrs. Nathaniel Traudt, of San Saba, announce the engagement of their daughter, Hope Elizabeth Nelson, to Oramel Horace Skinner Jr., lieutenant, U. S. air forces. The wedding will take place July 3 in the Randolph field chapel.

## Short Shots

RYDEE GATES is home from Stanford university, awaiting those army orders in his striking lieutenant's uniform.

Another who has chosen work instead of play this summer is JANE RICE. She's bending over notebooks at the University of Texas.

The little birds tell us that LIEUT JOHN WHITE has left his test pilot job in Dayton, Ohio, for service out of the country.

JIMMY WOLF and JACK HOWARD are ready and rarin' to leave on July 2 for South Bend, Ind., and the naval training school there.



Following the current delivering themselves of "inside" accounts of their L. "Berlin Diary" Shirer

This gentleman is Harment to Berlin," is due booktalls tomorrow. It up where Shirer left o does a good job of rep although it remains to v whether his yarn—which cov in Germany, will catch the imagination.

I have repeatedly opined t writings of foreign corresp are usually good reading all still think the reader sho highly discriminating and these pieces of literature ci There is such a thing as to emphasis on them. Public "Assignment to Berlin" is B

This column's nomination now high in useless books is "A-B-C of America's Wines ton by Mary Frost Mabon position as 'food and wine of Harper's Bazaar no doub her in a position of almo authority on the subject.

At a time when every urged to make no unn journeys, this astute p sponsors a book that outli lightful "wine tours." A sides, who ever got the id Americans are 'wine swille This is the kind of pu trivia that waste good wor

Since blessings in the world and elsewhere are few these hectic days, h least a small one: Vingie has produced another weste clicks. He calls it "Dust As Sage." It is published by Mill.

Despite this prosaic tit story is a pulse racer. I en enjoyed the "silent gunma Texas," Dallas Hudson. He me as the McCoy and no overdrawn. But then Auth is an old hand in western

And just in case somebo you to it in getting Vingie's here's another title of fal recent vintage that proves t thor's knack for presenting tling good yarn: "Wild Har

Comes word to this desk t collected letters of the lat "Billy" Mitchell are about

ASJ 00517

EXHIBIT 5

NOV. 5, 1953, SAN ANTONIO *EXPRESS*

San Antonio Express
Nov. 5, 1953

Texas A&M - SA
DRT - VF - SA

Parks
Travis Pa

# Recall Group Says City Doesn't Own Travis Park

Travis Park's controversial underground parking garage was attacked from a new angle Wednesday when an attorney charged the city would forfeit its right to the downtown square if its use as a public park is disturbed.

Charles M. Dickson, attorney for the Voters Recall Movement fighting the parking garage, in a letter to City Mgr. Ralph H. Winton challenged the city's title to the park.

He maintained that the city merely enjoys use of the park's surface through the "legal doctrine of dedication."

"The city can legally continue to use this land as a public park as long as (it) desires," wrote Dickson, "but if the use of this land as [a public] park is abandoned, [the title of pos]session [will] revert to the heirs of [Mrs. Mary A. Maverick] deceased.

"Under no theory can it be actually said that the city has ever acquired the right to use the subsurface of Travis Park for commercial purposes."

Record legal title to Travis Park is vested in the heirs of Mrs. Maverick, Dickson said his research of property records has disclosed.

He also claimed that the Confederate monument in the center of the park does not belong to the city but is the property of the Bernard E. Bee chapter of the United Daughters of the Confederacy.

"I assume you are familiar with the provisions of the penal code of Texas which make it a criminal offense for anyone to attempt to injure or destroy any property of any kind without the consent of the owner," Dickson wrote.

Dickson's letter rekindled rumors that opponents of the parking garage project agreed on by city council Oct. 15 are preparing to file suit in the name of the Maverick heirs to restrain the city from going through with a lease contract with H. B. Zachry for construction and operation of the subterranean facility.



ASJ000514



**FIRST SIGNATURE** went on petitions Friday to recall six San Antonio councilmen who refused to allow a city-wide vote on the Travis Park garage. Signing is Mrs. Anna Price Hewett, 76-year-old member of the Daughters of the Confederacy.—Staff Photo.

...facility for construction and operation of the subterranean facility.

Miss Mary V. Green, chairman of the Voters Recall Movement, denied knowledge of such pending legal action, however.

"We are going to wait and see how the recall works first," she said.

The Voters Recall Movement is aimed at unseating Mayor Jack White, Councilman Ralph Easley, R. L. Lester, H. J. Shearer, R. N. White, Jr., and Councilwoman Thelma Stevens. These council members voted against submission of the parking project to a referendum vote of the people.

City Atty. Jack Davis shrugged off the Dickson contentions.

"I know all about the status of the deed to that park," said Davis. "I searched for the deed from the Mavericks myself before all this business came up. I couldn't find it. We do have an abstract certified to by the Alamo Abstract Company in 1921."

←

..... García de Sabariego ...... title to the square ...... the ...... went all the way to the Supreme Court.

"The court ruled the title item belonged to Samuel and Mary Maverick and their heirs. The city fenced Travis Square in 1874, and since that date it has had undisputed control of the park.

←

"We assume it was ...... to the city by Maverick. If it wasn't, the statute of limitations has run out on any heirs suing to recover possession. The city undoubtedly has title now."

ASJ000515

EXHIBIT 6
MARCH 27, 1899 ORDINANCE
PHOTOS TAKEN BY RITA SCHIMPFF



ASJ 00021



ASJ00022

EXHIBIT 7
MARCH 27, 1899 ORDINANCE
PHOTOS PRODUCED BY CITY OF SAN ANTONIO

(0514 000035)

petition of the daughters of the Confederacy for permission to erect a monument in Travis Park. In this connection all Claims containing the following Ordinance. Be it ordained by the City Council of the City of San Antonio that permission be and is hereby granted to the Daughters of the Confederacy to use the amount of land sufficient for in the erection of said Travis Park and that the City Engineer be is hereby ordered to survey by laying said plat of land at once, the Ordinance was adopted unanimously.

ORD. BOOK JM-491 PAGE 757
3/27/1899

JM-491

3/27/1899

NO. JM-491 Page 757

CASA 000059



EXHIBIT NO.
9
SLM
7/25/18
Sal (Reedy's)

to such a monument in Travis Park. In this connection all persons interested in following Ordinance

Be it ordained by the City Council of the City of San Antonio that permission, in any is hereby granted to the daughters of the Confederacy to use the monument of land situated for in the center of said Travis Park and that the City Engineer be is hereby ordered to survey by begins and plat of land at once, the Ordinance was adopted unanimously.

ORD. BOOK JM-491   PAGE 767
3/27/1899

JM-491

NO. JM-491 ...
3/27/1899

Porter Cull

767

March 27th A.D. 1899

By Committee

Report of Fire Chief on condition of Fire department referred to Fire Committee.

Petition of J. J. Mc Adoo for permission to use the old market house for an armory — referred to Public Improvements Committee

Bill of A. Hicks for services as special policeman at the City election — referred to Finance Committee

Bill of costs amounting to the sum of $111.47 in the case of City of San Antonio vs. Berry — on motion for payment of same the same was carried, and roll call on the appropriation was recorded in an unanimous vote.

Petition of Mrs. E.J. Hewitt for permission to build her own house on Main Ave — referred to Fire Committee

Petition of Citizens asking that electric light be placed on the corner of Indianola & Goliad streets — referred to Gas & Electric Light Committee

Report of City Physician on the number of deaths in the City during the months of January & February 1899 — referred to Sanitation & Hospital Committee

Communication from Hon. J. R. Lamar calling attention to the condition of San Pedro creek and including a resolution authorizing the Mayor to drain the same. The resolution was adopted unanimously

Petition of the Daughters of the Confederacy for permission to erect a monument in Travis Park. In this connection Ald. Johns introduced the following Ordinance. Be it ordained by the City Council of the City of San Antonio that permission be & is hereby granted to the Daughters of the Confederacy to use the amount of land petitioned for in the center of said Travis Park and that the City Engineer be hereby ordered to survey & define said plot of land at once. The ordinance was adopted unanimously.

Petition of William Crampolin for concessions, to permit him the sole right & privilege of erecting public privies and water closets throughout the City at his own cost & expense referred to Water & Sewer Committee.



Salvador
EXHIBIT NO. 6
7/25/18

COSA 000028

55cc0035 (OSA)

NO. JM-491 Page 757 3/27/1896

JM-491

Petition of the Daughters of the Confederacy for permission to erect a monument in Travis Park. In this connection Ald. Rhein introduced the following Ordinance. Be it ordained by the City Council of the City of San Antonio that permission be and is hereby granted to the Daughters of the Confederacy to use the amount of land petitioned for in the center of said Travis Park and that the City Engineer be hereby ordered to survey and define said plat of land at once. The ordinance was adopted unanimously.

ORD. BOOK JM-491  PAGE 757
3/27/1899

CASA 0000059



EXHIBIT NO.
9
4/25/18
SLM

JM-491

Petition of the daughters of the Confederacy for permission to erect a monument in Travis Park. In this connection All Claims instanced the following ordinance. Be it ordained by the City Council of the City of San Antonio that permission, in any is be, is hereby granted to the daughters of the Confederacy to use the monument-land hand furnished for in the section of said Travis Park and that the City Engineer be is hereby ordered to survey by defining said plat of land at once; the ordinance was adopted unanimously.

ORD. BOOK JM-491 PAGE 757
3/27/1895

NO: JM-491 Page 757
3/27/1895

Porter Cv/1

March 29th A.D. 1899

By Committee

Report of Fire Chief on condition of Fire department — referred to Fire Committee.

Petition of S. & McAdoo for permission to use the old market house for an armory — referred to Police & appropriate Committee

Bill of A. Hicks for services to ___ ___ at City election — referred to Finance Committee

Bill of ___ amounting to $___ ___ of the S. A. & A. ___ to Berg ___ ___ ___ ___ ___ ___ and ___ ___ ___ ___ ___ was an unanimous vote

Petition of Mrs. ___ ___ ___ ___ ___ ___ house on Main Ave — referred to Fire ___ Committee

Petition of ___ asking for ___ ___ ___ ___ ___ on the corner of ___ & ___ street — referred to gas & water & Light Committee

Report of City Physician on the number of deaths in the City during the months of January & February 1899 — referred to Sanitation & Hospital Committee

Communication from ___ of ___ ___ calling attention to the condition of San Pedro creek and enclosing a resolution authorizing the Mayor to drain the same. The resolution was adopted unanimously

Petition of the daughters of the Confederacy for permission to erect a monument in Travis Park. ___ ___ ___ introduced the following Ordinance. Be it ordained by the City Council of the City of San Antonio that permission be and is hereby granted the daughters of the Confederacy to use the ground of land dedicated for ___ in the center of said Travis Park and that the City Engineer is hereby ordered to survey & define said plat of land at once. The ordinance was adopted unanimously

Petition of William Champolion for concessions to permit him to ask right & privilege of erecting public privies and water closets throughout the City at his own cost & expense — referred to Parks & Plazas Committee


Salvador
EXHIBIT NO. 6
7/25/18

COSA 000028

EXHIBIT 8
JAN. 12, 1903 MINUTES

... for a hospital building and that it requires ...
effect an appropriation of money ...

## New Business

Under this head, Alderman Terrell read
a petition of Bernard & Bee Chapter U.D.C. for
permission to erect drinking fountain on North
end of Alamo Plaza &c. On motion said petition
was granted as to location subject to consent
of Water Works Company as to furnishing water supply
under city contract.

Alderman ... introduced the following
resolution "Be it resolved by the City Council of the City
of San Antonio that from and after June 2nd, that
the rules of the City Council be so changed that
the meetings be held at 8 P.M. instead of 4 P.M. On
motion same was unanimously adopted.

An ordinance appropriating $1340 to pay
construction of sewers on Mason Street from
... to ... streets, was read ... times under

ASJ 00524

111

Minutes of Proceedings of the City Council of the City of San Antonio, Texas, January 12th A. D. 1903.



Unfinished Business

ASJ D 00525