EXHIBIT D
DISCOVERY DOCUMENTS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALBERT SIDNEY JOHNSTON Chapter No. 2060, United Daughters of the Confederacy, ROBIN TERRAZAS, President, JEAN CAROL LANE, First Vice-President | § § § | CIVIL ACTION NO. SA-17-CV-1072-DAE |
| v. | § | |
| THE CITY OF SAN ANTONIO | § | |

## AFFIDAVIT

"My name is Thomas J. Crane; I am over the age of eighteen, and am capable of providing this statement and affidavit. I am an attorney licensed in the state of Texas. I have been licensed in Texas since 1989. I am admitted to the Western District of Texas and the Fifth Circuit Court of Appeals.

"I represent the Albert Sidney Johnston Chapter No. 2060, Robin Terrazas and Jean Lane in Cause No. SA-17-CV-1072-DAE. I have represented the Plaintiffs in this lawsuit since it was filed. My office received the attached deposition excerpts and deposition exhibits from the appropriate court reporter firms. My office has maintained these discovery documents, deposition excerpts and expert reports since receipt. Correct copies of these discovery documents and deposition excerpts are attached.

"I swear under penalty of perjury that the above statement is true and correct. I have been given an opportunity to review this statement and to make any necessary changes."

Signed on ____Oct   19_____, 2018.

_____
Thomas J. Crane

San Antonio Express-News                                         **Paula Allen**

# Celebration of Confederate statue in downtown San Antonio started with the cornerstone

**By Paula Allen**  |  August 19, 2017  |  Updated: August 21, 2017 11:16am

0

ASJ 00282



Photo: Courtesy / Ronald King

This portrait of Artemisia Bowden, a founder and president of St. Philip's College, was painted in 1948 by Bess King Pyle.

*I am curious to find out a little more about the origins of these (Confederate) statues, namely the one in Travis Park, and the circumstances under which it was erected.*

*— Jerry Robles*

The Confederate monument at the downtown San Antonio park, addressed in last Sunday's column, was dedicated April 28, 1900, but that wasn't the first event in its honor. The laying of its cornerstone on June 3, 1899, was almost as big a deal. The proceedings were led by the city's two Masonic lodges and Masons from neighboring towns to whom the railroads gave

ASJ00283

reduced rates. The massed members marched behind a brass band through the streets from the Masonic Temple to the park, where at least a dozen of their officers participated in a cornerstone-laying ceremony.

The Albert Sydney Johnston Camp (chapter) of the United Confederate Veterans carried a "beautiful silken flag" presented by local Daughters of the Confederacy (later United Daughters of the Confederacy) and contributed some of the items placed within the cornerstone, including a prayer book and a wreath of violets.

The designer of the statue, depicting a Confederate soldier, was Virginia Montgomery of New Orleans, whose work was approved when she sent a photograph to the Daughters, who are consistently acknowledged as the prime movers behind the project, finished with "liberal contributions ... received from the citizens of San Antonio," reported the San Antonio Express, Feb. 27, 1898. Her work was "seen and approved by the leading sculptors of the country," and she was said by the Express to have been "the first woman to have designed a monument." Montgomery donated her services; the total cost of the monument was $3,000.

The organization of wives, daughters, sisters and other relatives of Confederate soldiers has a descendant of its own. "The Barnard E. Bee Chapter No. 8 (named on the cornerstone) was not the only 'owner' of (San Antonio's) Confederate statue," says Theresa Gold, a former officer of the United Daughters of the Confederacy (UDC), who wrote a 1999 piece about the statue for a UDC publication. The chapter was named for Bee, a Confederate general who was mortally wounded at the first Battle of Bull Run, because of his connection to Texas as the son of a Republic of Texas secretary of state and his service in the state as a U.S. Army officer during the U.S.-Mexican War. When it disbanded in the 1960s, Gold says, "The Albert Sidney Johnston Chapter was named its successor and absorbed many of the remaining members." This chapter rededicated the monument 100 years after its installation.

**Still a mystery**

The status of the ashes of Artemisia Bowden (reported in a column Aug. 6), founding president of St. Philip's College, is something like: "It's complicated." There is, as

ASJ 09284

reported here, is niche in a name at the columbarium of the Episcopal Church of the Good Shepherd in Corpus Christi, but the urn is empty, said Mark Barnes, audio-visual historical services coordinator at St. Philip's. During the late 1990s, while Barnes was the school's archivist, he and a college photographer went to Corpus to document the longtime administrator's final resting place and were told by a priest at the church that according to her family's wishes, the ashes had been scattered over Corpus Christi Bay.

The funeral arrangements were made under the auspices of the Episcopal Diocese of West Texas. At the time, churches in San Antonio with which Bowden was connected didn't have a place for urn storage, but why she wanted a type of burial at sea is still not known. A tireless worker whose travel was mainly dedicated to fundraising, Bowden probably didn't have fond memories of vacations on the water. Or anywhere else, really. A 1930s telegram in the archives shows Bowden responding to an invitation by her brother, a successful physician, to accompany him and his wife to Europe. Bowden declined, saying, "I would rather have the money for my school."

**Homecoming 1977**

A relative of Richard Harwood Pearce Sr., the Fort Sam Houston officer who defected to Cuba in 1967 with his 4-year-old son (the July 16 column), sent a copy of a newspaper story about the boy's return 10 years later. According to the Port Arthur News, May 1, 1977, Richard Pearce Jr. had been living "in a comfortable house he shared with his father and his two dogs, one a personal gift from Fidel Castro."

The Cuban prime minister had given the Pearces asylum when the former U.S. Army major landed on May 21, 1967, in Havana, having piloted a small plane he had bought shortly before his Cuban adventure. The elder Pearce had persuaded his ex-wife, Sandra Lyday Mitchell, to let him take the boy with him on a vacation, "because he was soon to be sent to Vietnam," according to the News story. She didn't know he was headed for Cuba.

Father and son went to Key West, Florida, and took off from the airport there on what was supposed to be a one-hour sightseeing flight. After a search at sea, it was revealed that the former general's aide had defected, becoming the highest-ranking U.S. military officer to do so. His wife and her family were surprised, not least because "they had not known Pearce

ASJ 00285

could fly." regression about 18 months before the abduction, around the time his former wife remarried.)

For years after the much-reported incident, Mitchell and her parents, Adley and Joe Lyday of Port Arthur, worked with federal officials including then-U.S. Rep. George H.W. Bush as well as "consuls, ambassadors and the news media" to reunite with Richard Jr. In 1976, the Lydays and their daughter were allowed to visit him in Cuba, and "that is when the boy decided he wanted to come back to the country of his birth," the News reported.

After some false starts and dashed hopes, the Lydays' persistence finally paid off when they were notified to meet their grandson in Jamaica. There, 14-year-old Richard stepped off the Cubana Airlines jet wearing clothes his grandparents had brought him the previous year. With him were his two dogs, "Sepio, Castro's gift and the larger of the two, and Lyka." The young man, who spoke with a slight Spanish accent, went to live with his mother, near his grandparents' house, and after tutoring, went on to attend Port Arthur schools.

As the News reporter concluded, "It has become a popular cliché that in Thomas Wolfe's words, you can't go home again. But that's just what Richard Pearce Jr. has done."

*historycolumn@yahoo.com*

*Twitter: @sahistorycolumn*

*Facebook: SanAntoniohistorycolumn*



**Paula Allen**
The History Column

HEARST
© 20182018 Hearst Communications Inc.

ASJ00286

S.A. LIGHT                                    M3 PG 7

SUNDAY, JUNE 19, 1960.                        **WANT ADS**

# Museum Gets Wedding Dress Worn in 1887

## Other Gifts Include Photo Of Confederate Monument

Travis park may belong to the city, but its heart belongs to the U. D. C.

The United Daughters of the Confederacy own the monument in the center of the square, according to Miss Elizabeth Houston, who has sent the Witte Memorial museum a picture of it taken at the time of the dedication.

Her pictures also include two shots of the Belknap rifles ready for action, along about 1898.

Women certainly were built on a small scale in the "olden" days.

If you don't think so, just TRY to get into the museum's newest acquisition, a wedding dress worn by Adrienne Anthony, who married Benjamin Seaman Van Tuyl, at Fall River, Mass., in 1887.

The dress, which was made in New York by Madame Glover, is of ivory, satin trimmed with bobbin lace and bodice separate from the skirt. It was worn only the one time, and never made over. Hand-knitted stockings and a tulle wedding veil go with it. The dress was the gift of Anthony Van Tuyl, 401 Shook avenue, whose mother was the dainty little bride.

## July 3 Set For Wedding

Miss Hope Elizabeth Nelson's engagement to Lieut. Oramel Horace Skinner Jr. is announced by her parents, Mr. and Mrs. Nathaniel



Traudt of San Saba. The wedding will take place at 8:30 p. m. July 3 in the Randolph field chapel.

Miss Nelson of San Antonio is the granddaughter of the late Elizabeth Bowen Nelson, a member of a pioneer Texas family.

She was graduated from Brackenrige High school, where she was a cadet sponsor.

Lieutenant Skinner's home is in

COSA 000076

Salvador
EXHIBIT NO. 5
SLM   7/25/18

08-31-2017
Item 25

AN ORDINANCE   2017 - 08 - 31 - 0598

AUTHORIZING THE REMOVAL AND STORAGE OF THE
CONFEDERATE SOLDIER MONUMENT AND TWO CANNONS
LOCATED IN TRAVIS PARK; AUTHORIZING THE NEGOTIATION
AND EXECUTION OF CONTRACTS FOR THE REMOVAL,
TRANSPORTATION AND STORAGE OF THE MONUMENT AND
CANNONS IN AN AMOUNT NOT TO EXCEED $150,000.00;
AUTHORIZING A DONATION AGREEMENT WITH A NONPROFIT
INVOLVED IN HISTORIC OR EDUCATION FOR THE ACCEPTANCE
OF THE MONUMENT AND CANNONS; AND WAIVING   THE
PROVISIONS OF SECTIONS 35-640 AND 35-803 OF THE UNIFIED
DEVELOPMENT CODE.

\*       \*       \*       \*       \*

WHEREAS, Travis Park is one of San Antonio's oldest parks and sits on land that originally
belonged to Samuel Maverick who donated the property to the City for use as a park upon his
death in 1870; and

WHEREAS, the City has made improvements to Travis Park since it was donated to the City;
and

WHEREAS, in 1892, two cannons reportedly used during the Civil War battle at Val Verde,
New Mexico, were given to the City by Major Teel and installed in Travis Park; and

WHEREAS, centrally located in Travis Park is a 40 foot tall Confederate monument; and

WHEREAS, the City provides regular programming in Travis Park and it serves as a
community gathering space and is regularly enjoyed by family and friends through specialty
programming; and

WHEREAS, over the past several years there has been a national debate over public memorials
depicting Confederate figures and the recent and devastating incident in Charlottesville, Virginia,
has elevated the debate; and

WHEREAS, cities and universities across the United States have removed and relocated their
Confederate memorials to museums and other places; and

WHEREAS, the City of San Antonio wants to keep Travis Park a community gathering area
where all can feel safe and welcomed; and

WHEREAS, the Confederate monument and cannons in Travis Park should be removed and
ultimately placed in a location where the historical significance can be communicated in an
instructive and not divisive way; NOW THEREFORE:

1

Miller
EXHIBIT NO. 2
9/10/18
SLM

COSA 000135

08/31/2017
Item #5

## BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF SAN ANTONIO:

**SECTION 1.** In accordance with the authority granted to it as a Home Rule Municipality and under Texas Common Law, City Council hereby waives the process outlined in Sections 35-640 and 35-803 of the Unified Development Code that provides the Historic and Design Review Commission review authority of changes to City Parks as it relates to this action.

**SECTION 2.** The amount of $150,000 is hereby appropriated for the following purposes:

    a. removal of the monument and cannons;
    b. transportation of the monument and cannons to a storage facility; and
    c. logistical support necessary for the removal and relocation of the monument and cannons.

**SECTION 3.** The City Manager or her designee is authorized to execute professional services contract with a contractor for the purpose of removing and relocating the monument and cannons.

**SECTION 4.** The City Manager or her designee is authorized to negotiate and execute a donation agreement with a nonprofit involved in historic preservation or education for the acceptance of the Confederate Soldier monument and two cannons.

**SECTION 5.** The financial allocations in this Ordinance are subject to approval by the Director of Finance, City of San Antonio. The Director of Finance, may, subject to concurrence by the City Manager or the City Manager's designee, correct allocations to specific SAP Fund Numbers, SAP Project Definitions, SAP WBS Elements, SAP Internal Orders, SAP Fund Centers, SAP Cost Centers, SAP Functional Areas, SAP Funds Reservation Document Numbers, and SAP GL Accounts as necessary to carry out the purpose of this Ordinance.

**SECTION 6.** This ordinance is effective immediately upon the receipt of eight affirmative votes; otherwise, it is effective ten days after passage.

**PASSED AND APPROVED** this 31st day of August, 2017

M  A  Y  O  R
Ron Nirenberg

ATTEST:

Leticia M. Vacek, City Clerk

APPROVED AS TO FORM:

Andrew Segovia, City Attorney

2

C O S A   000136

Voting Results Interface

| Agenda Item: | 5 |
|---|---|
| Date: | 08/31/2017 |
| Time: | 02:03:49 PM |
| Vote Type: | Motion to Cont/Post |
| Description: | An Ordinance authorizing: A) the removal and storage of the Confederate Soldier monument and two cannons located in Travis Park; B) the City to enter into contracts for the removal, transportation, and storage of the Confederate Soldier monument and two cannons in an amount not to exceed $150,000.00; C) the City to enter into a donation agreement with a nonprofit involved in historic preservation or education for the acceptance of the Confederate Soldier Monument and two cannons; and D) a modification to Chapter 35-640 and 35-801 of the Unified Development Code to allow for the above. [Lori Houston, Assistant City Manager; John Jacks, Director, Center City Development & Operations] |
| Result: | Failed |

| Voter | Group | Not Present | Yes | Nay | Abstain | Motion | Second |
|---|---|---|---|---|---|---|---|
| Ron Nirenberg | Mayor | | | x | | | |
| Roberto C. Treviño | District 1 | | | x | | | |
| William Cruz Shaw | District 2 | | | x | | | |
| Rebecca Viagran | District 3 | | | x | | | |
| Rey Saldaña | District 4 | | | x | | | |
| Shirley Gonzales | District 5 | | | x | | | |
| Greg Brockhouse | District 6 | | x | | | | x |
| Ann E. Sandoval | District 7 | | | x | | | |
| Manny Pelaez | District 8 | | | x | | | |
| John Courage | District 9 | | | x | | | |
| Clayton H. Perry | District 10 | | x | | | x | |

COSA 000137

Case 5:17-cv-01072-DAE   Document 132-5   Filed 05/16/19   Page 12 of 25

| Agenda Item: | 5 |
|---|---|
| Date: | 08/31/2017 |
| Time: | 02:04:04 PM |
| Vote Type: | Motion to Approve |
| Description: | An Ordinance authorizing: A) the removal and storage of the Confederate Soldier monument and two cannons located in Travis Park; B) the City to enter into contracts for the removal, transportation, and storage of the Confederate Soldier monument and two cannons in an amount not to exceed $150,000.00; C) the City to enter into a donation agreement with a nonprofit involved in historic preservation or education for the acceptance of the Confederate Soldier Monument and two cannons; and D) a modification to Chapter 35-640 and 35-803 of the Unified Development Code to allow for the above. [Lori Houston, Assistant City Manager; John Jacks; Director, Center City Development & Operations] |
| Result: | Passed |

| Voter | Group | Not Present | Yea | Nay | Abstain | Motion | Second |
|---|---|---|---|---|---|---|---|
| Ron Nirenberg | Mayor | | x | | | | |
| Roberto C. Treviño | District 1 | | x | | | x | |
| William Cruz Shaw | District 2 | | x | | | | x |
| Rebecca Viagran | District 3 | | x | | | | |
| Rey Saldaña | District 4 | | x | | | | |
| Shirley Gonzales | District 5 | | x | | | | |
| Greg Brockhouse | District 6 | | x | | | | |
| Ana E. Sandoval | District 7 | | x | | | | |
| Manny Pelaez | District 8 | | x | | | | |
| John Courage | District 9 | | x | | | | |
| Clayton H. Perry | District 10 | | | x | | | |

COSA 000 188

# Travis Park Confederate Monument
## Item #5

### City Council "A" Session
### August 31, 2017

COSA 000 139





COSA 000140



Travis Park

COSA 000141

# Actions

- Remove and relocate Confederate monument and cannons.

- A modification to the process outlined in Chapter 35-640 and 35-803 of the Unified Development Code.

- Approves $150,000 for the removal, transportation and logistical support to include the execution of a professional services contract with a contractor for the removal and relocation of the monument and cannons.

- Authorizes City staff to negotiate and execute a donation agreement with a non-profit involved in historic preservation or education for the acceptance of the monument and two cannons.

4

COSA 000142

# Travis Park Confederate Monument
## Item #5

City Council "A" Session
August 31, 2017

5

COSA 000143



# City of San Antonio

## Legislation Details (With Text)

| | |
|---|---|
| **File #:** | 17-4900 |
| **Type:** | Staff Briefing – With Ordinance |
| | **In control:** City Council A Session |
| **On agenda:** | 8/31/2017 |
| **Title:** | An Ordinance authorizing: A) the removal and storage of the Confederate Soldier monument and two cannons located in Travis Park; B) the City to enter into contracts for the removal, transportation, and storage of the Confederate Soldier monument and two cannons in an amount not to exceed $150,000.00; C) the City to enter into a donation agreement with a nonprofit involved in historic preservation or education for the acceptance of the Confederate Soldier Monument and two cannons; and D) a modification to Chapter 35-640 and 35-803 of the Unified Development Code to allow for the above. [Lori Houston, Assistant City Manager; John Jacks, Director, Center City Development & Operations] |
| **Sponsors:** | |
| **Indexes:** | |
| **Code sections:** | |
| **Attachments:** | 1. Draft Ordinance, 2. Ordinance 2017-08-31-0598 |

| Date | Ver. | Action By | Action | Result |
|---|---|---|---|---|
| 8/31/2017 | 1 | City Council A Session | Motion to Cont/Post | Fail |

**DEPARTMENT:** Center City Development and Operations Department

**DEPARTMENT HEAD:** John Jacks

**COUNCIL DISTRICTS IMPACTED:** City Council District 1

**SUBJECT:** Travis Park Monuments

**SUMMARY:**

This ordinance authorizes the following:

1. City to arrange for the removal and storage of the Confederate Soldier monument and two cannons located in Travis Park.
2. City Council allowing a modification to the process outlined in Chapter 35-640 and 35-803 of the Unified Development Code that provides the Historic and Design Review Commission review authority of changes to City Parks.
3. City Council appropriation of funds in an amount not to exceed $150,000 for the purpose of the following:

   a. removing the monument and cannons;

   b. transporting the monument and cannons to a storage facility; and

COSA 000144

File #: 17-4900, Version: 1

    c.  logistical support that is necessary for the removal and relocation of the monument and cannons.

4. City to execute professional services contract with a contractor for the purpose of removing and relocating the monument and cannons.
5. City to negotiate and execute a donation agreement with a non-profit involved in historic preservation or education for the acceptance of the Confederate Soldier monument and two cannons.

## BACKGROUND:

Travis Park is one of San Antonio's oldest parks. The land originally belonged to Samuel Maverick who donated the property to the City for use as a park upon his death in 1870. By 1876, the City had made upgrades to the park, including planting grass, installing painted wooden benches, and installing a fence to enclose the area. In 1892, two cannons reportedly used during the Civil War battle at Val Verde, New Mexico, were given to the City by Major Teel and installed in the park.

Prior to 1899, Travis Park lacked a formal design and was densely vegetated. The development of Travis Park into a formal urban square was a result of the City Beautiful movement which sought to integrate beauty and order into the urban landscape during the 1890s and early 1900s. Centrally-located sculptures and monuments in public squares were popular during this time.  In the south during this timeframe, monuments to the confederacy became increasingly common in public spaces.

San Antonio's Confederate monument was funded by the Barnard E. Bee Chapter of the Daughters of the Confederacy who raised $3,000 for the effort. The ceremony for the laying of the foundation stone on June 4, 1899, and the monument was completed in early 1900.  The 40-foot tall monument is positioned centrally within the park with planters and sidewalks radiating to the perimeter of the park. It was designed by Miss Virginia Montgomery of New Orleans and constructed by sculptor Frank Teich, a German-born sculptor who operated a granite quarry and memorial company in Llano, Texas.

In 2013, the City made additional improvements to the park including repairs and new amenities to better engage the public. The City provides regular programming in the park and it serves as a community gathering space and is regularly enjoyed by family and friends through specialty programming like Movies by Moonlight, Fitness in the Park, Jazz Alive, and the food truck program.  The July 25th Movies by Moonlight event had 3,500 attendees.

Over the past several years there has been a national debate over public memorials depicting Confederate figures. The recent and devastating incident in Charlottesville, Virginia, has elevated the debate.  Cities and universities across the United States have removed and relocated their Confederate memorials to museums and other places. The City of San Antonio wants to keep Travis Park a community gathering area where all can feel safe and welcomed. The Confederate monument and cannons in Travis Park should be removed and ultimately placed in a location where the historical significance can be communicated in an instructive and not divisive way.

## ISSUE:

Staff is recommending removal of both the Confederate monument and the two cannons and their relocation to an adequate storage facility.  Staff is also recommending that the items be donated to a non-profit that will place

COSA 000145

File #: 17-4800, Version: 1

them in the appropriate historical context.

**ALTERNATIVES:**

The City could keep the monument and cannons in Travis Park.

**FISCAL IMPACT:**

This item appropriates funding in an amount not to exceed $150,000 for the purpose of removing the monument and cannons and transporting them to a storage facility. The funding will also address any security or logistical support that is necessary for the removal and relocation of the monument and cannons. Funding is available in the Facilities Services Fund FY 2017 Adopted Budget.

**RECOMMENDATION:**

Staff recommends approval.

COSA 000 146



# City of San Antonio

## Agenda Memorandum

### File Number:17-4900

**Agenda Item Number:** 5.

**Agenda Date:** 8/31/2017

**In Control:** City Council A Session

**DEPARTMENT:** Center City Development and Operations Department

**DEPARTMENT HEAD:** John Jacks

**COUNCIL DISTRICTS IMPACTED:** City Council District 1

**SUBJECT:** Travis Park Monuments

**SUMMARY:**

This ordinance authorizes the following:

1. City to arrange for the removal and storage of the Confederate Soldier monument and two cannons located in Travis Park.
2. City Council allowing a modification to the process outlined in Chapter 35-640 and 35-803 of the Unified Development Code that provides the Historic and Design Review Commission review authority of changes to City Parks.
3. City Council appropriation of funds in an amount not to exceed $150,000 for the purpose of the following:

    a. removing the monument and cannons;

    b. transporting the monument and cannons to a storage facility; and

    c. logistical support that is necessary for the removal and relocation of the monument and cannons.

4. City to execute professional services contract with a contractor for the purpose of removing and relocating the monument and cannons.
5. City to negotiate and execute a donation agreement with a non-profit involved in historic preservation or education for the acceptance of the Confederate Soldier monument and two cannons.

**BACKGROUND:**

Travis Park is one of San Antonio's oldest parks. The land originally belonged to Samuel Maverick who donated the property to the City for use as a park upon his death in 1870. By 1876, the City had made upgrades to the park, including planting grass, installing painted wooden benches, and installing a fence to enclose the

CO SA 000147

area. In 1892, two cannons reportedly used during the Civil War battle at Val Verde, New Mexico, were given to the City by Major Teel and installed in the park.

Prior to 1899, Travis Park lacked a formal design and was densely vegetated. The development of Travis Park into a formal urban square was a result of the City Beautiful movement which sought to integrate beauty and order into the urban landscape during the 1890s and early 1900s. Centrally-located sculptures and monuments in public squares were popular during this time. In the south during this timeframe, monuments to the confederacy became increasingly common in public spaces.

San Antonio's Confederate monument was funded by the Barnard E. Bee Chapter of the Daughters of the Confederacy who raised $3,000 for the effort. The ceremony for the laying of the foundation stone on June 4, 1899, and the monument was completed in early 1900. The 40-foot tall monument is positioned centrally within the park with planters and sidewalks radiating to the perimeter of the park. It was designed by Miss Virginia Montgomery of New Orleans and constructed by sculptor Frank Teich, a German-born sculptor who operated a granite quarry and memorial company in Llano, Texas.

In 2013, the City made additional improvements to the park including repairs and new amenities to better engage the public. The City provides regular programming in the park and it serves as a community gathering space and is regularly enjoyed by family and friends through specialty programming like Movies by Moonlight, Fitness in the Park, Jazz Alive, and the food truck program. The July 25th Movies by Moonlight event had 3,500 attendees.

Over the past several years there has been a national debate over public memorials depicting Confederate figures. The recent and devastating incident in Charlottesville, Virginia, has elevated the debate. Cities and universities across the United States have removed and relocated their Confederate memorials to museums and other places. The City of San Antonio wants to keep Travis Park a community gathering area where all can feel safe and welcomed. The Confederate monument and cannons in Travis Park should be removed and ultimately placed in a location where the historical significance can be communicated in an instructive and not divisive way.

**ISSUE:**

Staff is recommending removal of both the Confederate monument and the two cannons and their relocation to an adequate storage facility. Staff is also recommending that the items be donated to a non-profit that will place them in the appropriate historical context.

**ALTERNATIVES:**

The City could keep the monument and cannons in Travis Park.

**FISCAL IMPACT:**

This item appropriates funding in an amount not to exceed $150,000 for the purpose of removing the monument and cannons and transporting them to a storage facility. The funding will also address any security or logistical support that is necessary for the removal and relocation of the monument and cannons. Funding is available in the Facilities Services Fund FY 2017 Adopted Budget.

COSA 000 148

**RECOMMENDATION:**

Staff recommends approval.

COSA 000149



# City of San Antonio

## Legislation Details

| | |
|---|---|
| **File #:** | 17-4900 |
| **Type:** | Staff Briefing - With Ordinance |
| | **In control:**   City Council A Session |
| **On agenda:** | 8/31/2017 |
| **Title:** | An Ordinance authorizing: A) the removal and storage of the Confederate Soldier monument and two cannons located in Travis Park; B) the City to enter into contracts for the removal, transportation, and storage of the Confederate Soldier monument and two cannons in an amount not to exceed $150,000.00; C) the City to enter into a donation agreement with a nonprofit involved in historic preservation or education for the acceptance of the Confederate Soldier Monument and two cannons; and D) a modification to Chapter 35-640 and 35-803 of the Unified Development Code to allow for the above. [Lori Houston, Assistant City Manager; John Jacks, Director, Center City Development & Operations] |
| **Sponsors:** | |
| **Indexes:** | |
| **Code sections:** | |
| **Attachments:** | 1. Draft Ordinance, 2. Ordinance 2017-08-31-0598 |

| Date | Ver. | Action By | Action | Result |
|---|---|---|---|---|
| 8/31/2017 | 1 | City Council A Session | Motion to Cont/Post | Fail |

COSA 000150



COSA 000151