IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALBERT SIDNEY JOHNSTON CHAPTER, CHAPTER NO. 2060, UNITED DAUGHTERS OF THE CONFEDERACY; ROBIN TERRAZAS, PRESIDENT; AND JEAN CAROL LANE, FIRST VICE PRESIDENT;<br><br>*Plaintiffs,*<br><br>vs.<br><br>CITY OF SAN ANTONIO,<br><br>*Defendant.* | §§§§§§§§§§§§§§§ | CIVIL NO.<br>SA-17-CV-1072-DAE |

## ORDER SETTING HEARING

Before the Court in the above-styled cause of action is the Motion for Court-Supervised Donation Agreement filed by the City of San Antonio [#147], which was referred to the undersigned for disposition on September 16, 2019. The Court is of the opinion the motion should be set for a hearing.

**IT IS THEREFORE ORDERED** that the City of San Antonio's Motion for Court-Supervised Donation Agreement [#147] is set for a hearing at **10:30 a.m.** on **October 8, 2019** in Courtroom B on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206.

**IT IS FURTHER ORDERED** that the parties confer about the issues raised in the City's motion and **file a joint advisory via CM/ECF no later than October 7, 2019** that indicates which issues, if any, remain in dispute after their conference. For each issue that remains in dispute, each party should state its respective position and describe any relief being sought.

1

**IT IS SO ORDERED.**

SIGNED this 18th day of September, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE