# Pamela Jary Rosser PA AIC

FILED

DEC 0 2 2019

CLERK, U.S. DIST
WESTERN DIS...
BY

...COURT
...OF TEXAS
DEPUTY CLERK

November 10, 2019

United States District Court
Western District of Texas
San Antonio, division

No. 5: 17-CV-1072-DAE

On October 26, 2019, the Albert Sidney Johnston Chapter 2050, United Daughters of the Confederacy time capsule was opened and the artifacts were extracted. Below is information on the project. Included in this document are images of the condition of the artifacts.

**Project Details:** The tombstone opening required enlarging the existing hole by a qualified master mason. The time capsule contents were assessed before removal. The majority of the artifacts and the time capsule box are in extremely poor condition. The poor condition was caused from many years of exposure to air and moisture.  95% of the artifacts were found in friable condition. There are a few coins, pins/badges and a medal in stable condition. The artifacts were removed from the time capsule with tweezers and cotton gloves.  All of the artifacts were cataloged and placed in a clean, clear and labeled bag. The artifacts are stored in proper containers in the same storage facility as the tombstone and remains of the time capsule.

**Recommendation:**  For a qualified conservator to clean and apply necessary treatments to the artifacts in stable condition. Assess the cataloged artifacts on a yearly basis.

**Artifacts extracted from the time capsule.**



Opening before enlarged.



Master Mason enlarging opening



Condition of time capsule contents after top was removed



Detail image of time capsule









































Artifact Number 10260010 does not exist.























































Artifact number 10260037 does not exist









Artifact number 10260042 does not exist





































Artifact number 10260060 does not exist







Top of Time capsule



Detail image of inside of time capsule before artifacts were extracted.



Detail of image of condition of time capsule



Worktable with artifacts



Image of artifacts and tools. The large artifact on right section of photo is a book in extremely poor condition.



Image of artifacts extracted from time capsule