UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Albert Sidney Johnston Chapter, et al. | § | |
| | § | |
|     Plaintiffs, | § | NO:  SA:17-CV-01072-DAE |
| vs. | § | |
| | § | |
| Ron Nirenberg, et al. | § | |
| | § | |
|     Defendants. | § | |

## ORDER SETTING MOTION HEARING

It is hereby ORDERED that the above entitled and numbered case is set for a hearing on the pending MOTION for Partial Summary Judgment & MOTION for Summary Judgment (Dkt no. 132 & 133) before Senior U.S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Monday, February 03, 2020 at 01:30 PM**.

IT IS SO ORDERED.

DATED: San Antonio, Texas January 06, 2020.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE