UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALBERT SIDNEY JOHNSTON Chapter No. 2060, United Daughters of the Confederacy, ROBIN TERRAZAS, President, JEAN CAROL LANE, First Vice-President | § § § § | |
| v. | § | CIVIL ACTION NO. SA-17-CV-1072-DAE |
| THE CITY OF SAN ANTONIO | § | |

## PLAINITFFS' OPPOSED MOTION FOR LEAVE TO DESIGNATE EXPERT

Plaintiffs, the Albert Sidney Johnston Chapter, submits this Motion For Leave to Designate Expert, and shows as follows:

1. Discovery in this matter ended Sept. 21, 2018. The deadline to designate experts expired on Aug. 23, 2018. But, since discovery ended, it has become apparent through mediation and follow-on discussions that the City will oppose replacing the Confederate Memorial back in Travis Park, regardless of the outcome of the trial. It has become apparent to Plaintiffs, therefore, that they may well lose the right to use the center of Travis Park even if they prevail at trial. It would, therefore, be helpful to the Court to have an expert who can address the value of the right to use that center of Travis Park. If Plaintiffs prevail, they will ask that the memorial be replaced back in Travis Park, or in the alternative, they be awarded compensation for losing their right to use of the center of Travis Park.

2. The Plaintiff moves to designate John Baines as an expert realtor in San Antonio. He has engaged in commercial and ranch realty in and around San Antonio since 1972. He is also the Founder and Chairman of the Viet Nam Veterans of San Antonio, a non-profit which raised the money for the Viet Nam War memorial downtown.

3. It was not apparent that the City would oppose replacing the Memorial before the parties mediated this matter. Mediation occurred on March 19, 2019. The parties engaged in settlement discussions as recently as Dec. 13, 2019.

## Conference

Plaintiff conferred with the Defendant regarding this motion. Defendant indicated it would oppose this motion.

WHEREFORE, Plaintiffs pray that the Court allow the designation of an expert regarding the value of Plaintiff's right to use the center of Travis Park for the Confederate Memorial; and for all relief, at law and in equity, to which it may justly be entitled.

Respectfully submitted,

_____
Thomas J. Crane
T.S.B. No. 05007320

LAW OFFICE OF THOMAS J. CRANE
900 N.E. Loop 410, Suite D306
San Antonio, Texas 78209
(210) 736-1110
(210) 745-4258 Fax
tom@cranelawyer.net

Attorney for Plaintiff

Certificate of Service

I certify that a true copy of the foregoing instrument was electronically filed on the __15th__ day of January, 2020 with the Clerk of Court using the CM/ECF system which will send notice of such filing to the following counsel:

Shawn Fitzpatrick
Fitzpatrick & Kosanovich
P.O. Box 831121
San Antonio, Texas 78283-1121

_____
Thomas J. Crane

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALBERT SIDNEY JOHNSTON Chapter No. 2060, United Daughters of the Confederacy, ROBIN TERRAZAS, President, JEAN CAROL LANE, First Vice-President | § § § § § | CIVIL ACTION NO. SA-17-CV-1072-DAE |
| v. | § | |
| THE CITY OF SAN ANTONIO | § | |

ORDER

On this came to be heard the Plaintiffs' Motion for Leave to Designate Expert. Having heard argument of counsel and reviewed the motion and attachments, it appears that the motion does have merit.

It is therefore:

ORDERED that the Plaintiffs be allowed to designate John Baines as an expert in commercial realty. Plaintiffs must produce Mr. Baines' report within 30 days of this order.

**SIGNED AND ENTERED** this ___ day of _____, 2020.

DAVIND A. EZRA
UNITED STATES DISTRICT JUDGE